B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>**Central District of California, San Fernando Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**WESTRIM, INC. dba WESTRIM CRAFTS** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **95-4890701** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7855 Hayvenhurst Avenue<br>Van Nuys, CA**<br>ZIPCODE **91406** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address)<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Main Proceeding<br>☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." ☑ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less<br>than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>-----------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**WESTRIM, INC. dba WESTRIM CRAFTS** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
       Signature of Attorney for Debtor(s)           Date

</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **WESTRIM, INC. dba WESTRIM CRAFTS** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
| X **/s/ David M. Poitras P.C.**<br>Signature of Attorney for Debtor(s)<br><br>**David M. Poitras P.C. 141309**<br>**Jeffer Mangels Butler & Mitchell LLP**<br>**1900 Avenue Of The Stars, 7th Floor**<br>**Los Angeles, CA  90067-4301**<br>**(310) 203-8080  Fax: (310) 203-0567**<br>**dpoitras@jmbm.com**<br><br><br>**April 29, 2011**<br>Date<br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Ronald B. Cooper**<br>Signature of Authorized Individual<br>**Ronald B. Cooper**<br>Printed Name of Authorized Individual<br>**President and CEO**<br>Title of Authorized Individual<br>**April 29, 2011**<br>Date | _____<br>Date<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| DAVID M. POITRAS P.C. (SBN 141309)<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067<br>TEL: (310) 203-8080 / FAX: (310) 203-0567<br>EMAIL: dpoitras@jmbm.com<br>☒ Attorney for: DEBTOR | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>WESTRIM, INC. dba WESTRIM CRAFTS, a Delaware corporation,<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists                    Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other: Declarations _____                Date Filed: _____

## PART I – DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_Signature of Authorized Signatory of Filing Party_         Date: 4/29/11

Ronald B. Cooper
_Printed Name of Authorized Signatory of Filing Party_

President and Chief Executive Officer
_Title of Authorized Signatory of Filing Party_

## PART II – DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_Signature of Attorney for Filing Party_         Date: 4/29/11

DAVID M. POITRAS P.C.
_Printed Name of Attorney for Filing Party_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

American LegalNet, Inc.
www.FormsWorkflow.com

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

DAVID M. POITRAS P.C. (SBN 141309)
JEFFER, MANGELS, BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Tel: (310) 203-8080/Fax: (310) 785-5357
Email dpoitras@jmbm.com

☒ *Attorney for:* Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO.: |
|---|---|
| WESTRIM, INC. dba WESTRIM CRAFTS, | ADV. NO.: |
| a Delaware corporation, | CHAPTER: 11 |
| Defendant(s). | |

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Ronald B. Cooper_____, the undersigned in the above-captioned case, hereby declare
   *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

   ☒  I am the president or other officer or an authorized agent of the debtor corporation

   ☐  I am a party to an adversary proceeding

   ☐  I am a party to a contested matter

   ☐  I am the attorney for the debtor corporation

2. a.  ☒  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:]

   Creativity Crafts, Inc., a Delaware corporation.

   *[For additional names, attach an addendum to this form.]*

   b.   ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_/s/ Ronald B. Cooper_____        4/29/2011_____
Signature of Attorney or Declarant       Date
Ronald B. Cooper
President and Chief Executive Officer
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

American LegalNet, Inc.
www.FormsWorkflow.com

## MINUTES OF THE JOINT MEETING OF THE
## BOARD OF DIRECTORS
### of
## Creativity Crafts Inc.
## Westrim, Inc.
## Creativity Inc.

### Via Telephonic Conference Call
### April 17, 2011
### 1:00 p.m. (PDT)

The Board of Directors of Creativity Crafts Inc., Westrim, Inc. and Creativity Inc. held a special meeting via telephonic conference call on April 17, 2011, commencing at 1:00 p.m. (PDT), pursuant to a Notice of Meeting dated April 16, 2011.

Present were Directors Ron Cooper, Charles G. Davis, Ernest S. Leopold, and John M. Lillie, and David Poitras of Jeffer, Mangels, Butler & Mitchell LLP, and Christopher McLain, special counsel, all attending by telephonic conference call. Directors W. Roger Curry and William D. Walsh were absent.

Mr. Lillie served as Chairman of the Meeting and Director Leopold kept the minutes of the Meeting.

### QUORUM

The meeting was called to order by Chairman Lillie, who noted that a quorum was present. The Chairman reminded the Board that they were acting as the Board of Westrim, Inc. or Creativity Crafts Inc. whenever appropriate.

### UPDATE ON PROCESS FOR SALE OF THE BLUE MOON BEADS BUSINESS

At the request of the Chairman, Director Cooper reviewed the current status of the process to seek a purchaser for the Company's Bead Business. Director Cooper noted the various updates that he had been sharing with the Board via email. In summary, the prospective purchaser's offer had been enhanced somewhat since the last Board meeting, but the secured party had continued to change its decision to fund, or not fund, a Chapter 11 filing, needed to provide a clear title to the assets of the Blue Moon Beads Business. He noted that this morning, the secured party had agreed to do the necessary funding such that a Chapter 11 process can be undertaken. Director Cooper indicated that he was going to confirm the telephonic conversation in writing, and seek the funding on Monday to be able to proceed with the filing, assuming the Board authorized such filing.

1

In response to an inquiry, Director Cooper confirmed that the Licensing Agreement for one customer had been entered into with the prospective purchaser, substantially as described at a prior meeting of the Board.

## Chapter 11 Authorization

At the request of the Chairman, Director Cooper led a discussion of the process of filing under Chapter 11 of the Bankruptcy Code, including the benefits of conducting a sale of the Blue Moon Beads Business pursuant to the process allowed under Chapter 11.

After discussion and on motion duly made and seconded, the following resolutions were approved, assuming that the secured party supports such filing by agreeing to and making the necessary payments to proceed with completing the sale of the Blue Moon Beads Business under Chapter 11:

**RESOLVED**, that, based on factors and information deemed relevant by the Board of Directors, in the judgment of the directors of Creativity Crafts, Inc. and Westrim, Inc. (hereinafter in these Resolutions referred to collectively as "the Company"), it is in the best interests of the Company and its stockholders, as well as the best interests of the Company's creditors and other interested parties under the circumstances set forth herein, that a petition be filed pursuant to Chapter 11 on behalf of the Company, and each of them, to preserve the value available to the creditors and stockholders of the Company.

**RESOLVED FURTHER**, that the officers of the Company (the "Authorized Officers"), or any of them, be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to file a petition pursuant to Chapter 11 on or after April 19, 2011.

**RESOLVED FURTHER**, that each of the Authorized Officers be, and hereby is, authorized to execute and file all petitions, schedules, statements of affairs, lists and other papers and to take any and all related actions which such Authorized Officer may deem necessary or proper in connection with such Chapter 11 case.

**RESOLVED FURTHER**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Jeffer Mangels Butler & Mitchell LLP as general bankruptcy counsel to the Company, to represent and assist the Company in filing under Chapter 11, and to take any and all actions to advance the Company's rights, and, in connection therewith, the Authorized Officers are hereby authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Jeffer Mangels Butler & Mitchell LLP.

**RESOLVED FURTHER**, that the Authorized Officers be, and they hereby are, authorized and directed to employ additional professionals, including any attorneys, financial advisors or consultants to the Company as any Authorized Officer may deem necessary to advise, represent and assist the Company in carrying out their duties under

Title 11 of the United States Code and other applicable law and to provide investigative, consulting, professional and other assistance in connection with the acts and transactions contemplated by these resolutions or related regulatory proceedings, and each Authorized Officer is authorized and directed to cause the Company to pay the fees and expenses of those so engaged (including appropriate retainers prior to and immediately upon the filing of the Chapter 11 case), to the extent any such Authorized Officer deems appropriate, to enter into agreements (including, without limitation, indemnity agreements) with such entities, and to cause to be filed one or more appropriate applications for authority to retain the services of such additional professionals and any such actions previously performed by any Authorized Officer of the Company are hereby approved and ratified.

**RESOLVED FURTHER**, that each of the Authorized Officers is authorized to cause the Company to pay any and all expenses and fees, including, without limitation, professional advisor fees and expenses, incurred by or on behalf of the Company arising in connection with the acts and transactions contemplated, including, without limitation, the review and preparation of the petitions and other documents necessary or advisable in connection with the filings under Chapter 11, and any and all schedules, statements of affairs, lists and other papers, together with any amendments or supplements thereto, the preparation and filing of any and all regulatory, administrative or legal reports, forms or other documents that any Authorized Officer may deem necessary or desirable in order to facilitate or permit consummation of the acts and transactions contemplated hereby and related or incidental transactions and any obligations of the Company in connection with the acts and transactions contemplated hereby.

**RESOLVED FURTHER**, that any Authorized Officer be, and hereby is, authorized, on behalf of the Company, to execute and verify voluntary petitions pursuant to Chapter 11 on behalf of the Company and to cause the same to be filed with the United States Bankruptcy Court for the Central District of California, or in such other jurisdiction or court as such Authorized Officer may deem necessary or appropriate.

**RESOLVED FURTHER**, that any actions heretofore taken by any Authorized Officer that are consistent with the authority granted by the foregoing resolutions are hereby ratified, confirmed and approved in all respects as the acts and deeds of the Company.

## Authorization to Engage Special Consultant and Appointment as Officer

At the request of the Chairman, Director Cooper discussed the need to engage Christopher McLain as Special Consultant to the Companies, to assist in the Chapter 11 proceeding and the completion of the sale of the Blue Moon Beads Business, and to appoint Mr. McLain as a Senior Vice President of each of Creativity Crafts, Inc. and Westrim, Inc., recognizing that he would be one of the Authorized Officers with the powers as authorized in the resolutions adopted at this meeting and with such other authority as an officer of each of the Companies would have.

After discussion and on motion duly made and seconded, the following resolutions were adopted.

**RESOLVED,** that each of Creativity Crafts, Inc. and Westrim, Inc. (collectively "the Company") hereby engage Christopher McLain as a Special Consultant to the Company, to assist in the proceedings as outlined in the above Resolutions and in the completion of the sale of the Blue Moon Bead Business as outlined in the below Resolutions, and in such other activities as may be assigned from time to time by Ronald Cooper, with such compensation as is appropriate for such position.

**RESOLVED FURTHER,** that Christopher McLain be appointed as a Senior Vice President of each of Creativity Crafts, Inc. and Westrim, Inc. and have all authority and powers of that position to execute any and all documents, and perform any and all acts necessary or appropriate to affect any of the actions undertaken in accordance with the foregoing Resolution.

**RESOLVED FURTHER,** that Christopher McLain, as an officer of the Company, shall be entitled to the benefits of the indemnification provisions provided to officer under the By-Laws of the Company and be entitled to coverage under the existing Directors and Officers Insurance policy, and any renewals thereof.

## Approval of the Sale of the Blue Moon Bead Business

At the request of the Chairman, Director Cooper reviewed the proposed purchase of the Blue Moon Beads Business. He indicated that the proposed purchaser, HIG/DCWV, has indicated that it remains committed to purchase the Business, substantially on the terms as discussed with this Board at its meetings held in February 2011. The purchaser has improved the proposed purchase price by adding an additional $250,000 in cash to be paid in March 2012, with the other terms remaining the same as previously outlined to the Board. The proposed purchaser has agreed that its offer may be used as the "stalking horse" in the Chapter 11 proceeding. Mr. Cooper explained that it would be appropriate to approve the proposed purchase and resulting Asset Purchase Agreement to be entered into the Chapter 11 process at the earliest time.

After discussion and on motion duly made and seconded, the following resolutions were approved:

**RESOLVED,** that this Company hereby approves and accepts the revised offer for the Blue Moon Bead Business from HIG/DCWV as discussed at this meeting.

**RESOLVED FURTHER,** that each of the officers is hereby authorized to negotiate an appropriate Asset Purchase Agreement, a Transitions Service Agreement, and any other agreements as appropriate for the proposed transaction, and to take all actions appropriate and necessary, and execute all documents necessary, to give effect to the foregoing resolution.

## ALTERNATIVE FILING UNDER CHAPTER 7

At the request of the Chairman, Director Cooper reviewed the alternative of filing under Chapter 7 of the U.S. Bankruptcy Code, an action that would be necessary if the secured party fails to provide sufficient funds to proceed with a Chapter 11 filing. He

noted that if such funding is not forthcoming, as expected, in the next several days, the Company will be unable to continue operations and have no alternative but to liquidate all of its assets through a Chapter 7 proceeding.

After discussion and on motion duly made and seconded, the following resolutions were approved, to be implemented in the event that the secured party fails to provide the necessary payments to proceed with completing the sale of the Blue Moon Beads Business under Chapter 11 as outlined above:

**RESOLVED**, that, based on factors and information deemed relevant by the Board of Directors, in the judgment of the directors of Creativity Crafts, Inc. and Westrim, Inc. (hereinafter in these Resolutions referred to collectively as "the Company"), it is in the best interests of the Company and its stockholders, as well as the best interests of the Company's creditors and other interested parties under the circumstances set forth herein, that a petition be filed pursuant to Chapter 7 on behalf of the Company, and each of them, to preserve the value available to the creditors and stockholders of the Company.

**RESOLVED FURTHER**, that the officers of the Company (the "Authorized Officers"), or any of them, be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to file a petition pursuant to Chapter on or after the day that the secured party fails to provide the necessary payments to proceed with completing the sale of the Blue Moon Beads Business under Chapter 11.

**RESOLVED FURTHER**, that each of the Authorized Officers be, and hereby is, authorized to execute and file all petitions, schedules, statements of affairs, lists and other papers and to take any and all related actions which such Authorized Officer may deem necessary or proper in connection with such Chapter 7 case.

**RESOLVED FURTHER**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Jeffer Mangels Butler & Mitchell LLP as general bankruptcy counsel to the Company, to represent and assist the Company in filing under Chapter 7, and to take any and all actions to advance the Company's rights, and, in connection therewith, the Authorized Officers are hereby authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the Chapter 7 case, and to cause to be filed an appropriate application for authority to retain the services of Jeffer Mangels Butler & Mitchell LLP.

**RESOLVED FURTHER**, that the Authorized Officers be, and they hereby are, authorized and directed to employ additional professionals, including any attorneys, financial advisors or consultants to the Company as any Authorized Officer may deem necessary to advise, represent and assist the Company in carrying out their duties under Title 7 of the United States Code and other applicable law and to provide investigative, consulting, professional and other assistance in connection with the acts and transactions contemplated by these resolutions or related regulatory proceedings, and each Authorized Officer is authorized and directed to cause the Company to pay the fees and expenses of those so engaged (including appropriate retainers prior to and immediately upon the filing

of the Chapter 7 case), to the extent any such Authorized Officer deems appropriate, to enter into agreements (including, without limitation, indemnity agreements) with such entities, and to cause to be filed one or more appropriate applications for authority to retain the services of such additional professionals and any such actions previously performed by any Authorized Officer of the Company are hereby approved and ratified.

**RESOLVED FURTHER**, that each of the Authorized Officers is authorized to cause the Company to pay any and all expenses and fees, including, without limitation, professional advisor fees and expenses, incurred by or on behalf of the Company arising in connection with the acts and transactions contemplated, including, without limitation, the review and preparation of the petitions and other documents necessary or advisable in connection with the filings under Chapter 7, and any and all schedules, statements of affairs, lists and other papers, together with any amendments or supplements thereto, the preparation and filing of any and all regulatory, administrative or legal reports, forms or other documents that any Authorized Officer may deem necessary or desirable in order to facilitate or permit consummation of the acts and transactions contemplated hereby and related or incidental transactions and any obligations of the Company in connection with the acts and transactions contemplated hereby.

**RESOLVED FURTHER**, that any Authorized Officer be, and hereby is, authorized, on behalf of the Company, to execute and verify voluntary petitions pursuant to Chapter 7 on behalf of the Company and to cause the same to be filed with the United States Bankruptcy Court for the Central District of California, or in such other jurisdiction or court as such Authorized Officer may deem necessary or appropriate.

**RESOLVED FURTHER**, that any actions heretofore taken by any Authorized Officer that are consistent with the authority granted by the foregoing resolutions are hereby ratified, confirmed and approved in all respects as the acts and deeds of the Company.

**ADJOURNMENT**

   There being no further business, the meeting was adjourned at 1:25 pm (PDT).

              _____
              Ernest Leopold, Secretary

Addendum: Mr. Cooper reported to the Secretary that he had discussed the meeting and the resolutions approved as per the above, with Director Walsh on April 16, 2011, and Mr. Walsh concurred with the actions so taken by the Board though was unable to attend.

of the Chapter 7 case), to the extent any such Authorized Officer deems appropriate, to enter into agreements (including, without limitation, indemnity agreements) with such entities, and to cause to be filed one or more appropriate applications for authority to retain the services of such additional professionals and any such actions previously performed by any Authorized Officer of the Company are hereby approved and ratified.

**RESOLVED FURTHER,** that each of the Authorized Officers is authorized to cause the Company to pay any and all expenses and fees, including, without limitation, professional advisor fees and expenses, incurred by or on behalf of the Company arising in connection with the acts and transactions contemplated, including, without limitation, the review and preparation of the petitions and other documents necessary or advisable in connection with the filings under Chapter 7, and any and all schedules, statements of affairs, lists and other papers, together with any amendments or supplements thereto, the preparation and filing of any and all regulatory, administrative or legal reports, forms or other documents that any Authorized Officer may deem necessary or desirable in order to facilitate or permit consummation of the acts and transactions contemplated hereby and related or incidental transactions and any obligations of the Company in connection with the acts and transactions contemplated hereby.

**RESOLVED FURTHER,** that any Authorized Officer be, and hereby is, authorized, on behalf of the Company, to execute and verify voluntary petitions pursuant to Chapter 7 on behalf of the Company and to cause the same to be filed with the United States Bankruptcy Court for the Central District of California, or in such other jurisdiction or court as such Authorized Officer may deem necessary or appropriate.

**RESOLVED FURTHER,** that any actions heretofore taken by any Authorized Officer that are consistent with the authority granted by the foregoing resolutions are hereby ratified, confirmed and approved in all respects as the acts and deeds of the Company.

### ADJOURNMENT

There being no further business, the meeting was adjourned at 1:25 pm (PDT).

_Ernest Leopold_
Ernest Leopold, Secretary

Addendum: Mr. Cooper reported to the Secretary that he had discussed the meeting and the resolutions approved as per the above, with Director Walsh on April 16, 2011, and Mr. Walsh concurred with the actions so taken by the Board though was unable to attend.

6

# United States Bankruptcy Court
## Central District of California, San Fernando Division

**IN RE:**                                                    Case No. _____

**WESTRIM, INC. dba WESTRIM CRAFTS**                          Chapter 11
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include(1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Edwards Properties<br>PO Box 1549<br>Springdale, AR  72765 | Joe Edwards<br>(479) 751-9591 | ☐ | | 2,500,000.00 |
| Aurient International Corp.<br>8F-3 105 Chang An West Road<br>Taipei, Taiwan, | Edmund Wu<br>(886) 225-5239 98 | Trade debt | | 1,598,845.43 |
| VIF Valencia Gateway, LLC<br>C/O CB Richard Ellis<br>500 Citadel Drive<br>Commerce, CA  90040 | Dee Eckman<br>(323) 720-5363 | | | 1,400,000.00 |
| Tin Hung Products Factory HK<br>223 G/F, Yu Chau Street<br>Sham Shui Po, Hong Kong, | Tin Fu-Lap Yeung Yuk<br>(011) 852-2307 8408 | Trade debt | | 709,360.64 |
| Kwan Hing Fareast Prod Fty Ltd<br>Stg2 Blk A 6thF Wah Fung Id Bldg Ct33-39<br>Kwai Chung, Hong Kong, | Michelle-Kwan Hing<br>(011) 852-9633 3127 | Trade debt | | 550,589.89 |
| Tru-Blu Industries LLC<br>PO Box 793<br>Niles, MI  49120 | Bob Demmett<br>(479) 957-4884 | Trade debt | | 216,426.37 |
| Asian Craft Inc.<br>8th Fl, No 97 Sec 2, Nan King E Rd<br>Taipei,Taiwan, | Donald Chen<br>(011) 886-2254 15843 | Trade debt | | 210,569.74 |
| AMB Property Corp.<br>PRJT# PVANNUY03/Leade ID LWESTCR01<br>PO Box 6156<br>Hicksville, NY  11802-6156 | Kari Hughes<br>(310) 641-2100 | Lease Rent | | 179,149.93 |
| Anthem Blue Cross<br>PO Box 5812<br>Los Angeles, CA  90074-5812 | Ruth Estrada<br>(213) 553-5467 | Health Insurance | | 172,404.97 |
| Dumont Promotional Images Inc.<br>12947 Chadron Avenue<br>Hawthorne, CA  90250 | Lisa Machado<br>(310) 538-1219 x 227 | Trade debt | | 162,080.05 |
| American Express-CPC/091678<br>CPC Remittance Processing<br>PO Box 329000<br>Weston, FL  33332-9000 | 888 800-8564 | Credit Card Debt | | 110,430.70 |
| Bureau Veritas<br>Consumer Products Services, Inc.<br>14624 Collection Center Drive<br>Chicago, IL  60693 | Teresa Keller<br>(716) 505-3482 | Trade debt | | 59,447.30 |
| Kelly Lowry & Kelley LLP<br>6320 Canoga Ave #1650<br>Woodland Hills, CA  91367 | John Kelly<br>(818) 347-7900 | ☐ | | 57,840.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| Banaras Beads Limited<br>A-1 Industrial Estate<br>Varanasi-221 106 India, | Siddarth Gupta<br>(915) 422-3701 61 | Trade debt | 53,793.89 |
| Bureau Veritas Hong Kong Ltd<br>14630 Collection Center Drive<br>Chicago, IL 60693 | Effie Lu<br>(867) 558-6000 151x62 | Trade debt | 49,597.38 |
| Miller Starr & Regalia<br>Dept 05115 POB 39000<br>San Francisco, CA 94139-5115 | Lance Anderson<br>(650) 463-7803 | ☐ | 49,017.99 |
| Grant Thornton, LLP<br>PO Box 51552<br>Los Angeles, CA 90051-5852 | Daryl Ohland<br>(213) 627-1717 | ☐ | 48,651.50 |
| CSA Canadian Sales Agency Inc.<br>#1 Valleybrook Drive<br>Toronto, ON M3B 2S7 | Michelle Callahan<br>(416) 754-0999 | ☐ | 47,837.78 |
| Nord Race Paper Intl Ltd<br>Unit 12 15/F Wah Wai Centre<br>38-40 Au Pui Wan St<br>New Territories HongKong, | Peter Pang<br>(852) 268-7138 7 | Trade debt | 43,827.92 |
| Silverwings Unique, Inc.<br>451 North Oak Street<br>Inglewood, CA 90302 | Albert Chen<br>(310) 674-8889 | Trade debt | 41,546.53 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **April 29, 2011**              Signature:  */s/ Ronald B. Cooper*

**Ronald B. Cooper, President and CEO**

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California, San Fernando Division**

IN RE:                                                                    Case No. _____

WESTRIM, INC. dba WESTRIM CRAFTS                                          Chapter **11** _____
_____
Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____**23** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.


Date: **April 29, 2011** _____        Signature: **/s/ Ronald B. Cooper** _____
                                                         **Ronald B. Cooper, President and CEO**                    Debtor


Date: _____           Signature: _____
                                                                                               Joint Debtor, if any


Date: **April 29, 2011** _____        Signature: **/s/ David M. Poitras P.C.** _____
                                                         **David M. Poitras P.C. 141309**                Attorney (if applicable)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

WESTRIM INC dba WESTRIM CRAFTS
Ronald B. Cooper
7855 Hayvenhurst Avenue
Van Nuys, CA 91406


David M Poitras PC
Jeffer Mangels Butler & Mitchell LLP
1900 Ave of the Stars 7th Fl
Los Angeles, CA 90067


Office of the US Trustee
21051 Warner Center Lane #115
Woodland Hills, CA 91367

1 Source Material Handling
PO Box 8312
Glendale, CA  91224


ADP Inc
PO Box 0500
Carol Stream, IL  60132


ADP Inc
PO Box 78415
Phoenix, AZ  85062


AFCO
Department 7200
Los Angeles, CA  90088-7200


Agent For Bridge Lenders
Ron Cooper
11222 Brooks Road
Windsor, CA  95492


Alpha Bijoux
28 Rijna 1895/32
Jablonec N.CZ,


AMB Property Corp
PRJT# PVANNUY03/Leade ID LWESTCR01
PO Box 6156
Hicksville, NY  11802-6156


American Express-CPC/091678
CPC Remittance Processing
PO Box 329000
Weston, FL  33332-9000

American Office Products
7900 Alabama Aenue
Canoga Park, CA   91304


Ameritas Dental & Vision
PO Box 81889
Lincoln, NE   68501-1889


AMP Electric & Developmnt Co Inc
6617 Louise Avenue
Lake Balboa, CA   91406


Anthem Blue Cross
PO Box 5812
Los Angeles, CA   90074-5812


Aparicio Mirian C
7457 Milwood Avenue
Canoga Park, CA   91303


Arkansas Western Gas Company
PO Box 660559
Dallas, TX   75266-0559


Asian Craft Inc
8th Fl No 97 Sec 2 Nan King E Rd
Taipei,Taiwan,


AT&T
Payment Center
Sacramento, CA   95887-0001


AT&T
PO Box 5019
Carol Stream, IL   60197-5019

AT&T For DMD
PO Box 105414
Atlanta, GA  30348-5414


Attorneys For Acquisition Corp
Amit Mehta -Paul Hastings Janofsky
191 North Wacker Drive 30th Fl
Chicago, IL  60606


Attorneys For Acquisition Corp
Jennifer HildebrandtPaulHastingsJan
515 South Flower St 25th Fl
Los Angeles, CA  90071


Attorneys For Newstar Business Cred
Greg Hesse Hunton & Williams LLP
1445 Ross Avenue Ste 3700
Dallas, TX  75202


Aurient International Corp
Edward Wu
8F-3 105 Chang An West Road
Taipei, Taiwan,


AV Graphics Inc
20746 Plummer Street
Chatsworth, CA  91311


Ayala Arcelia
21020 Covello Street
Canoga Park, CA  91303


Bai Win Mercantile Corp
Taiwan Branch 1FLane 405 Sec 6
Chung Shan N Rd
Taipei Taiwan ROC,

Bailey Heather
4080 E Oxford Lane
Gilbert, AZ  85295


Balboa Equipment Rentals
16755 Roscoe Blvd
North Hills, CA  91343


Banaras Beads Limited
Siddarth Gupta
A-1 Industrial Estate
Varanasi-221 106 India,


Bankruptcy PIT MS A340
Franchise Tax Board
PO Box 2952
Sacramento, CA  95812-2952


Barillas Corpeno
7261 Amigo Ave #6
Reseda, CA  91335


Bastajian Viken
16943 Schoolcraft
Van Nuys, CA  91406


Benkoe Marlene
5305 D White Oak Avenue
Encino, CA  91316


Bennett Tia
17225 85th Ave Court East
Payallup, WA  98375

BMC
Business Machine Consultants
6735 Odessa Avenue
Lake Balboa, CA  91406-5747


Boissonnault Francine
524 St Joseph West
St Alban, QC  G0A 3B0


Bowlin Jenni
2004 Arden Ct
Mt. Juliet, TN  37122


Breakaway Press
9620 Topanga Canyon Place#A
Chatsworth, CA  91311


Bureau Veritas
Teresa Keller - Consumer Prod Serv
14624 Collection Center Drive
Chicago, IL  60693


Bureau Veritas Hong Kong Ltd
Effie Lu
14630 Collection Center Drive
Chicago, IL  60693


Cal Net Technology Group Inc
9241 Reseda Blvd #200
Northridge, CA  91324


Carmichael International Svcs
Carmen Farfan/Acct Manager
533 Glendale Blvd
Los Angeles, CA  90026

Castellanos Danny E
11587 Welk Avenue
Pacoima, CA   91331


Century Distribution
Woodbridge Corporate Plaza
485 E Rout 1 South Ste 100
Iselan, NJ   43081


Cervantes Oregel Juan M
8801 Willis Ave #F1
Panorama City, CA   91402


Charter Freeport Partners LP
Peloton Real Estate Mgmt LLC
8402 Sterling Street Ste 101
Irving, TX   75063


Chevalier Victor
754 Puma Canyon Lane
Glendora, CA   91740


Chief Container Co Inc
PO Box 189
Acworth, GA   30101-0189


Chiu Elaine Wai Yan
2 Cricklewood Path
Pasadena, CA   91107


CIT Technology Fin Serv Inc
PO Box 100706
Pasadena, CA   91189

City Clerk's Tax And Permits
111 N Hope St
Los Angeles, CA  90012-2607


Click Creative Group Inc
Katie Pertiet
903 Cedarday Drive
Bel Air, MD  21015


Coffey Renee Smith
651 Rock Elm Drive
Auburn, GA  30011


Contreras Maria Dolores
9445 Sandusky Avenue
Arleta, CA  91331


Contreras Xiomara Consepci
8007 Variel Avenue
Canoga Park, CA  91304


Cooper Ronald
11220 Brooks Road
Windsor, CA  95492


Copier Headquarters Inc
31368 Via Colinas Ste 109
Westlake Village, CA  91362


Cossia Carolina
5385 Birchcroft Street #179
Simi Valley, CA  93063

CSA Canadian Sales Agency Inc
Michelle Callahan
#1 Valleybrook Drive
Toronto, ON  M3B 2S7


CT Corporation
PO Box 4349
Carol Stream, IL  60197-4349


De Lang Landen Fin Services
PO Box 41602
Philadelphia, PA  19101-1601


Department Of Benefit Payments
Collection Section
800 Capitol Mall
Sacramento, CA  95814


Dependable Highway Express
PO Box 58047
Los Angeles, CA  90058-0047


Design Space Modular Bldg Iinc
1935 Camino Vida Robles Ste 210
Carlsbad, CA  92008-5573


Domash Mike
Mike The Printer
6933 Woodley Avenue
Van Nuys, CA  91406


Dougan-Schoegje Susan
6640 De Celis Place
Lake Balboa, CA  91406

Doukas Michael
1886 Bishop Lane #4
Simi Valley, CA   93063


Dumont Promotional Images Inc
Lisa Machado
12947 Chadron Avenue
Hawthorne, CA   90250


Edwards Properties
Joe Edwards
PO Box 1549
Springdale, AR   72765


Edwards Jesse
6515 Goldcoast Street
Boise, ID   83714


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA   94280-0001


Esparza Martin
7824 Bothwell Road
Reseda, CA   91335


Espinoza Maria Deisely
8527 Lehigh Avenue
Sun Valley, CA   91352


Everest National Insurance CO
File 57345
Los Angeles, CA   90074-7345

Exact Staff Inc
21031 Ventura Blvd Ste 501
Woodland Hills, CA  91364


Exec-U-Care
PO Box 533204
Atlanta, GA  30353


Faherty Michelle
MRF Associates
224 Dutcher Street
Hopedale, MA  01747


Farrer Rhonna
1741 N Meadowlark Road
Orem, UT  84097


Fed Ex
PO Box 7221
Pasadena, CA  91109-7321


Fernqvist Labeling Solutions
1245 Spacepark Way Ste C
Mountain View, CA  94043


Fidelity Investmnts Inst OP Co
PO Box 73307
Chicago, IL  60673


Flores Doris Alicia
12880 Crowley Street
Arleta, CA  91331


Folgmann Crystal
193 Coventry Lane
North Salt Lake City, UT  84054

Franchise Tax Board
PO Box 942857
Sacramento, CA  94257-0511


Franchise Tax Board
PO Box 942867
Sacramento, CA  94267-0001


Fun Kingdon
Branch Banking And Trust Company
PO Box 890011
Charlotte, NC  28289-0011


Future Edge
Johnson Stapler Repair
42066 Avenida Alvarado Ste H
Temecula, CA  92590


Gelfand Barbara
3471 Shernoll Place
Sherman Oaks, CA  91403


Gentry Greg
NewStar Business Credit
8080 North Central Expressway #800
Dallas, TX  75206


George Binu
11730 Sunset Blvd #123
Los Angeles, CA  90049


Gomez Arnulfo
619 S Brand Blvd
San Fernando, CA  91340

Gonzalez Maria Ester
15202 Burton Street
Panorama City, CA   91402


Gourmet Coffee Service
PO Box 16727
Irvine, CA   92623


Grant Thornton LLP
Daryl Ohland
PO Box 51552
Los Angeles, CA   90051-5852


Grendell Amy
15309 88th Avenue Ct East
Puyallup, WA   98375


GSPS Inc
26382 West Plata Lane
Calabasas, CA   91302


Guard Tronic Inc
PO Box 567
Fort Smith, AR   72902


H&H Logistics
PO Box 941060
Simi Valley, CA   93094


Hagan Araba
326 North Avenue 64 Apt B
Los Angeles, CA   90042


Hamilton Sales Inc
1409 East Blvd
Charlotte, NC   28203

HKCJ Co Ltd
Unit D 12F CDW Bldg
388 Castle Peak Road
Tsen Wan NT Hong Kong,


Holthouse Carlin & Van Trigt
Certified Public Accountants
1601 Cloverfield Blvd Ste 300 Sout
Santa Monica, CA   90404


Hong Yu Intl Company Ltd
Rm 907 JFZ 324
Wing Tuck Commercial Cntr
177-183 Wing LOK St HK,


Horjus Peter
350 Studio K St Studio #204
San Diego, CA   92101


Huerta Yolanda
14634 Blythe St #4
Panorama City, CA   91402


Importing Solutions Inc
998 Collingwood Drive
Naperville, IL   60540


Inline Translation Svcs Inc
100 W Broadway Suite 520
Glendale, CA   91210-1221


Internal Revenue Service (PA)
PO Box 7346
Philadelphia, PA   19101-7346

Internal Revenue Service (Spcl Proc
Specl Proc Collection Division
Rm 4062 - Federal Bldg (Stop 5022)
Los Angeles, CA  90012


J&S Express Trucking Inc
PO Box 571
Harbor City, CA  90710


Jade International Ltd
Unit B 10/F Park Avenue Tower
5 Moreton Terrace
Causeway Bay, Hong Kong,


Jarl-Bar Industry Co Ltd
255 Tong'an Park
Tong'an Industrial Conctrtn Prk
TongAn DistrXiamen,China,      36110


Jimenez De Ibarra Araceli
7224 Independence Ave #1
Canoga Park, CA  91303


Jones Allison Tyler
14118 South Jackson Circle
Mesaert, AZ  85206


Joya Rigoberto
11077 Elm Street
Lynwood, CA  90262


Kaboose Inc
2200 Yonge St Ste 1400
Toronto, ON  M4S 2C6

Kelly Lowry & Kelley LLP
John Kelly
6320 Canoga Ave #1650
Woodland Hills, CA  91367


King's Pipe Cleaners Ind Inc
523850 Xiagang 4th Industry Zone
Tiawan,


Krieger Sande
1574 Michigan Avenue
Salt Lake City, UT  84105


Kuehne & Nagel Ltd
5800 Hurontario St 12th Fl
Mississauga, ON  L5R 4B6


Kwan Hing Fareast Prod Fty Ltd
Michelle-Kwan Hing
Stg2 Blk A 6thF Wah Fung Id Bldg Ct
Kwai Chung, Hong Kong,


Kyle Tracy
8940 Dewdney Trunk Rd
Mission, BC  V2V 6Y1


LA DWP
WTC-CAN #1099094843 & CAN  4816
PO Box 30808
Los Angeles, CA  90038-0808


Label Pro
25846 McBean Parkway
Valencia, CA  91355

Lallemand Lisa
2742 E Hyland Park
Fayetteville, AR  72701


Landsberg
Dept 6106
Los Angeles, CA  90084


Larabie Raymond
Socia Legend #401
4-425-2 Naka-Otai Nushi-Ku
Nagoya-Shi Alchi, JAPAN,        452-08


Lee Hecht Harrison LLC
Dept CH #10544
Palatine, IL  60055-0544


Licet Miriam
7261 Amigo Ave #6
Reseda, CA  91335


Lightfoot Leslie
23 Holloway Hts RR#2
Stirling, ON  K0K 3E0


Lohner Harold
777 Western Ave
Albany, NY  12203


Longmore-Scroggins Lori
20 Hillcrest Road
Ogden Dunes, IN  46368


Lopez Maria Del Rosario
15916 Vanowen Street #210
Van Nuys, CA  91406

Lopez Sydney W
12631 Vanowen Street #6
North Hollywood, CA   91605


Lorenzo Daisy
18553 Willard Street
Reseda, CA   91335


Los Angeles County Tax Collector
PO Box 514818
Los Angeles, CA   90051-4818


Mail Finance
PO Box 45850
San Francisco, CA   94145-0850


Major Metropolitian Security
20974 Knapp Street
Chatsworth, CA   91311


Marcone Joanne C
6949 Halbrent Avenue
Van Nuys, CA   91405


McFayden Teresa
12505  B  Street
Omaha, NE   68144


McGuire Jennifer
7633 Fairwind Drive
Cincinnati, OH   45242


McKinney Trailer Rentals
8400 E Slauson Ave
Pico Rivera, CA   90660

McLain Chris
14 Bobolink Road
Orinda, CA   94563-1706


Meijer Corporation
PO Box X
Grand Rapids, MI   49501


Menor Stephanie
13945 Fenton Avenue
Sylmar, CA   91342


Metlife
PO Box 8500-3895
Philadelphia, PA   19178-3895


Micro Shread Inc
16201 Stagg Street
Van Nuys, CA   91406


Millennium Printing Int Ltd
Rm 2721-272227/F - No Hung To Road
Kwun Gong, Hong Kong,


Miller Starr & Regalia
Lance Anderson
Dept 05115 POB 39000
San Francisco, CA   94139-5115


Miller Starr Regalia
300 Hamilton Avenue 3rd Floor
Palo Alto, CA   94301


Miller Rowena
10227 Tujunga Cyn Bl
Tujunga, CA   91042

Molina Monica
27361 Sierra Highway Space 123
Canyon Country, CA   91351


Mulholland James
29329 Hacienda Ranch
Valencia, CA   91354


Nash Mary Jane
3749 Citronella Street
Simi Valley, CA   93063


Naylor Helen
4594 Robbins Street
San Diego, CA   92122


New Approach Development Inc
Peter Russo
3 Macintosh Road
Bedford, MA   01730


New Trend Corp
Rm 5 11th Floor
267 Dun Hua South Rd Sec 2
Taipei, Taiwan,


Nord Race Paper Intl Ltd
P Pang -Unit 12 15/F Wah Wai Centr
38-40 Au Pui Wan St
New Territories HongKong,


Omni Enterprise Corp
4/F No 139 Sung Chinag Road
Taipei, Taiwan,

Pacific Telemanagement Services
2175 North California Blvd Suite 40
Walnut Creek, CA  94596


Paetec Communications Inc
PO Box 1283
Buffalo, NY  14240-1283


Paul Hastings Janofsky & Walker
695 Town Center Dr 17th Fl
Costa Mesa, CA  92626-1924


PBM Maintenance Corp
1299 E Artesia Blvd Suite 240
Carson, CA  90746


Phillips Tracey
27602 Primrose Lane
Castaic, CA  91384


Piedra Blanca L
2450 Naomi Street #A
Burbank, CA  91504


Poole Jeff Lynn
2791 N Ringwood Street
Simi Valley, CA  93063


Postmaster
USPS EMCA Remittance/#913369
PO Box 8350
Van Nuys, CA  91409-9998


Prudential Overall Supply
PO Box 11210
Santa Ana, CA  92711

Pryor Thomas C
426 E Calle De Ocaso
Sahuarita, AZ  85629


Rangel Patricia V
17927 Burton Street
Reseda, CA  91335


Regent Publishing Services
6/F Hang Tung Resources Ctr #18
Shau Kei Wang HONG KONG,


Richoh Americas Corporation
PO Box 4245
Carol Stream, IL  60197-4245


Rick & Associates LLC
PO Box 201505
Arlington, TX  76006


Russo Lisa
1656 Millhouse Landing
Marietta, GA  30066


Sahagun Silvia H
10001 Langdon Avenue
Mission Hills, CA  91345


Sanchez Ma Rosario
21031 Parthenia Street #344
Canoga Park, CA  91304


Schnitzius Mark
698 Surf Street
Lewisville, TX  75067

Secure US Inc
2308 Turner Suite 3
Springdale, AR  72764


Securities Exchange Commission
5670 Wilshire Boulevard 11th Floor
Los Angeles, CA  90036


Serian Diana
29259 N Las Brisas
Valencia, CA  91354


Sew Winner Co Ltd
4th Fl No 35 Lane 21 Sec 6
Ming Chuan E Road
Taipei, Taiwan,


Shahriyarpour Farkhondeh
17443 Septo Street
Northridge, CA  91325


Shandong Boxing Henga Grass
And Willow Arts & Crafts Co Ltd
173 5th Rd Bocheng Boxing Country
Shandong China,      256500


Shandong Qinglin Home Decor
North Of Qingdao Rd
Caoxian Shandong Province
Heze Shangdong China,      274400


Shell
Processing Center
PO Box 183019
Columbus, OH  43218-3019

Silverwings Unique Inc
Albert Chen
451 North Oak Street
Inglewood, CA  90302


Smylie Donna
2222 W Bella Vista
Lakeland, FL  33810


Solis Sherwin
7021 Jordan Ave #14
Canoga Park, CA  91303


Solorsoft Business Systems
CMS Mfg Systems Inc
PO Box 635830
Cincinnati, OH  45263-5830


Sosa Leonel
1908 Lucas Street #2
San Fernando, CA  91340


Southwestern Electric Power
PO Box 24422
Canton, OH  44701-4422


Springdale Water Utilities
PO Box 769
Springdale, AR  72765-0769


Starlight Products Limited
Unit B3/F Mei Wah Industrial Bld
1-7 Wah Sing Stret Treet
Kwai Chung, NT,Hong Kong,

State Board Of Equalization
PO Box 942879
Sacramento, CA  94279-7072


State Board Of Equalization
Supervisor Of Collection
PO Box 942879
Sacramento, CA  95808


Stay-Linked Corporation
Business Manager
PO Box 1279
Sun Vallley, CA  91353


Stifel Nicolaus & Company Inc
501 North Broadway
St. Louis, MO  63102


Stifel Nicolaus Investment Banking
Mitchell Schaffer Managing Directo
237 Park Avenue
New York, NY  10017


Takano Miti
119 N Electric Ave Apt G
Alhambra, CA  91801


Terasawa Mindy
2205 Speyer Lane #B
Redondo Beach, CA  90278


The Ink Pro
Raminder S Maden
9526 Casaba Avenue
Chatsworth, CA  91311

The Jackson Group Inc
825 Nicollet Mall Ste 1433
Minneapolis, MN  55402


Thermo Fisher Financial
PO Box 712441
Cincinnati, OH  45271


Tiemstra Law Group PC
1111 Broadway Suite 1501
Oakland, CA  94607-4036


Tin Hung Products Factory HK
Tin Fu-Lap Yeung Yuk
223 G/F Yu Chau Street
Sham Shui Po, Hong Kong,


Torres Manuela C
926 Lucas Street
San Fernando, CA  91340


TOYS R US
OPS Acct-Anthony Morin
One Geoffrey WayTerrace Bldg
Wayne, NJ  07470


Treasurer Of State Ohio
Ohio Dept Of Taxation
PO Box 182857
Columbus, OH  43216-2857


Trimble Erin
27423 N 97th Drive
Peoria, AZ  85383

Tru-Blu Industries LLC
Bob Demmett
PO Box 793
Niles, MI  49120


TXU Energy
PO Box 650638
Dallas, TX  75265-0700


Uline
Attn: Accounts Receivable
2200 S Lakeside Drive
Waukegan, IL  60085


United Wholesale Lumber Co
8009 West Doe Avenue
Visalia, CA  93291-9284


UPS
Shipper NBR 1654XW5258R4620V525
PO Box 894820
Los Angeles, CA  90189-4820


Uy Edgard Navarrete
20224 Londelius Street
Winnetka, CA  91306


Valencia Alberto
10026 Bevis Avenue
Mission Hills, CA  91345


Valencia Olga Marina
10026 Bevis Avenue
Mission Hills, CA  91345

Valstreet Transportation LLC
10061 Riverside Dr Ste 755
Toluca Lake, CA   91602


Vaught Colleen Leslie
6552 Franrivers Ave
West Hills, CA   91307


Venturo Elga D
25015 Peachland Ave Unit #141
Newhall, CA   91321


Vergara Rosa
21721 Roscoe Blvd #38
Canoga Park, CA   91304


Verizon
PO Box 17577
Baltimore, MD   21297-0513


Verizon Wireless
PO Box 550108
Dallas, TX   75266-0108


Victoria Andrea A
16633 SE 171st Place
Renton, WA   95058


VIF Valencia Gateway LLC
C/O Dee Eckman CB Richard Ellis
500 Citadel Drive
Commerce, CA   90040


Villa Maria D
8451 Stansbury Ave
Panorama City, CA   91402

Villanueva Salvador
12000 Foothill Blvd #110
Lake View Terrace, CA   91342


Vivanco Maria D
20600 Romar Street
Chatsworth, CA   91311


Walker Alma
522 W 127th Street #211
Los Angeles, CA   90044


Walker Vivian
80 Sequoia Drive
Pasadena, CA   91105


Wallman Bjorn
2216 Foothill Drive G #217
Salt Lake City, UT   84109


Waste Management
PO Box 78251
Phoenix, AZ   85062-8251


West Union Company Limited
Flat B 19F Gold King Ind Bldg
35-41 Tai Lin Pai Rd
Kwai Chung, NT HongKong,


Whitsitt Sales
8121 Davidson Drive
Plano, TX   75025


Whitteker Kezia
730 East 150 South
Hyde Park, UT   84318

Whittiker Paul
PO Box 6305
Logan, UT  84341

Williamson Michele
11253 Garden Grove
Northridge, CA  91326

Winland Enterprise Co
Unit 1-3 19/F Eastern Centre
1065 Kings Road
Quarry Bay, Hong Kong,

Wise Maryann
6 Purple Martin Place
The Woodlands, TX  77381

Woods Joshua Paul
14913 Hubbard Street
Sylmar, CA  91347

Worley Bruce A
13691 Gavina Avenue #470
Sylmar, CA  91342

Xerox Corporation
PO Box 7405
Pasadena, CA  91109-7405

Xtra Personnel Services Inc
15545 Devonshire St Ste 302
Mission Hills, CA  91345

Yale Chase Materials Handling
Dept 8905
Los Angeles, CA  90084-8905

Zeledon Maritza Beatriz
7342 Capps Avenue
Reseda, CA  91335


Zuniga Teresa
12301 San Fernando #302
Sylmar, CA  91342