FILED & ENTERED

MAY 03 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams  DEPUTY CLERK

1  DAVID M. POITRAS P.C. (CA Bar No. 141309)
   ALEXIS M. McGINNESS (CA Bar No. 241449)
2  JEFFER MANGELS BUTLER & MITCHELL LLP
   1900 Avenue of the Stars, Seventh Floor
3  Los Angeles, California  90067-4308
   Telephone:    (310) 203-8080
4  Facsimile:    (310) 712-8571
   Email:        dpoitras@jmbm.com

Counsel for Westrim, Inc.,
Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re

WESTRIM, INC. dba WESTRIM CRAFTS,
a Delaware corporation.

          Debtor.

CASE NO.    1:11-bk-15313-GM

Chapter 11

**ORDER SETTING HEARINGS ON EMERGENCY *FIRST DAY* MOTIONS FOR ORDERS AUTHORIZING:**

**(A)  INTERIM USE OF CASH COLLATERAL AND DIP FINANCING;**

**(B)  BID PROCEDURES FOR THE SALE OF A SUBSTANTIAL PORTION OF DEBTOR'S ASSETS;**

**(C)  PAYMENT OF PREPETITION WAGES AND RELATED EXPENSES; AND**

**(D)  NOTICE PROCEDURES AND PERMITTING SERVICE ON INSURED DEPOSITORY INSTITUTIONS BY FIRST-CLASS MAIL**

[No Hearing Required]

1   Westrim, Inc. dba Westrim Crafts, a Delaware corporation ("Westrim" or the "Debtor"), having submitted its *Ex Parte* Application ("Application") for an order setting the following *First Day Motions* for hearing on an emergency basis pursuant to Local Bankruptcy Rules 9075-1(a) and 2081-1(a)(1):

1.   *Debtor's Emergency Motion for Interim and Final Orders (A) Authorizing Postpetition Financing and Granting Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 361, 362 and 364; (B) Authorizing Use of Cash Collateral; (C) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; (D) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 262, 363 and 364; and (E) Scheduling Interim and Final Hearings Pursuant to Bankruptcy Rule 4001* (the "DIP Financing Motion");

2.   *Debtor's Emergency Motion to Establish Procedures for the Sale of a Substantial Portion of the Estate's Assets* (the "Bid Procedures Motion");

3.   *Debtor's Emergency Motion for (1) Authority to Pay Pre-Petition Priority Wages; (2) To Continue Certain Employment Benefits and Policies Post-Petition; and (3)Retain Pre-Petition Designated Payroll Account* (the "Wages Motion"); and

4.   *Debtor's Emergency Motion for Order Establishing Notice Procedures and Permitting Service on Insured Depository Institutions by First-Class Mail* (the "Notice Procedures Motion")(the DIP Financing Motion, the Bid Procedures Motion, the Wages Motion and the Notice Procedures Motion are collectively referred to hereinafter as the *First Day Motions*), and the Court, having considered the Application, and good cause appearing,

**IT IS HEREBY ORDERED:**

1.   The Application is granted;

2.   A hearing on the *First Day Motions* will be held on May 3, 2011 at 10:00 a.m.

3.   Written notice of the hearings on the *First Day Motions* shall be given by facsimile, email, overnight or personal delivery to the 20 largest creditors holding unsecured claims, all known secured creditors and all parties requesting special notice (the "Notice Parties") no later than April 29, 2011. Copies of the *First Day Motions* were served on the Notice Parties on April 29, 2011 and no additional service of the *First Day Motions* is required.

1   4. Any opposition to the *First Day Motions* must be filed with the Court, a file-stamped

2   copy delivered to Judge's chambers, and served upon proposed counsel for Debtor noted in the

3   upper left hand corner of this Order so that it is actually received by the time of the hearing.

4                                                        # # #

23   DATED: May 3, 2011

                                                        _____
                                                        United States Bankruptcy Judge

PRINTED ON
RECYCLED PAPER

*ADDITIONAL SERVICE INFORMATION:*

## PROOF OF SERVICE OF DOCUMENT

**II. SERVED BY OVERNIGHT MAIL**

Honorable Geraldine Mund
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

WESTRIM, INC., dba WESTRIM CRAFTS,
a Delaware corporation

LIST OF 20 LARGEST UNSECURED CREDITORS

American Express-CPC/091678
CPC Remittance Processing
PO Box 329000
Weston, FL 33332-9000

Grant Thornton, LLP
PO Box 51552
Los Angeles, CA 90051-5852
Attn: Daryl Ohland

VIF Valencia Gateway, LLC
c/o CB Richard Ellis
500 Citadel Drive
Commerce, CA 90040
Attn: Dee Eckman

Agent for Bridge Lenders
Ron Cooper
11222 Brooks Road
Windsor, CA 95492

SECURED CREDITORS

7768454v1

***ADDITIONAL SERVICE INFORMATION:***

## III. SERVED BY EMAIL

WESTRIM, INC., dba WESTRIM CRAFTS, a Delaware corporation

LIST OF 20 LARGEST UNSECURED CREDITORS

AMB Property Corp.
PRJT# PVANNUY03/Leade ID LWESTCR01
PO Box 6156
Hicksville, NY 11802-6156
Attn: Kari Hughes
Email: khughes@amb.com -

Anthem Blue Cross
PO Box 5812
Los Angeles, CA 90074-5812
Attn: Ruth Estrada
Email: Ruth.Estrada@anthem.com

Asian Craft Inc.
8th Fl, No 97 Sec 2, Nan King E Rd
Taipei, Taiwan
Attn: Donald Chen
Email: Donald@asiancraft.com.tw

Aurient International Corp.
8F-3 105 Chang An West Road
Taipei, Taiwan
Attn: Edmund Wu / Melody Hsiao
Email: Edmund@aurient.com.tw; Hsiao@aurient.com.tw

Banaras Beads Limited
A-1 Industrial Estate
Varanasi-221 106 India
Attn: Siddarth Gupta
Email: siddarth@banarasbeads.com

Bureau Veritas
Consumer Products Services, Inc.
14624 Collection Center Drive
Chicago, IL 60693
Attn: Teresa Keller
Email: teresa.keller@us.bureauveritas.com

Bureau Veritas Hong Kong Ltd
14630 Collection Center Drive
Chicago, IL 60693
Attn: Effie Lu
Email: effie.lu@cn.bureauveritas.com

CSA Canadian Sales Agency Inc.
#1 Valleybrook Drive
Toronto, ON M3B 2S7
Attn: Michelle Callahan
Email: michelle@csatransportation.com

Dumont Promotional Images Inc.
12947 Chadron Avenue
Hawthorne, CA 90250
Attn: Lisa Machado
Email: lisa@cssales.com

Edwards Properties
PO Box 1549
Springdale, AR 72765
Attn: Joe Edwards
Email: peggy@edcspringdale.com

7768454v1

*ADDITIONAL SERVICE INFORMATION:*

### III. SERVED BY EMAIL

Kelly Lowry & Kelley LLP
6320 Canoga Ave #1650
Woodland Hills, CA 91367
Attn: John Kelly
Email: johnk@KLKPatentLaw.com

Miller Starr & Regalia
Dept 05115 POB 39000
San Francisco, CA 94139-5115
Attn: Lance Anderson
Email: LHA@msrlega.com

Silverwings Unique, Inc.
451 North Oak Street
Inglewood, CA 90302
Attn: Albert Chen
Email: albertc@suilax.com

Tru-Blu Industries LLC
PO Box 793
Niles, MI 49120
Attn: Bob Demmet
Email: trublu@qtm.net

SECURED CREDITORS

Attorneys For Acquisition Corp.
Paul Hastings Janofsky & Walker LLP
Jennifer B. Hildebrandt
515 South Flower St, 25th Fl
Los Angeles, CA 90071
Email: jenniferhildebrandt@paulhastings.com

Kwan Hing Fareast Prod Fty Ltd
Stg2 Blk A 6thF
Wah Fung Id Bldg Ct
Kwai Chung, Hong Kong
Attn: Michelle-Kwan Hing
Email: michelle@kwanhing.net

Nord Race Paper Intl Ltd
Unit 12 15/F Wah Wai Centre
38-40 Au Pui Wan St
New Territories, Hong Kong
Attn: Peter Pang
Email: peterpang@nordrace.com

Tin Hung Products Factory HK
223 G/F, Yu Chau Street
Sham Shui Po, Hong Kong
Attn: Tin Fu-Lap Yeung Yuk
Email: lap@tinfultd.com

Miller Starr & Regalia
300 Hamilton Avenue, Third Floor
Palo Alto, CA 94301
Attn: Lance Anderson
Email: LHA@msrlega.com

Attorneys For Acquisition Corp.
Paul Hastings Janofsky & Walker LLP
Amit Mehta
191 North Wacker Drive, 30th Fl
Chicago, IL 60606
Email: amitmehta@paulhastings.com

Attorneys For Newstar Business Cred
Hunton & Williams LLP
Gregory G. Hesse
1445 Ross Avenue, Ste 3700
Dallas, TX 75202
Email: ghesse@hunton.com

7768454v1

*ADDITIONAL SERVICE INFORMATION:*

# NOTICE OF ENTERED ORDER AND SERVICE LIST

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –

- Alexis M McGinness    amm@jmbm.com, cb7@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- United States Trustee (SV)
  ustpregion16.wh.ecf@usdoj.gov

### III SERVED BY THE LODGING PARTY

WESTRIM , INC., dba WESTRIM CRAFTS,
a Delaware corporation

LIST OF 20 LARGEST UNSECURED CREDITORS

**SERVE BY OVERNIGHT MAIL**

American Express-CPC/091678
CPC Remittance Processing
PO Box 329000
Weston, FL 33332-9000

Grant Thornton, LLP
PO Box 51552
Los Angeles, CA 90051-5852
Attn: Daryl Ohland

VIF Valencia Gateway, LLC
c/o CB Richard Ellis
500 Citadel Drive
Commerce, CA 90040
Attn: Dee Eckman

Agent for Bridge Lenders
Ron Cooper
11222 Brooks Road
Windsor, CA 95492

SECURED CREDITORS

**_ADDITIONAL SERVICE INFORMATION:_**

**III SERVED BY THE LODGING PARTY**

**SERVE BY EMAIL**

WESTRIM, INC., dba WESTRIM CRAFTS, a Delaware corporation

LIST OF 20 LARGEST UNSECURED CREDITORS

AMB Property Corp.
PRJT# PVANNUY03/Leade ID LWESTCR01
PO Box 6156
Hicksville, NY 11802-6156
Attn: Kari Hughes
Email: khughes@amb.com -

Anthem Blue Cross
PO Box 5812
Los Angeles, CA 90074-5812
Attn: Ruth Estrada
Email: Ruth.Estrada@anthem.com

Asian Craft Inc.
8th Fl, No 97 Sec 2, Nan King E Rd
Taipei, Taiwan
Attn: Donald Chen
Email: Donald@asiancraft.com.tw

Aurient International Corp.
8F-3 105 Chang An West Road
Taipei, Taiwan
Attn: Edmund Wu / Melody Hsiao
Email: Edmund@aurient.com.tw; Hsiao@aurient.com.tw

Banaras Beads Limited
A-1 Industrial Estate
Varanasi-221 106 India
Attn: Siddarth Gupta
Email: siddarth@banarasbeads.com

Bureau Veritas
Consumer Products Services, Inc.
14624 Collection Center Drive
Chicago, IL 60693
Attn: Teresa Keller
Email: teresa.keller@us.bureauveritas.com

Bureau Veritas Hong Kong Ltd
14630 Collection Center Drive
Chicago, IL 60693
Attn: Effie Lu
Email: effie.lu@cn.bureauveritas.com

CSA Canadian Sales Agency Inc.
#1 Valleybrook Drive
Toronto, ON M3B 2S7
Attn: Michelle Callahan
Email: michelle@csatransportation.com

Dumont Promotional Images Inc.
12947 Chadron Avenue
Hawthorne, CA 90250
Attn: Lisa Machado
Email: lisa@cssales.com

Edwards Properties
PO Box 1549
Springdale, AR 72765
Attn: Joe Edwards
Email: peggy@edcspringdale.com

7768454v1

*ADDITIONAL SERVICE INFORMATION:*

**SERVE BY EMAIL**

Kelly Lowry & Kelley LLP
6320 Canoga Ave #1650
Woodland Hills, CA 91367
Attn: John Kelly
Email: johnk@KLKPatentLaw.com

Miller Starr & Regalia
Dept 05115 POB 39000
San Francisco, CA 94139-5115
Attn: Lance Anderson
Email: LHA@msrlega.com

Silverwings Unique, Inc.
451 North Oak Street
Inglewood, CA 90302
Attn: Albert Chen
Email: albertc@suilax.com

Tru-Blu Industries LLC
PO Box 793
Niles, MI 49120
Attn: Bob Demmet
Email: trublu@qtm.net

SECURED CREDITORS

Attorneys For Acquisition Corp.
Paul Hastings Janofsky & Walker LLP
Jennifer B. Hildebrandt
515 South Flower St, 25th Fl
Los Angeles, CA 90071
Email: jenniferhildebrandt@paulhastings.com

Kwan Hing Fareast Prod Fty Ltd
Stg2 Blk A 6thF
Wah Fung Id Bldg Ct
Kwai Chung, Hong Kong
Attn: Michelle-Kwan Hing
Email: michelle@kwanhing.net

Nord Race Paper Intl Ltd
Unit 12 15/F Wah Wai Centre
38-40 Au Pui Wan St
New Territories, Hong Kong
Attn: Peter Pang
Email: peterpang@nordrace.com

Tin Hung Products Factory HK
223 G/F, Yu Chau Street
Sham Shui Po, Hong Kong
Attn: Tin Fu-Lap Yeung Yuk
Email: lap@tinfultd.com

Miller Starr & Regalia
300 Hamilton Avenue, Third Floor
Palo Alto, CA 94301
Attn: Lance Anderson
Email: LHA@msrlega.com

Attorneys For Acquisition Corp.
Paul Hastings Janofsky & Walker LLP
Amit Mehta
191 North Wacker Drive, 30th Fl
Chicago, IL 60606
Email: amitmehta@paulhastings.com

Attorneys For Newstar Business Cred
Hunton & Williams LLP
Gregory G. Hesse
1445 Ross Avenue, Ste 3700
Dallas, TX 75202
Email: ghesse@hunton.com

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***ORDER SETTING HEARINGS ON EMERGENCY FIRST DAY MOTIONS FOR ORDERS AUTHORIZING: (A) INTERIM USE OF CASH COLLATERAL AND DIP FINANCING; (B) BID PROCEDURES FOR THE SALE OF A SUBSTANTIAL PORTION OF DEBTOR'S ASSETS; (C) PAYMENT OF PREPETITION WAGES AND RELATED EXPENSES; AND (D) NOTICE PROCEDURES AND PERMITTING SERVICE ON INSURED DEPOSITORY INSTITUTIONS BY FIRST-CLASS MAIL*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***April 29. 2010,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***April 29, 2011,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 29, 2011 | Billie Terry | /s/ Billie Terry |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

753423v1

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) ***ORDER SETTING HEARINGS ON EMERGENCY FIRST DAY MOTIONS FOR ORDERS AUTHORIZING: (A)  INTERIM USE OF CASH COLLATERAL AND DIP FINANCING; (B)  BID PROCEDURES FOR THE SALE OF A SUBSTANTIAL PORTION OF DEBTOR'S ASSETS; (C)  PAYMENT OF PREPETITION WAGES AND RELATED EXPENSES; AND (D)  NOTICE PROCEDURES AND PERMITTING SERVICE ON INSURED DEPOSITORY INSTITUTIONS BY FIRST-CLASS MAIL*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***April 29, 2011***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Alexis M McGinness    amm@jmbm.com, cb7@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an ○Entered○ stamp, the party lodging the judgment or order will serve a complete copy bearing an ○Entered○ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page+

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

753423v1