DAVID M. POITRAS P.C. (CA Bar No. 141309)
ALEXIS M. McGINNESS (CA Bar No. 241449)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone:  (310) 203-8080
Facsimile:  (310) 712-8571
Email:  dpoitras@jmbm.com

Counsel for Westrim, Inc.,
Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>WESTRIM, INC. dba WESTRIM CRAFTS, a Delaware corporation.<br><br>　　　　　　　　　　Debtor. | CASE NO.    1:11-bk-15313-GM<br><br>Chapter 11<br><br>**NOTICE OF MOTION FOR ORDER AUTHORIZING: (A) SALE OF CERTAIN ASSETS OF THE ESTATE, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) RELATED RELIEF**<br><br>**Hearing:**<br><br>Date:    May 25, 2011<br>Time:   10:30 a.m.<br>Ctrm:   303<br>　　　　21041 Burbank Blvd.<br>　　　　Woodland Hills, CA 91367<br><br>Judge:   Geraldine Mund |

**TO ALL CREDITORS AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on the 25th day of May 2011, at the hour of 10:30 a.m., or as soon thereafter as counsel can be heard, in the courtroom of the Honorable Geraldine Mund, United States Bankruptcy Judge, which is located in Courtroom 303, 21041 Burbank Boulevard, Woodland Hills, California 91367, Westrim, Inc. dba Westrim Crafts, a Delaware corporation, debtor and debtor-in-possession in this chapter 11 case (hereinafter "Westrim" or "Debtor"), will move the Court, pursuant to sections 363(b) and 365 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), for an order authorizing it to sell a substantial portion of its assets and to assume and assign specified executory contracts and unexpired leases (the "Sale Motion") to Blue Moon Beads Acquisition Corp. (hereinafter "Purchaser" or "Acquisition Corp.") pursuant to that certain Asset Sale and Purchase Agreement (the "Sale Agreement") dated as of May 3, 2011 between Debtor and Acquisition Corp. A copy of the Sale Agreement is attached to the Sale Motion as Exhibit 1. If the proposed sale is approved and consummated, Acquisition Corp. (or the "Successful Bidder" as defined below) will acquire a substantial portion of Debtor's assets (hereinafter the "Assets"), excepting, without limitation, cash, accounts receivable, certain furniture, fixtures and equipment, Debtor's corporate minute books, contracts and leases that are not designated for assumption and assignment, bankruptcy avoidance claims (excepting only avoidance actions against suppliers, vendors and customers of Debtor which have or will have the same relationships with Acquisition Corp. or the Successful Bidder on and after the Closing) and certain designated inventory (hereinafter the "Excluded Assets"). The proposed sale to Acquisition Corp. is subject to overbid at the hearing on the Sale Motion (the "Sale Hearing").

As set forth in the Sale Agreement, Debtor proposes to sell the Assets to Acquisition Corp. (or an overbidder) for approximately $2.5 million cash at Closing, plus an additional payment of $250,000 in March 2012, plus payments, if earned, totaling in excess of $12,500,000 based on the achievement of certain sales and net product margins by Acquisition Corp. following the closing (as described in the Sale Agreement)(the "Earn Out") (collectively, the "Purchase Price"). As set forth in the Declaration of Christopher M. McLain filed in support of the Sale Motion, Debtor believes that the proposed purchase price for the Assets is fair and reasonable under the

circumstances presented. In the absence of new capital or a sale (such as that proposed by the Sale Motion), Debtor's business will be forced to close, permanently. In such event, material going concern value, in addition to approximately 70 jobs will be lost, unnecessarily. Debtor's board of directors has determined that the sale proposed herein is beneficial to Debtor and this bankruptcy estate. Based upon information and belief, Debtor believes that there may be overbidding at the Sale Hearing. Through this process, the Court and interested parties will be assured that the Assets will be sold for the highest and best price possible.

Specifically, Debtor moves the Court for the entry of an order authorizing, among other things:

A. A sale of the Assets to Acquisition Corp. in exchange for the Purchase Price;

B. A sale of the Assets to such other entity as the Court determines has made a higher or better offer than that of Acquisition Corp.;[1]

C. The sale of the Assets free and clear of all liens, claims, encumbrances and other interests of all persons, with all liens, claims, encumbrances and interests to attach to the proceeds of sale with the same force, effect, validity and priority as existed on the date of sale;

D. Payment to Newstar Business Credit, LLC ("Newstar"), the senior secured lender, on account of its allowed pre and postpetition secured claims, from the net sale proceeds;

E. The assumption and assignment of the designated contracts, licenses and leases set forth in Exhibit 3 (or later identified prior to the Sale Hearing) to the purchaser of the Assets and a finding that the only adequate assurance of future performance required from such purchaser of the Assets under Bankruptcy Code § 365(f)(2) is such purchaser's promise to perform the obligations under the designated contracts, licenses and leases;

F. A finding that Acquisition Corp. (or the Successful Bidder) is a "good faith" purchaser, entitled to all of the protections and benefits of Bankruptcy Code § 363(m);

G. A waiver of the 14-day stay provided in FRBP 6004(h); and

---

[1] The bidding procedures are described and set forth in the Order Establishing Bidding Procedures for the Sale of Substantially All of the Estate's Assets (the "Bidding Procedures Order") (Docket No. 10). A true and complete copy of the Bid Procedures Order is attached to the Sale Motion as Exhibit 2.

H.  Debtor and/or the other parties to the sale to take such actions as are necessary and appropriate to consummate the sale and conveyance of the Assets (including, without limitation, Debtor's entry into, and performance of its obligations under, the Ancillary Agreements (as defined in the Sale Agreement) (including the Transition Services Agreement)(as also defined in the Sale Agreement).

As demonstrated in the Sale Motion, in the exercise of its reasonable business judgment, Debtor believes that the proposed sale is in the best interests of Debtor and this bankruptcy estate.

In accordance with the *Order Establishing Notice Procedures* entered by the Court on May 4, 2011 (Docket No. 13), FRBP 2002, 6004 and 6006 and Local Bankruptcy Rules 9013-1 and 9075-1, Debtor served Notice of the Motion and the Motion itself on the twenty largest creditors holding unsecured claims, all creditors who assert a general security interest in Debtor's assets, all parties who have expressed an interest in acquiring the Assets, all parties to unexpired leases or executory contracts which are designated for assumption and assignment in the Sale Motion, the Office of the United States Trustee and parties requesting special notice on May 4, 2011, as reflected in the attached proof of service. This Notice of the Sale Motion was served on all creditors and parties in interest. Debtor believes and alleges that this notice is appropriate within the meaning of 11 U.S.C. § 102 and FRBP 2002, 6004 and 6006.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Sale Motion must be in writing and must be filed and served so that it is actually received by 5:00 p.m. Pacific Time on May 11, 2011. Any opposition papers shall be served by e-mail, fax or personal delivery upon counsel for (i) Debtor, at the address noted in the upper left-hand corner of this notice, (ii) Newstar, Hunton & Williams, LLP, 1445 Ross Avenue, Suite 3700, Dallas, TX 75202, facsimile 214.468.3599; email ghesse@hunton.com, attention Gregory Hesse; (iii) Acquisition Corp., Paul, Hastings, Janofsky & Walker LLP, 191 N. Wacker Drive, 30th Floor, Chicago, IL 60606, facsimile 312.499.6119; email amitmehta@paulhastings.com, attention Amit Mehta; (iv) any Official Committee of Unsecured Creditors and (v) the United States Trustee (the "Notice Parties").

PRINTED ON
RECYCLED PAPER

7747135v1

-4-

1          **PLEASE TAKE FURTHER NOTICE** that any reply to any opposition to the Sale Motion must be in writing and must be filed and served so that it is actually received by 5:00 p.m. Pacific Time on May 18, 2011. Any reply papers shall be served by e-mail, fax or personal delivery upon counsel for the Notice Parties and upon the party filing the objection.

         **PLEASE TAKE FURTHER NOTICE** that failure to respond or to appear at the hearing on the Sale Motion may result in the Court granting the relief requested by the Sale Motion. For further information concerning the Sale Motion, you may contact the attorneys for Debtor listed on the first page of this notice.

Dated: May 4, 2011

Respectfully Submitted,

JEFFER MANGELS BUTLER & MITCHELL LLP

By:    /s/ David M. Poitras
       DAVID M. POITRAS, P.C.
       Counsel for Westrim, Inc.,
       Debtor and Debtor-in-Possession

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***NOTICE OF MOTION FOR ORDER AUTHORIZING: (A) SALE OF CERTAIN ASSETS OF THE ESTATE, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) RELATED RELIEF*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***May 4, 2011,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Alexis M McGinness    amm@jmbm.com, cb7@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ***May 4, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY OVERNIGHT MAIL**

Honorable Geraldine Mund
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 4, 2011 | Billie Terry | /s/ Billie Terry |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                            **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

### II. SERVED BY U.S. MAIL

Margaux S. Ross
Office of the United States Trustee
21051 Warner Center Lane, Ste 115
Woodland Hills CA 91367

Attorneys For Acquisition Corp.
Paul Hastings Janofsky & Walker LLP
Amit Mehta
191 North Wacker Drive, 30th Fl
Chicago, IL 60606

Attorneys For Acquisition Corp.
Paul Hastings Janofsky & Walker LLP
Jennifer B. Hildebrandt
515 South Flower St, 25th Fl
Los Angeles, CA 90071

Attorneys For Newstar Business Cred
Hunton & Williams LLP
Gregory G. Hesse
1445 Ross Avenue, Ste 3700
Dallas, TX 75202

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

Label Matrix for local noticing
0973-1
Case 1:11-bk-15313-GM
Central District Of California
San Fernando Valley
Tue May  3 11:06:37 PDT 2011

Westrim Inc
7855 Hayvenhurst Avenue
Van Nuys, CA 91406-1712

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

1 Source Material Handling
PO Box 8312
Glendale, CA 91224-0312

ADP Inc.
PO Box 0500
Carol Stream, IL 60132-0001

ADP Inc.
PO Box 78415
Phoenix, AZ 85062-8415

AFCO
Department 7200
Los Angeles, CA 90088-7200

AMB Property Corp.
PRJT# PVANNUY03/Leade ID LWESTCR01
PO Box 6156
Hicksville, NY 11802-6156

AMP Electric & Developmnt Co Inc.
6617 Louise Avenue
Lake Balboa, CA 91406-5435

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

AT&T
Payment Center
Sacramento, CA 95887-0001

AT&T For DMD
PO Box 105414
Atlanta, GA 30348-5414

AV Graphics, Inc.
20746 Plummer Street
Chatsworth, CA 91311-5001

Agent For Bridge Lenders
Ron Cooper
11222 Brooks Road
Windsor, CA 95492-9404

Alpha Bijoux
28 Rijna 1895/32
Jablonec N.CZ

American Express-CPC/091678
CPC Remittance Processing
PO Box 329000
Weston, FL 33332-9000

American Office Products
7900 Alabama Aenue
Canoga Park, CA 91304-4907

Ameritas Dental & Vision
PO Box 81889
Lincoln, NE 68501-1889

Anthem Blue Cross
PO Box 5812
Los Angeles, CA 90074-5812

Aparicio, Mirian C.
7457 Milwood Avenue
Canoga Park, CA 91303-1413

Arkansas Western Gas Company
PO Box 660559
Dallas, TX 75266-0559

Asian Craft Inc.
8th Fl, No 97 Sec 2, Nan King E Rd
Taipei, Taiwan

Attorneys For Acquisition Corp.
Amit Mehta -Paul Hastings Janofsky
191 North Wacker Drive, 30th Fl
Chicago, IL 60606-1914

Attorneys For Acquisition Corp.
Jennifer HildebrandtPaulHastingsJan
515 South Flower St, 25th Fl
Los Angeles, CA 90071-2228

Attorneys For Newstar Business Cred
Greg Hesse Hunton & Williams LLP
1445 Ross Avenue, Ste 3700
Dallas, TX 75202-2755

Aurient International Corp.
Edward Wu
8F-3 105 Chang An West Road
Taipei, Taiwan

Ayala, Arcelia
21020 Covello Street
Canoga Park, CA 91303-1402

BMC
Business Machine Consultants
6735 Odessa Avenue
Lake Balboa, CA 91406-5747

Bai Win Mercantile Corp
Taiwan Branch 1F,Lane 405, Sec 6
Chung Shan N Rd
Taipei Taiwan ROC

Bailey, Heather
4080 E Oxford Lane
Gilbert, AZ 85295-7717

Balboa Equipment Rentals
16755 Roscoe Blvd
North Hills, CA 91343-6110

Banaras Beads Limited
Siddarth Gupta
A-1 Industrial Estate
Varanasi-221 106 India

Bankruptcy PIT MS A340
Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

Barillas, Corpeno
7261 Amigo Ave #6
Reseda, CA 91335-3042

Bastajian, Viken
16943 Schoolcraft
Van Nuys, CA 91406-4536

Benkoe, Marlene
5305 D. White Oak Avenue
Encino, CA 91316-2471

Bennett, Tia
17225 85th Ave., Court East
Payallup, WA 98375-6184

Boissonnault, Francine
524 St Joseph West
St Alban, QC G0A 3B0

Bowlin, Jenni
2004 Arden Ct
Mt. Juliet, TN 37122-8510

Breakaway Press
9620 Topanga Canyon Place,#A
Chatsworth, CA 91311-0868

Bureau Veritas
Teresa Keller - Consumer Prod Serv
14624 Collection Center Drive
Chicago, IL 60693-0146

Bureau Veritas Hong Kong Ltd
Effie Lu
14630 Collection Center Drive
Chicago, IL 60693-0146

CIT Technology Fin Serv Inc
PO Box 100706
Pasadena, CA 91189-0003

CSA Canadian Sales Agency Inc.
Michelle Callahan
#1 Valleybrook Drive
Toronto, ON M3B 2S7

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

Cal Net Technology Group Inc.
9241 Reseda Blvd #200
Northridge, CA 91324-3198

Carmichael International Svcs
Carmen Farfan/Acct Manager
533 Glendale Blvd
Los Angeles, CA 90026-5013

Castellanos, Danny E.
11587 Welk Avenue
Pacoima, CA 91331-1170

Century Distribution
Woodbridge Corporate Plaza
485 E Rout 1 South Ste 100
Iselan, NJ 43081

Cervantes Oregel, Juan M.
8801 Willis Ave #F1
Panorama City, CA 91402-2181

Charter Freeport Partners LP
Peloton Real Estate Mgmt LLC
8402 Sterling Street Ste 101
Irving, TX 75063-2566

Chevalier, Victor
754 Puma Canyon Lane
Glendora, CA 91740-6352

Chief Container Co. Inc.
PO Box 189
Acworth, GA 30101-0189

Chiu, Elaine Wai Yan
2 Cricklewood Path
Pasadena, CA 91107-1001

City Clerk's Tax And Permits
111 N Hope St
Los Angeles, CA 90012-2607

Click Creative Group Inc.
Katie Pertiet
903 Cedarday Drive
Bel Air, MD 21015-6395

Coffey, Renee Smith
651 Rock Elm Drive
Auburn, GA 30011-4611

Contreras, Maria Dolores
9445 Sandusky Avenue
Arleta, CA 91331-5533

Contreras, Xiomara Consepci
8007 Variel Avenue
Canoga Park, CA 91304-5138

Cooper, Ronald
11220 Brooks Road
Windsor, CA 95492-9404

Copier Headquarters Inc.
31368 Via Colinas, Ste 109
Westlake Village, CA 91362-6829

Cossia, Carolina
5385 Birchcroft Street #179
Simi Valley, CA 93063-6555

David M Poitras PC
Jeffer Mangels Butler & Mitchell LLP
1900 Ave of the Stars 7th Fl
Los Angeles, CA 90067-4308

De Lang Landen Fin Services
PO Box 41602
Philadelphia, PA 19101-1602

Department Of Benefit Payments
Collection Section
800 Capitol Mall
Sacramento, CA 95814-4807

Dependable Highway Express
PO Box 58047
Los Angeles, CA 90058-0047

Design Space Modular Bldg Iinc.
1935 Camino Vida Robles, Ste 210
Carlsbad, CA 92008-5573

Domash, Mike
Mike The Printer
6933 Woodley Avenue
Van Nuys, CA 91406-4844

Dougan-Schoegje, Susan
6640 De Celis Place
Lake Balboa, CA 91406-5710

Doukas, Michael
1886 Bishop Lane #4
Simi Valley, CA 93063-3398

Dumont Promotional Images Inc.
Lisa Machado
12947 Chadron Avenue
Hawthorne, CA 90250-5526

Edwards Properties
Joe Edwards
PO Box 1549
Springdale, AR 72765-1549

Edwards, Jesse
6515 Goldcoast Street
Boise, ID 83714-8846

(p)EMPLOYMENT DEVELOPMENT DEPARTMENT
STATE OF CALIFORNIA
BENEFIT OVERPAYMENT COLLECTION SECTION
MIC 91
PO BOX 826218
SACRAMENTO CA 94230-6218

Esparza, Martin
7824 Bothwell Road
Reseda, CA 91335-1624

Espinoza, Maria Deisely
8527 Lehigh Avenue
Sun Valley, CA 91352-3348

Everest National Insurance CO
File 57345
Los Angeles, CA 90074-7345

Exact Staff Inc.
21031 Ventura Blvd., Ste 501
Woodland Hills, CA 91364-2231

Exec-U-Care
PO Box 533204
Atlanta, GA 30353-3204

Faherty, Michelle
MRF Associates
224 Dutcher Street
Hopedale, MA 01747-1026

Farrer, Rhonna
1741 N. Meadowlark Road
Orem, UT 84097-2368

Fed Ex
PO Box 7221
Pasadena, CA 91109-7321

Fernqvist Labeling Solutions
1245 Spacepark Way, Ste C
Mountain View, CA 94043-1451

Fidelity Investmnts Inst OP Co
PO Box 73307
Chicago, IL 60673-7307

Flores, Doris Alicia
12880 Crowley Street
Arleta, CA 91331-4907

Folgmann, Crystal
193 Coventry Lane
North Salt Lake City, UT 84054-1644

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0001

Fun Kingdon
Branch Banking And Trust Company
PO Box 890011
Charlotte, NC 28289-0011

Future Edge
Johnson Stapler Repair
42066 Avenida Alvarado Ste H
Temecula, CA 92590-3408

GSPS, Inc.
26382 West Plata Lane
Calabasas, CA 91302-2616

Gelfand, Barbara
3471 Shernoll Place
Sherman Oaks, CA 91403-5058

Gentry, Greg
NewStar Business Credit
8080 North Central Expressway #800
Dallas, TX 75206-1861

George, Binu
11730 Sunset Blvd., #123
Los Angeles, CA 90049-2900

Gomez, Arnulfo
619 S Brand Blvd
San Fernando, CA 91340-4003

Gonzalez, Maria Ester
15202 Burton Street
Panorama City, CA 91402-4439

Gourmet Coffee Service
PO Box 16727
Irvine, CA 92623-6727

Grant Thornton, LLP
Daryl Ohland
PO Box 51552
Los Angeles, CA 90051-5852

Grendell, Amy
15309 88th Avenue Ct East
Puyallup, WA 98375-2113

Guard Tronic Inc.
PO Box 567
Fort Smith, AR 72902-0567

H&H Logistics
PO Box 941060
Simi Valley, CA 93094-1060

HKCJ Co Ltd
Unit D, 12F CDW Bldg
388 Castle Peak Road
Tsen Wan NT Hong Kong

Hagan, Araba
326 North Avenue 64 Apt B
Los Angeles, CA 90042-2816

Hamilton Sales Inc
1409 East Blvd
Charlotte, NC 28203-5817

Holthouse Carlin & Van Trigt
Certified Public Accountants
1601 Cloverfield Blvd. Ste 300 Sout
Santa Monica, CA 90404-4085

Hong Yu Intl Company Ltd
Rm 907 JFZ 324
Wing Tuck Commercial Cntr
177-183 Wing LOK St Hong Kong

Horjus, Peter
350 Studio K St., Studio #204
San Diego, CA 92101

Huerta, Yolanda
14634 Blythe St #4
Panorama City, CA 91402-5934

Importing Solutions Inc.
998 Collingwood Drive
Naperville, IL 60540-8327

Inline Translation Svcs, Inc.
100 W Broadway, Suite 520
Glendale, CA 91210-1221

Internal Revenue Service (PA)
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service (Spcl Proc
Specl Proc Collection Division
Rm 4062 - Federal Bldg (Stop 5022)
Los Angeles, CA 90012

J&S Express Trucking Inc.
PO Box 571
Harbor City, CA 90710-0571

Jade International, Ltd
Unit B, 10/F, Park Avenue Tower
5 Moreton Terrace
Causeway Bay, Hong Kong

Jarl-Bar Industry Co. Ltd.
255 Tong'an Park
Tong'an Industrial Conctrtn Prk
TongAn DistrXiamen,China 361100

Jimenez De Ibarra, Araceli
7224 Independence Ave #1
Canoga Park, CA 91303-1718

Jones, Allison Tyler
14118 South Jackson Circle
Mesaert, AZ 85206

Joya, Rigoberto
11077 Elm Street
Lynwood, CA 90262-2903

Kaboose Inc.
2200 Yonge St., Ste 1400
Toronto, ON M4S 2C6

Kelly Lowry & Kelley LLP
John Kelly
6320 Canoga Ave #1650
Woodland Hills, CA 91367-7704

ADDITIONAL SERVICE INFORMATION
II. SERVED BY U.S. MAIL

King's Pipe Cleaners Ind Inc.
523850 Xiagang, 4th Industry Zone
Tiawan

Krieger, Sande
1574 Michigan Avenue
Salt Lake City, UT 84105-1710

Kuehne & Nagel Ltd
5800 Hurontario St 12th Fl
Mississauga, ON L5R 4B6

Kwan Hing Fareast Prod Pty Ltd
Michelle-Kwan Hing
Stg2 Blk A 6thF Wah Fung Id Bldg Ct
Kwai Chung, Hong Kong

Kyle, Tracy
8940 Dewdney Trunk Rd
Mission, BC V2V 6Y1

LA DWP
WTC-CAN #1099094843 & CAN ... 4816
PO Box 30808
Los Angeles, CA 90030-0808

Label Pro
25846 McBean Parkway
Valencia, CA 91355-2004

Lallemand, Lisa
2742 E Hyland Park
Fayetteville, AR 72701-3800

Landsberg
Dept 6106
Los Angeles, CA 90084-0001

Larabie, Raymond
Socia Legend #401
4-425-2 Naka-Otai, Nushi-Ku
Nagoya-Shi Aichi, JAPAN 452-0822

Lee Hecht Harrison LLC
Dept CH #10544
Palatine, IL 60055-0544

Licet, Miriam
7261 Amigo Ave #6
Reseda, CA 91335-3042

Lightfoot, Leslie
23 Holloway Hts RR#2
Stirling, ON K0K 3E0

Lohner, Harold
777 Western Ave
Albany, NY 12203-2036

Longmore-Scroggins, Lori
20 Hillcrest Road
Ogden Dunes, IN 46368-1058

Lopez, Maria Del Rosario
15916 Vanowen Street #210
Van Nuys, CA 91406-4965

Lopez, Sydney W.
12631 Vanowen Street #6
North Hollywood, CA 91605-5325

Lorenzo, Daisy
18553 Willard Street
Reseda, CA 91335-1254

Los Angeles County Tax Collector
PO Box 514818
Los Angeles, CA 90051-4818

Mail Finance
PO Box 45850
San Francisco, CA 94145-0850

Major Metropolitian Security
20974 Knapp Street
Chatsworth, CA 91311-5906

Marcone, Joanne C.
6949 Halbrent Avenue
Van Nuys, CA 91405-3561

McFayden, Teresa
12505 B Street
Omaha, NE 68144-4142

McGuire, Jennifer
7633 Fairwind Drive
Cincinnati, OH 45242-5910

McKinney Trailer Rentals
8400 E Slauson Ave
Pico Rivera, CA 90660-4325

McLain, Chris
14 Bobolink Road
Orinda, CA 94563-1706

Meijer Corporation
PO Box X
Grand Rapids, MI 49501-4924

Menor, Stephanie
13945 Fenton Avenue
Sylmar, CA 91342-1653

Metlife
PO Box 8500-3895
Philadelphia, PA 19178-3895

Micro Shread Inc.
16201 Stagg Street
Van Nuys, CA 91406-1716

| | | |
|---|---|---|
| Millennium Printing Int Ltd<br>Rm 2721-2722,27/F - No Hung To Road<br>Kwun Gong, Hong Kong | Miller Starr & Regalia<br>Lance Anderson<br>Dept 05115 POB 39000<br>San Francisco, CA 94139-5115 | Miller Starr Regalia<br>300 Hamilton Avenue, 3rd Floor<br>Palo Alto, CA 94301-2581 |
| Miller, Rowena<br>10227 Tujunga Cyn Bl<br>Tujunga, CA 91042-2227 | Molina, Monica<br>27361 Sierra Highway Space 123<br>Canyon Country, CA 91351-7436 | Mulholland, James<br>29329 Hacienda Ranch<br>Valencia, CA 91354-1597 |
| Nash, Mary Jane<br>3749 Citronella Street<br>Simi Valley, CA 93063-2230 | Naylor, Helen<br>4594 Robbins Street<br>San Diego, CA 92122-3033 | New Approach Development Inc.<br>Peter Russo<br>3 Macintosh Road<br>Bedford, MA 01730-1010 |
| New Trend Corp.<br>Rm 5, 11th Floor<br>267 Dun Hua South Rd., Sec 2<br>Taipei, Taiwan | Nord Race Paper Intl Ltd<br>P. Pang -Unit 12 15/F Wah Wai Centr<br>38-40 Au Pui Wan St<br>New Territories Hong Kong | Office of the US Trustee<br>21051 Warner Center Lane #115<br>Woodland Hills, CA 91367-6550 |
| Omni Enterprise Corp.<br>4/F, No. 139 Sung Chinag Road<br>Taipei, Taiwan | PBM Maintenance Corp.<br>1299 E Artesia Blvd, Suite 240<br>Carson, CA 90746-1686 | Pacific Telemanagement Services<br>2175 North California Blvd Suite 40<br>Walnut Creek, CA 94596-3579 |
| Paetec Communications Inc.<br>PO Box 1283<br>Buffalo, NY 14240-1283 | Paul Hastings Janofsky & Walker<br>695 Town Center Dr. 17th Fl<br>Costa Mesa, CA 92626-1924 | Phillips, Tracey<br>27602 Primrose Lane<br>Castaic, CA 91384-3788 |
| Piedra, Blanca L.<br>2450 Naomi Street #A<br>Burbank, CA 91504-3231 | Poole, Jeff Lynn<br>2791 N. Ringwood Street<br>Simi Valley, CA 93063-2464 | Postmaster<br>USPS EMCA Remittance/#913369<br>PO Box 8350<br>Van Nuys, CA 91409-8350 |
| Prudential Overall Supply<br>PO Box 11210<br>Santa Ana, CA 92711-1210 | Pryor, Thomas C.<br>426 E. Calle De Ocaso<br>Sahuarita, AZ 85629-8473 | Rangel, Patricia V.<br>17927 Burton Street<br>Reseda, CA 91335-1405 |
| Regent Publishing Services<br>6/F Hang Tung Resources Ctr #18<br>Shau Kei Wang HONG KONG | Richoh Americas Corporation<br>PO Box 4245<br>Carol Stream, IL 60197-4245 | Rick & Associates LLC<br>PO Box 201505<br>Arlington, TX 76006-1505 |
| Russo, Lisa<br>1656 Millhouse Landing<br>Marietta, GA 30066-8031 | Sahagun, Silvia H.<br>10001 Langdon Avenue<br>Mission Hills, CA 91345-2900 | Sanchez, Ma Rosario<br>21031 Parthenia Street #344<br>Canoga Park, CA 91304-6234 |

| | | |
|---|---|---|
| Schnitzius, Mark<br>698 Surf Street<br>Lewisville, TX 75067-3528 | Secure US, Inc.<br>2308 Turner, Suite 3<br>Springdale, AR 72764-7264 | Securities Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036-5627 |
| Serian, Diana<br>29259 N. Las Brisas<br>Valencia, CA 91354-1542 | Sew Winner Co., Ltd.<br>4th Fl No. 35 Lane 21 Sec 6<br>Ming Chuan E. Road<br>Taipei, Taiwan | Shahriyarpour, Farkhondeh<br>17443 Septo Street<br>Northridge, CA 91325-1531 |
| Shandong Boxing Henga Grass<br>And Willow Arts & Crafts Co, Ltd<br>173 5th Rd Bocheng Boxing Country<br>Shandong China 256500 | Shandong Qinglin Home Decor<br>North Of Qingdao Rd<br>Caoxian Shandong Province<br>Heze Shangdong China 274400 | Shell<br>Processing Center<br>PO Box 183019<br>Columbus, OH 43218-3019 |
| Silverwings Unique, Inc.<br>Albert Chen<br>451 North Oak Street<br>Inglewood, CA 90302-3314 | Smylie, Donna<br>2222 W Bella Vista<br>Lakeland, FL 33810-0601 | Solis, Sherwin<br>7021 Jordan Ave #14<br>Canoga Park, CA 91303-1911 |
| Solorsoft Business Systems<br>CMS Mfg Systems Inc.<br>PO Box 635830<br>Cincinnati, OH 45263-5830 | Sosa, Leonel<br>1908 Lucas Street #2<br>San Fernando, CA 91340-1670 | Southwestern Electric Power<br>PO Box 24422<br>Canton, OH 44701-4422 |
| Springdale Water Utilities<br>PO Box 769<br>Springdale, AR 72765-0769 | Starlight Products Limited<br>Unit B,3/F, Mei Wah Industrial Bld<br>1-7 Wah Sing Stret Treet<br>Kwai Chung, NT,Hong Kong | State Board Of Equalization<br>PO Box 942879<br>Sacramento, CA 94279-0101 |
| State Board Of Equalization<br>Supervisor Of Collection<br>PO Box 942879<br>Sacramento, CA 94279-0001 | Stay-Linked Corporation<br>Business Manager<br>PO Box 1279<br>Sun Vallley, CA 91353-1279 | Stifel Nicolaus & Company Inc.<br>501 North Broadway<br>St. Louis, MO 63102-2188 |
| Stifel Nicolaus Investment Banking<br>Mitchell Schaffer, Managing Directo<br>237 Park Avenue<br>New York, NY 10017-3140 | TOYS R US<br>OPS Acct-Anthony Morin<br>One Geoffrey Way,Terrace Bldg<br>Wayne, NJ 07470-2035 | (p)TXU ENERGY RETAIL COMPANY LP<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 |
| Takano, Miti<br>119 N. Electric Ave Apt. G<br>Alhambra, CA 91801-1990 | Terasawa, Mindy<br>2205 Speyer Lane #B<br>Redondo Beach, CA 90278-5022 | The Ink Pro<br>Raminder S. Maden<br>9526 Casaba Avenue<br>Chatsworth, CA 91311-5307 |
| The Jackson Group, Inc.<br>825 Nicollet Mall, Ste 1433<br>Minneapolis, MN 55402-2703 | Thermo Fisher Financial<br>PO Box 712441<br>Cincinnati, OH 45271-0001 | Tiemstra Law Group PC<br>1111 Broadway, Suite 1501<br>Oakland, CA 94607-4173 |

Tin Hung Products Factory HK
Tin Fu-Lap Yeung Yuk
223 G/F, Yu Chau Street
Sham Shui Po, Hong Kong

Torres, Manuela C.
926 Lucas Street
San Fernando, CA 91340-1424

Treasurer Of State Ohio
Ohio Dept Of Taxation
PO Box 182857
Columbus, OH 43218-2857

Trimble, Erin
27423 N 97th Drive
Peoria, AZ 85383-8732

Tru-Blu Industries LLC
Bob Demmett
PO Box 793
Niles, MI 49120-0793

UPS
Shipper NBR 1654XW5258,R4620V525
PO Box 894820
Los Angeles, CA 90189-4820

Uline
Attn: Accounts Receivable
2200 S. Lakeside Drive
Waukegan, IL 60085-8311

United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367-6550

United Wholesale Lumber Co.
8009 West Doe Avenue
Visalia, CA 93291-9284

Uy, Edgard Navarrete
20224 Londelius Street
Winnetka, CA 91306-1133

VIF Valencia Gateway, LLC
C/O Dee Eckman CB Richard Ellis
500 Citadel Drive
Commerce, CA 90040-1575

Valencia, Alberto
10026 Bevis Avenue
Mission Hills, CA 91345-3104

Valencia, Olga Marina
10026 Bevis Avenue
Mission Hills, CA 91345-3104

Valstreet Transportation LLC
10061 Riverside Dr Ste 755
Toluca Lake, CA 91602-2560

Vaught, Colleen Leslie
6552 Franrivers Ave
West Hills, CA 91307-2813

Venturo, Elga D.
25015 Peachland Ave Unit #141
Newhall, CA 91321-2545

Vergara, Rosa
21721 Roscoe Blvd #38
Canoga Park, CA 91304-3918

Verizon
PO Box 17577
Baltimore, MD 21297-0513

Verizon Wireless
PO Box 550108
Dallas, TX 75266-0108

Victoria, Andrea A.
16633 SE 171st Place
Renton, WA 98058-4203

Villa, Maria D.
8451 Stansbury Ave
Panorama City, CA 91402-3740

Villanueva, Salvador
12000 Foothill Blvd #110
Lake View Terrace, CA 91342-8219

Vivanco, Maria D.
20600 Romar Street
Chatsworth, CA 91311-3231

WESTRIM INC dba WESTRIM CRAFTS
Ronald B. Cooper
7855 Hayvenhurst Avenue
Van Nuys, CA 91406-1712

Walker, Alma
522 W. 127th Street #211
Los Angeles, CA 90044-3899

Walker, Vivian
80 Sequoia Drive
Pasadena, CA 91105-1345

Wallman, Bjorn
2216 Foothill Drive G #217
Salt Lake City, UT 84109-3969

Waste Management
PO Box 78251
Phoenix, AZ 85062-8251

West Union Company Limited
Flat B, 19F, Gold King Ind. Bldg
35-41 Tai Lin Pai Rd
Kwai Chung, NT Hong Kong

Whitsitt Sales
8121 Davidson Drive
Plano, TX 75025-2577

Whitteker, Kezia
730 East 150 South
Hyde Park, UT 84318-3541

Whittiker, Paul
PO Box 6305
Logan, UT 84341-6305

Williamson, Michele
11253 Garden Grove
Northridge, CA 91326-2524

Winland Enterprise Co
Unit 1-3 19/F Eastern Centre
1065 Kings Road
Quarry Bay, Hong Kong

Wise, Maryann
6 Purple Martin Place
The Woodlands, TX 77381-6428

Woods, Joshua Paul
14913 Hubbard Street
Sylmar, CA 91342-5427

Worley, Bruce A.
13691 Gavina Avenue #470
Sylmar, CA 91342-2663

Xerox Corporation
PO Box 7405
Pasadena, CA 91109-7405

Xtra Personnel Services Inc.
15545 Devonshire St., Ste 302
Mission Hills, CA 91345-2698

Yale Chase Materials Handling
Dept 8905
Los Angeles, CA 90084-8905

Zeledon, Maritza Beatriz
7342 Capps Avenue
Reseda, CA 91335-2701

Zuniga, Teresa
12301 San Fernando #302
Sylmar, CA 91342-7742

Alexis M McGinness
Jeffer mangels Butler & Mitchell LLP
1900 Avenue of the Stars 7th Fl
Los Angeles, CA 90067-4308

David M Poitras
1900 Ave Of The Stars 7Th Flr
Los Angeles, CA 90067-4308

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

TXU Energy
PO Box 650638
Dallas, TX 75265-0700

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    253
Bypassed recipients      1
Total                  254