DAVID M. POITRAS P.C. (CA Bar No. 141309)
ALEXIS M. McGINNESS (CA Bar No. 241449)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 712-8571
Email:    dpoitras@jmbm.com

Counsel for Westrim, Inc.,
Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>WESTRIM, INC. dba WESTRIM CRAFTS, a Delaware corporation.<br><br>Debtor. | CASE NO.    1:11-bk-15313-GM<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF CHRISTOPHER M. MCLAIN IN SUPPORT OF DEBTOR'S MOTION FOR ORDER AUTHORIZING: (A) SALE OF CERTAIN ASSETS OF THE ESTATE, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) RELATED RELIEF**<br><br>**Hearing:**<br><br>Date:    May 25, 2011<br>Time:    10:30 a.m.<br>Ctrm:    Ctrm. 303<br>    21041 Burbank Blvd.<br>    Woodland Hills, CA 91367<br><br>Judge:    Hon. Geraldine Mund |

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER M. McLAIN**

I, Christopher M. McLain, do hereby declare as follows:

1. I am a Senior Vice President of Debtor. I am authorized to make this declaration on behalf of Westrim, Inc. dba Westrim Crafts, debtor and debtor in possession in the above entitled bankruptcy case (the "Debtor").

2. I am familiar with each of the facts stated herein, and they are stated of my own personal knowledge. If called as a witness, I could and would competently testify with respect to the matters set forth herein.

3. Each of the facts set forth herein are true and correct, to the best of my actual knowledge, information and belief.

4. Capitalized terms used in this declaration and not specifically defined herein shall have the meaning assigned to such terms in the Sale Motion or the Sale Agreement as applicable.

5. Certain of the facts set forth in this declaration are based upon Debtor's business records. The documents and papers which comprise the business records of Debtor are maintained by persons whose duty it is to keep such records accurately and correctly. Said records are created by employees of Debtor by making a written record of each transaction or occurrence which relates to such events at or shortly after the time of such transaction or occurrence. I have reviewed certain of Debtor's records prior to making this declaration.

6. The purpose of this declaration is to supplement the Debtor's Motion for Order Authorizing (a) Sale of Certain Assets of the Estate, Free and Clear of All Liens, Claims, Encumbrances and Interests; (b) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (c) Related Relief (the "Sale Motion") filed May 4, 2011 [Docket No. 22] by (1) providing a more in-depth explanation of the events that transpired in the period leading up to the bankruptcy; (2) further evidencing the actions taken by Debtor post-petition to sell the assets of Debtor which are the subject of the Sale Motion; and (3) providing the Court with supplemental information that Debtor indicated would be provided prior to the hearing on the Sale Motion.

***Factors That Caused the Debtor's Business Operations to Deteriorate:***

7. Debtor acquired several craft companies between 2000 and 2006, with the intent of leveraging a common "back office" infrastructure (warehousing, accounting, IT, HR) to provide cost leverage and strengthen its relationships with key retail customers, including Michaels, JoAnn's

PRINTED ON
RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Mitchell LLP

7811393v4

- 2 -

1 and Wal-Mart. I was brought into the company as the Chief Executive Officer from 2003 through
2 early 2007, to oversee this acquisition and assimilation process, with the intent of selling the entire
3 company in 2006. Unfortunately, several factors in the mid-2000s adversely affected (i) Debtor's
4 ability to sell the business as a whole and (ii) the overall business operations. In 2006, one of the
5 largest craft retailers, Michaels, decided to transition from a publicly owned company to a privately
6 owned company, which caused uncertainty with craft suppliers as to their continued business
7 relationships with a new owner of this major retailer. This uncertainty in the "crafts marketplace"
8 resulted in a lack of interest in the acquisition of companies like Debtor. Indeed, once the new
9 ownership took over for Michaels, the relationship between Michaels and the company changed
10 significantly. Despite an established distribution arrangement with Michaels that had existed for
11 15-20 years, the company's sales to Michaels declined by approximately $18 million per year when
12 other competitors were chosen to supply certain products. In addition, the popularity of
13 scrapbooking began to wane in the mid-2000s, negatively impacting the company's largest and most
14 profitable division. Each of these factors contributed to a lack of interest of purchasers for the entire
15 company as well as a decline in overall sales.

16 ### *Post-Petition Marketing Activities:*

17 8.     On May 4, 2011, Debtor's counsel was provided with a list of eight parties that had
18 previously expressed an interest in acquiring the assets of the Blue Moon Beads unit. On that same
19 day, May 4, 2011, Debtor's counsel caused the Sale Motion and the Court-approved bid procedures
20 to be sent to each of these parties by electronic mail, and I can attest to this as I was also a recipient
21 of such emails.

22 9.     Since the filing of the bankruptcy case and the Sale Motion, I have had discussions
23 with three parties who expressed an interest in acquiring the assets at issue.

24         A.     On May 11, 2011, one such party expressed a strong interest in potentially
25 placing a bid, which would trigger an auction at the hearing scheduled for May 25, 2011. That party
26 executed a Non Disclosure Agreement ("NDA") on May 12, 2011, and we immediately provided
27 due diligence materials via electronic mail, and had an extensive conference call on Friday, May 13,
28 with six members of their senior management team. There were daily exchanges of requests for

PRINTED ON
RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Mitchell LLP

7811393v4

additional information and questions on that previously provided, to which we responded in a timely fashion. On May 18, 2011, we were informed that the party had retained counsel to help in preparing their bid, and our counsel was immediately in touch with such counsel. On May 19, 2011, a Vice President for this potential bidder visited Debtor's facility in Van Nuys, California, accompanied by me, and spent the entire day conducting due diligence, specifically holding meetings with each of the key personnel and touring the facilities. On Friday, May 20, 2011, I was informed that, after consultation with other members of their senior management team, this potential bidder elected to discontinue their diligence and is not going to pursue a bid, primarily due to their conclusion that the Blue Moon Beads business needed to be run as a division separate from their existing basic bead business by the key employees currently operating the business, and that operation needed to continue to be located in Southern California. Since their business was managed in Tampa, Florida, they concluded that they were not prepared to assume management of an operation over 3,000 miles away from their operating base.

B.   The second party who expressed an interest in proposing a bid was presented with an NDA on Monday, May 16, 2011, but elected not to receive due diligence materials and withdrew from the process that day.

C.   On Wednesday, May 18, 2011, the third party delivered an executed NDA and acknowledged that it had received the bid instructions and was prepared to follow those instructions. On that same day, it requested and received directly from me via electronic mail extensive due diligence materials. On Friday, May 20, 2011, the third party told me he had engaged a financial advisor, had provided the materials that I had sent previously to that financial advisor, and requested that I assist the financial advisor as to other materials that may be needed. After receiving confirmation from the financial advisor, on Friday, May 20, 2011, I provided via electronic mail additional materials regarding financial matters, personnel, and the stalking horse agreements and schedules, believing they would be helpful in making their assessment. In addition, on Friday, May 20, 2011, I advised the third party and his financial advisor that Ron Cooper, Debtor's President and CEO, and I were available at any time over the weekend or early next week to discuss (via telephone) operations and any of the material previously furnished; I also offered to

set up for Monday, May 23, 2011, a tour for them of the facilities and meetings with our key personnel. This offer was acknowledged by the third party the same day as helpful for concluding their process. Both Ron Cooper and I are well acquainted with the third person and, to my knowledge, he has never been engaged directly in the craft bead business. This third person was the owner (along with his wife) of a paper crafting business that Westrim purchased in August 2002, and the individual remained as manager of that business, reporting directly to me (as the then CEO of Westrim) until August 2003 when he resigned. This afternoon I was informed by the third party that he will not pursue a bid. I, along with Debtor's President and CEO Ron Cooper, have also made several calls to other potential interested parties as well, to make them aware of the pending sale and the right to bid.

10. As of the date of this declaration, none of the parties that Debtor has contacted postpetition have expressed an interest or ability to top the pending bid of Acquisition Corp. other than the general comments of the visiting prospective bidder referred to in Paragraph 8(A) above.

*License Agreement:*

11. Attached hereto as **Exhibit A** is the Schedule A referenced in the License Agreement, consisting of a list of approximately 300 product SKU numbers. Debtor owns over 10,000 product SKUs, the SKUs which are the subject of the License Agreement comprise a small portion of Debtor's product SKUs. The Sale Motion provides that if Acquisition Corp. is the Successful Bidder, it will make a decision on the disposition of the License Agreement prior to Closing. If another party is the Successful Bidder, Debtor will notify the Court and parties in interest prior to the Sale Hearing as to the proposed disposition of the License Agreement. In sum, it will be up to the Successful Bidder as to whether it wants the License Agreement assumed and assigned to it or if it wants the License Agreement rejected.

12. The purpose of the License Agreement is quite simple. There is nothing "sinister" about the License Agreement as suggested by the Creditors' Committee. As of April 8, 2011, Michael's advised Debtor that unless Debtor could assure it that Debtor was viable and would be able to provide Michaels with quality product on a timely basis throughout the 2011-2012 season, it would be forced to drop Debtor as a supplier. As of April 8, 2011, there was no agreement between

Debtor and Acquisition Corp. for a sale of the business and those negotiations were day to day - almost falling apart on several occasions. Debtor entered into the License Agreement to provide some level of assurance to Michaels that Debtor's product would be produced and delivered on a timely basis throughout the 2011-2012 season. Without the License Agreement, it would have been quite possible that Debtor would have been unable to fill Michaels purchase orders which would have terminated Debtor's relationship with Michaels. Termination of the relationship with Michaels would make any form of going concern sale impossible and would have likely resulted in a chapter 7 filing by Debtor.

13. Based on my experience in the industry and knowledge of the circumstances of Debtor, I believe that the 7% royalty to be paid under the License Agreement is reasonable value for the property rights transferred.

14. All of Debtor's presently owned intellectual property subject to the Sale relates to Blue Moon Beads; and thus the APA contemplates that only all of Debtor' intellectual property related to the Blue Moon Beads business is part of the assets in the contemplated sale.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed this 23rd day of May, 2011 in Van Nuys, California.

CHRISTOPHER M. McLAIN

# EXHIBIT A

Schedule A

SKUS

(See attached)

6

Schedule A

| Number | Subclass | SKU ID | SKU Description | Comments |
|---|---|---|---|---|
| 1 | 3100 BEAD LANDING CHARMS | 10440758 | BL CHRM MTL HEART ASST ANS | Go Forward |
| 2 | 3100 BEAD LANDING CHARMS | 10440647 | BL CHRM MTL WORD ASST ANS | Go Forward |
| 3 | 3100 BEAD LANDING CHARMS | 10440638 | BL CHRM MTL OVL WRD ASST 3 ANS | Go Forward |
| 4 | 3100 BEAD LANDING CHARMS | 10440761 | BL CHRM MTL LUCK ASST ANS | Go Forward |
| 5 | 3099 BEAD LANDING PENDANT | 10449932 | BL STR 7" BD MTL NE #26 SIL | Go Forward |
| 6 | 3099 BEAD LANDING PENDANT | 10440768 | BL PNDT/CHRM MTL LEAF ASST ANS | Go Forward |
| 7 | 3099 BEAD LANDING PENDANT | 10449931 | BL STR 7" BD MTL NE #17 SIL | Go Forward |
| 8 | 3099 BEAD LANDING PENDANT | 10449832 | BL PNDT SHL MOP MRQUSE NAT WHT | Go Forward |
| 9 | 3099 BEAD LANDING PENDANT | 10449938 | BL STR 7" BD MTL NE #35 SIL | Go Forward |
| 10 | 3099 BEAD LANDING PENDANT | 10430617 | BL PNDT SHL MOP FLOWER NAT WHT | Go Forward |
| 11 | 3099 BEAD LANDING PENDANT | 10440649 | BL BD MTL OVL WRD ASST ANS | Go Forward |
| 12 | 9545 OPEN STOCK BEADS | 10470584 | BD ASST GLS BC #17 | Go Forward |
| 13 | 3099 BEAD LANDING PENDANT | 10449934 | BL STR 7" BD MTL NE #12 SIL | Go Forward |
| 14 | 3100 BEAD LANDING CHARMS | 10440751 | BL CHRM RSN CAMEO ASST BLK/WHT | Go Forward |
| 15 | 3099 BEAD LANDING PENDANT | 10440741 | BL PNDT MTL BRNCH BIRD NST OXS | Go Forward |
| 16 | 3099 BEAD LANDING PENDANT | 10449926 | BL STR 14" BD MTL NE #13 SIL | Go Forward |
| 17 | 3099 BEAD LANDING PENDANT | 10440680 | BL PNDT MTL FANCY FLGR BLK/WHT | Go Forward |
| 18 | 9545 OPEN STOCK BEADS | 10449245 | BC BD STR AST GLS #7 | Go Forward |
| 19 | 9545 OPEN STOCK BEADS | 10470376 | PNDT ASST MTL ANS BC #2 | Go Forward |
| 20 | 3099 BEAD LANDING PENDANT | 10449937 | BL STR 7" BD MTL NE #34 SIL | Go Forward |
| 21 | 9545 OPEN STOCK BEADS | 10123982 | BC BD ASST GLS #21 | Go Forward |
| 22 | 9545 OPEN STOCK BEADS | 10470555 | BD ASST GLS BC #13 | Go Forward |
| 23 | 9545 OPEN STOCK BEADS | 10124064 | BC BD STR ASST GLS #8 | Go Forward |
| 24 | 3099 BEAD LANDING PENDANT | 10449949 | BL STR 7" BD MTL NE #58 SIL | Go Forward |
| 25 | 9545 OPEN STOCK BEADS | 10162829 | BC BD STR 7" ASST GLS SHL DRP | Go Forward |
| 26 | 9545 OPEN STOCK BEADS | 10161826 | BC SPACER SIL KNOT RNDL 56PC | Go Forward |
| 27 | 9545 OPEN STOCK BEADS | 10470448 | PNDT ASST GLS BC #18 | Go Forward |
| 28 | 9545 OPEN STOCK BEADS | 10124143 | BC CHRM ASST MTL MIXED #2 | Go Forward |
| 29 | 9545 OPEN STOCK BEADS | 10161820 | BC SPACER SILVER BD RNDL/36 | Go Forward |
| 30 | 9545 OPEN STOCK BEADS | 10161827 | BC SPACER SIL 8MM RND 30P | Go Forward |
| 31 | 9545 OPEN STOCK BEADS | 10162845 | BC BD ASST GLS RND MARBLE | Go Forward |
| 32 | 9545 OPEN STOCK BEADS | 10161828 | BC SPACERS RONDELL SILVER/44 | Go Forward |
| 33 | 9545 OPEN STOCK BEADS | 10124128 | BC CHRM ASST MTL ANB #3 | Go Forward |
| 34 | 9545 OPEN STOCK BEADS | 10470600 | BD ASST MTL ANS BC #5 | Go Forward |
| 35 | 9545 OPEN STOCK BEADS | 10470579 | BD ASST CER BC #1 | Go Forward |
| 36 | 9545 OPEN STOCK BEADS | 10470553 | BD ASST GLS BC #12 | Go Forward |
| 37 | 9545 OPEN STOCK BEADS | 10123981 | BC BD ASST GLS #20 | Go Forward |
| 38 | 9545 OPEN STOCK BEADS | 10123983 | BC BD ASST GLS #22 | Go Forward |
| 39 | 9545 OPEN STOCK BEADS | 10470588 | BD ASST MOP BC #2 | Go Forward |
| 40 | 9545 OPEN STOCK BEADS | 10161822 | BC SPACER SIL 6MM DNUTS 120PC | Go Forward |
| 41 | 9545 OPEN STOCK BEADS | 10470446 | PNDT ASST GLS BC #16 | Go Forward |
| 42 | 9545 OPEN STOCK BEADS | 10470438 | PNDT ASST GLS BC #8 | Go Forward |
| 43 | 9545 OPEN STOCK BEADS | 10161832 | BD METAL ANS ASST. | Go Forward |
| 44 | 9545 OPEN STOCK BEADS | 10124130 | BC CHRM ASST MTL ANS #1 | Go Forward |
| 45 | 9545 OPEN STOCK BEADS | 10162828 | BC BD ASST GLS MCC RND | Go Forward |
| 46 | 9545 OPEN STOCK BEADS | 10470597 | BD ASST MTL ANS BC #2 | Go Forward |
| 47 | 9545 OPEN STOCK BEADS | 10162813 | BC PNDT ASST GLS SNAKE | Go Forward |
| 48 | 9545 OPEN STOCK BEADS | 10162848 | BC BD STR 7" ASST GLS SHL IRG | Go Forward |
| 49 | 9545 OPEN STOCK BEADS | 10162822 | BC PNDT ASST MTL LION HEAD | Go Forward |
| 50 | 9545 OPEN STOCK BEADS | 10162823 | BC PNDT ASST MTL ELEPHANT ANS | Go Forward |
| 51 | 9545 OPEN STOCK BEADS | 10162820 | BC PNDT ASST MTL/EPXY | Go Forward |
| 52 | 9545 OPEN STOCK BEADS | 10162815 | BC PNDT ASST MTL DRGNFLY DUO | Go Forward |
| 53 | 9545 OPEN STOCK BEADS | 10124072 | BC PNDT ASST SHL #2 | Go Forward |
| 54 | 9545 OPEN STOCK BEADS | 10162847 | BC BD ASST GLS LMPWRK BL RD | Go Forward |
| 55 | 3099 BEAD LANDING PENDANT | 10449935 | BL STR 7" BD MTL NE #28 SIL | Go Forward |
| 56 | 9545 OPEN STOCK BEADS | 10162816 | BC PNDT ASST MTL ANIMALS ANS | Go Forward |
| 57 | 9545 OPEN STOCK BEADS | 10161821 | BC SPACER SILV DIAMOND/28 | Go Forward |
| 58 | 9545 OPEN STOCK BEADS | 10162814 | BC PNDT ASST GLS SEALIFE | Go Forward |
| 59 | 2651 BEAD ORGANZRS EMPTY | 10443839 | BEAD CASE STAY IN PLACE | Go Forward |
| 60 | 9545 OPEN STOCK BEADS | 10124138 | BC CHRM ASST MTL ANS #9 | Go Forward |
| 61 | 9545 OPEN STOCK BEADS | 10124148 | BC LKT ASST MTL MIXED #1 | Go Forward |
| 62 | 9545 OPEN STOCK BEADS | 10123973 | BC BD ASST SHL #2 | Go Forward |
| 63 | 9545 OPEN STOCK BEADS | 10470558 | BD ASST GLS BC #16 | Go Forward |
| 64 | 9545 OPEN STOCK BEADS | 10162831 | BC PNDT ASST MTL FLEUR | Go Forward |
| 65 | 9545 OPEN STOCK BEADS | 10161824 | BC SPACERS DMND DAISY SILV/60 | Go Forward |
| 66 | 9545 OPEN STOCK BEADS | 10162827 | BC CHRM ASST MTL CNTRC RND ANS | Go Forward |
| 67 | 9545 OPEN STOCK BEADS | 10162824 | BC CHRM ASST MTL DRAGONS ANS | Go Forward |
| 68 | 9545 OPEN STOCK BEADS | 10162819 | BC PNDT ASST MTL ANS #1 | Go Forward |
| 69 | 9545 OPEN STOCK BEADS | 10162853 | BC PNDT ASST MTL SEALIFE | Go Forward |
| 70 | 9545 OPEN STOCK BEADS | 10162833 | BC BD ASST MTL SIL | Go Forward |
| 71 | 9545 OPEN STOCK BEADS | 10470440 | PNDT ASST GLS BC #10 | Go Forward |
| 72 | 9545 OPEN STOCK BEADS | 10162834 | BC BD ASST STONE RED | Go Forward |
| 73 | 9545 OPEN STOCK BEADS | 10162817 | BC PNDT ASST MTL DRGNFLY ANS | Go Forward |
| 74 | 9545 OPEN STOCK BEADS | 10161823 | BC SPACER SILVER RPE RNDL/48PC | Go Forward |
| 75 | 9545 OPEN STOCK BEADS | 10161825 | BC SPACERS 4X5 ROUNDEL 36PC | Go Forward |
| 76 | 3099 BEAD LANDING PENDANT | 10440674 | BL NKLC 16" FX LTHR BRAID BRN | Go Forward |
| 77 | 9545 OPEN STOCK BEADS | 10470443 | PNDT ASST GLS BC #13 | Go Forward |
| 78 | 9545 OPEN STOCK BEADS | 10470578 | BD ASST SHL BC #1 | Go Forward |
| 79 | 9545 OPEN STOCK BEADS | 10124136 | BC CHRM ASST MTL ANS #7 | Go Forward |
| 80 | 9545 OPEN STOCK BEADS | 10449256 | BC BD STR AST CER #1 | Go Forward |
| 81 | 9545 OPEN STOCK BEADS | 10162841 | BC CONNECTOR ASST MTL ANS | Go Forward |
| 82 | 9545 OPEN STOCK BEADS | 10470375 | PNDT ASST MTL ANS BC #1 | Go Forward |
| 83 | 9545 OPEN STOCK BEADS | 10162852 | BC CONNECTOR ASST MTL OXG | Go Forward |
| 84 | 9545 OPEN STOCK BEADS | 10124124 | BC BD ASST MTL ANS #7 | Go Forward |
| 85 | 9545 OPEN STOCK BEADS | 10162835 | BC BD ASST CERAMIC #2 | Go Forward |
| 86 | 9545 OPEN STOCK BEADS | 10162830 | BC PNDT ASST MTL BONE OVAL | Go Forward |

Exhibit A-8

**Schedule A**

| Number | Subclass | SKU ID | SKU Description | Comments |
|---|---|---|---|---|
| 87 | 9545 OPEN STOCK BEADS | 10162838 | BC BD ASST CERAMIC RND ASIAN | Go Forward |
| 88 | 9545 OPEN STOCK BEADS | 10162821 | BC PNDT ASST MTL ANS #2 | Go Forward |
| 89 | 9545 OPEN STOCK BEADS | 10161836 | TOGGLE METAL ASST. | Go Forward |
| 90 | 9545 OPEN STOCK BEADS | 10449234 | BC BD AST SHL #4 | Go Forward |
| 91 | 9545 OPEN STOCK BEADS | 10470587 | BD ASST MOP BC #1 | Go Forward |
| 92 | 9545 OPEN STOCK BEADS | 10161831 | BD METAL HEART & CIRCLE SHAPE | Go Forward |
| 93 | 9545 OPEN STOCK BEADS | 10124144 | BC CHRM ASST MTL MIXED #3 | Go Forward |
| 94 | 9545 OPEN STOCK BEADS | 10162846 | BC BD ASST GLS RND FOIL | Go Forward |
| 95 | 9545 OPEN STOCK BEADS | 10124159 | BC PNDT ASST MTL MIXED #1 | Go Forward |
| 96 | 9545 OPEN STOCK BEADS | 10124155 | BC LKT ASST MTL MIXED #4 | Go Forward |
| 97 | 9545 OPEN STOCK BEADS | 10449276 | BC BD STR AST GLS #5 | Go Forward |
| 98 | 9545 OPEN STOCK BEADS | 10470590 | BD ASST CER BC #4 | Go Forward |
| 99 | 9545 OPEN STOCK BEADS | 10470595 | BD ASST MTL ANG BC #3 | Go Forward |
| 100 | 9545 OPEN STOCK BEADS | 10124132 | BC CHRM ASST MTL ANS #3 | Go Forward |
| 101 | 9545 OPEN STOCK BEADS | 10470598 | BD ASST MTL ANS BC #3 | Go Forward |
| 102 | 9545 OPEN STOCK BEADS | 10470429 | PNDT ASST GLS BC #1 | Go Forward |
| 103 | 9545 OPEN STOCK BEADS | 10161837 | PNDT WOOD PRINTED ASST. | Go Forward |
| 104 | 9545 OPEN STOCK BEADS | 10470441 | PNDT ASST GLS BC #11 | Go Forward |
| 105 | 9545 OPEN STOCK BEADS | 10470593 | BD ASST MTL ANG BC #1 | Go Forward |
| 106 | 9545 OPEN STOCK BEADS | 10470452 | PNDT ASST GLS BC #22 | Go Forward |
| 107 | 9545 OPEN STOCK BEADS | 10470432 | PNDT ASST GLS BC #2 | Go Forward |
| 108 | 9545 OPEN STOCK BEADS | 10470444 | PNDT ASST GLS BC #14 | Go Forward |
| 109 | 9545 OPEN STOCK BEADS | 10162843 | BC BD ASST GLS RND SWRL NAT | Go Forward |
| 110 | 9545 OPEN STOCK BEADS | 10162849 | BC BD ASST CERAMIC RND MTLIC | Go Forward |
| 111 | 9545 OPEN STOCK BEADS | 10470545 | BD ASST GLS BC #8 | Go Forward |
| 112 | 9545 OPEN STOCK BEADS | 10162826 | BC BAIL ASST MTL CRVD SWRL ANS | Go Forward |
| 113 | 9545 OPEN STOCK BEADS | 10470384 | PNDT ASST MTL BC #2 | Go Forward |
| 114 | 9545 OPEN STOCK BEADS | 10470599 | BD ASST MTL ANS BC #4 | Go Forward |
| 115 | 9545 OPEN STOCK BEADS | 10161830 | BD METAL DIAMOND SHAPE ASST. | Go Forward |
| 116 | 9545 OPEN STOCK BEADS | 10449277 | BC BD STR AST GLS #4 | Go Forward |
| 117 | 9545 OPEN STOCK BEADS | 10124131 | BC CHRM ASST MTL ANS #2 | Go Forward |
| 118 | 9545 OPEN STOCK BEADS | 10123980 | BC BD ASST GLS #19 | Go Forward |
| 119 | 9545 OPEN STOCK BEADS | 10162839 | BC BD ASST GLS SWIRL | Go Forward |
| 120 | 9545 OPEN STOCK BEADS | 10470596 | BD ASST MTL ANS BC #1 | Go Forward |
| 121 | 9545 OPEN STOCK BEADS | 10124070 | BC PNDT ASST GLS #23 | Go Forward |
| 122 | 9545 OPEN STOCK BEADS | 10161838 | PNDT METAL LOCK & KEY ASST. | Go Forward |
| 123 | 9545 OPEN STOCK BEADS | 10449246 | BC BD AST GLS #69 | Go Forward |
| 124 | 9545 OPEN STOCK BEADS | 10470435 | PNDT ASST GLS BC #5 | Go Forward |
| 125 | 9545 OPEN STOCK BEADS | 10161829 | PNDT METAL STAR ASST. | Go Forward |
| 126 | 3099 BEAD LANDING PENDANT | 10440675 | BL NKLC 16" LINEN/FX SUEDE NAT | Go Forward |
| 127 | 9545 OPEN STOCK BEADS | 10470541 | BD ASST GLS BC #4 | Go Forward |
| 128 | 9545 OPEN STOCK BEADS | 10124034 | BC BD ASST RSN #1 | Go Forward |
| 129 | 3099 BEAD LANDING PENDANT | 10440668 | BL NKLC 16" LINEN/FX SUEDE BLK | Go Forward |
| 130 | 9545 OPEN STOCK BEADS | 10162832 | BC CNTR ASST MTL FLOWER | Go Forward |
| 131 | 9545 OPEN STOCK BEADS | 10162840 | BC BD ASST WD FANCY DESIGN | Go Forward |
| 132 | 9545 OPEN STOCK BEADS | 10470434 | PNDT ASST GLS BC #4 | Go Forward |
| 133 | 9545 OPEN STOCK BEADS | 10470594 | BD ASST MTL ANG BC #2 | Go Forward |
| 134 | 9545 OPEN STOCK BEADS | 10470557 | BD ASST GLS BC #15 | Go Forward |
| 135 | 9545 OPEN STOCK BEADS | 10162842 | BC BD ASST CER OVL PAISLEY | Go Forward |
| 136 | 9545 OPEN STOCK BEADS | 10470542 | BD ASST GLS BC #5 | Go Forward |
| 137 | 9545 OPEN STOCK BEADS | 10470388 | PNDT ASST MTL ANG BC #2 | Go Forward |
| 138 | 9545 OPEN STOCK BEADS | 10478586 | BD ASST CER BC #3 | Go Forward |
| 139 | 9545 OPEN STOCK BEADS | 10161833 | BAIL METAL CRESCENT SHAPE ASST | Go Forward |
| 140 | 9545 OPEN STOCK BEADS | 10162850 | BC BD ASST STONE | Go Forward |
| 141 | 9545 OPEN STOCK BEADS | 10161835 | PNDT FRAME ASST. | Go Forward |
| 142 | 9545 OPEN STOCK BEADS | 10470436 | PNDT ASST GLS BC #6 | Go Forward |
| 143 | 9545 OPEN STOCK BEADS | 10123990 | BC BD ASST GLS #29 | Go Forward |
| 144 | 9545 OPEN STOCK BEADS | 10162851 | BC BD ASST CERAMIC BL WHT | Go Forward |
| 145 | 9545 OPEN STOCK BEADS | 10162844 | BC BD ASST GLS 8MM RND MIXED | Go Forward |
| 146 | 9545 OPEN STOCK BEADS | 10162837 | BC BD ASST CERAMIC #1 | Go Forward |
| 147 | 9545 OPEN STOCK BEADS | 10470601 | BD ASST MTL ANS BC #6 | Go Forward |
| 148 | 9545 OPEN STOCK BEADS | 10162836 | BC BD ASST STN | Go Forward |
| 149 | 9545 OPEN STOCK BEADS | 10449249 | BC BD AST GLS #53 | Go Forward |
| 150 | 3099 BEAD LANDING PENDANT | 10440673 | BL NKLC 16" LINEN/FX SUEDE BRN | Go Forward |
| 151 | 9545 OPEN STOCK BEADS | 10162825 | BC PNDT ASST MTL CR W/CHRM ANS | Go Forward |
| 152 | 9545 OPEN STOCK BEADS | 10470589 | BD ASST MOP BC #3 | Go Forward |
| 153 | 9545 OPEN STOCK BEADS | 10161834 | PNDT METAL TRINKET ASST. | Go Forward |
| 154 | 3099 BEAD LANDING PENDANT | 10440669 | BL NKLC 16" FX LTHR BRAID BLK | Go Forward |
| 155 | 9545 OPEN STOCK BEADS | 10123974 | BC BD ASST SHL #3 | Go Forward |
| 156 | 9545 OPEN STOCK BEADS | 10123976 | BC PNDT ASST STN #1 | Go Forward |
| 157 | 9545 OPEN STOCK BEADS | 10123977 | BC PNDT ASST STN #2 | Go Forward |
| 158 | 9545 OPEN STOCK BEADS | 10123978 | BC STR ASST SHL #1 | Go Forward |
| 159 | 9545 OPEN STOCK BEADS | 10123979 | BC STR ASST SHL #2 | Go Forward |
| 160 | 9545 OPEN STOCK BEADS | 10123985 | BC BD ASST GLS #24 | Go Forward |
| 161 | 9545 OPEN STOCK BEADS | 10123986 | BC BD ASST GLS #25 | Go Forward |
| 162 | 9545 OPEN STOCK BEADS | 10123987 | BC BD ASST GLS #26 | Go Forward |
| 163 | 9545 OPEN STOCK BEADS | 10123989 | BC BD ASST GLS #28 | Go Forward |
| 164 | 9545 OPEN STOCK BEADS | 10123992 | BC BD ASST GLS #31 | Go Forward |
| 165 | 9545 OPEN STOCK BEADS | 10123993 | BC BD ASST GLS #32 | Go Forward |
| 166 | 9545 OPEN STOCK BEADS | 10123994 | BC BD ASST GLS #33 | Go Forward |
| 167 | 9545 OPEN STOCK BEADS | 10123995 | BC BD ASST GLS #34 | Go Forward |
| 168 | 9545 OPEN STOCK BEADS | 10123998 | BC BD ASST GLS #38 | Go Forward |
| 169 | 9545 OPEN STOCK BEADS | 10124000 | BC BD ASST GLS #39 | Go Forward |
| 170 | 9545 OPEN STOCK BEADS | 10124004 | BC BD ASST GLS #43 | Go Forward |
| 171 | 9545 OPEN STOCK BEADS | 10124005 | BC BD ASST GLS #44 | Go Forward |
| 172 | 9545 OPEN STOCK BEADS | 10124007 | BC BD ASST GLS #46 | Go Forward |

Exhibit A-9

Schedule A

| Number | Subclass | SKU ID | SKU Description | Comments |
|---|---|---|---|---|
| 173 | 9545 OPEN STOCK BEADS | 10124009 | BC BD ASST GLS #48 | Go Forward |
| 174 | 9545 OPEN STOCK BEADS | 10124015 | BC BD ASST GLS #54 | Go Forward |
| 175 | 9545 OPEN STOCK BEADS | 10124028 | BC BD ASST GLS #65 | Go Forward |
| 176 | 9545 OPEN STOCK BEADS | 10124035 | BC BD ASST RSN #2 | Go Forward |
| 177 | 9545 OPEN STOCK BEADS | 10124036 | BC BD ASST RSN #3 | Go Forward |
| 178 | 9545 OPEN STOCK BEADS | 10124037 | BC BD ASST RSN #4 | Go Forward |
| 179 | 9545 OPEN STOCK BEADS | 10124038 | BC BD ASST RSN #5 | Go Forward |
| 180 | 9545 OPEN STOCK BEADS | 10124039 | BC BD ASST RSN #6 | Go Forward |
| 181 | 9545 OPEN STOCK BEADS | 10124043 | BC BD ASST RSN #10 | Go Forward |
| 182 | 9545 OPEN STOCK BEADS | 10124047 | BC BD ASST SP #3 | Go Forward |
| 183 | 9545 OPEN STOCK BEADS | 10124052 | BC BD ASST SP #8 | Go Forward |
| 184 | 9545 OPEN STOCK BEADS | 10124053 | BC BD ASST SP #9 | Go Forward |
| 185 | 9545 OPEN STOCK BEADS | 10124054 | BC BD ASST STN #1 | Go Forward |
| 186 | 9545 OPEN STOCK BEADS | 10124071 | BC PNDT ASST SHL #1 | Go Forward |
| 187 | 9545 OPEN STOCK BEADS | 10124125 | BC BD ASST MTL CPPR #1 | Go Forward |
| 188 | 9545 OPEN STOCK BEADS | 10124126 | BC CHRM ASST MTL ANB #1 | Go Forward |
| 189 | 9545 OPEN STOCK BEADS | 10124127 | BC CHRM ASST MTL ANB #2 | Go Forward |
| 190 | 9545 OPEN STOCK BEADS | 10124129 | BC CHRM ASST MTL ANG #1 | Go Forward |
| 191 | 9545 OPEN STOCK BEADS | 10124133 | BC CHRM ASST MTL ANS #4 | Go Forward |
| 192 | 9545 OPEN STOCK BEADS | 10124134 | BC CHRM ASST MTL ANS #5 | Go Forward |
| 193 | 9545 OPEN STOCK BEADS | 10124135 | BC CHRM ASST MTL ANS #6 | Go Forward |
| 194 | 9545 OPEN STOCK BEADS | 10124137 | BC CHRM ASST MTL ANS #8 | Go Forward |
| 195 | 9545 OPEN STOCK BEADS | 10124140 | BC CHRM ASST MTL ANS #10 | Go Forward |
| 196 | 9545 OPEN STOCK BEADS | 10124141 | BC CHRM ASST MTL ANS #11 | Go Forward |
| 197 | 9545 OPEN STOCK BEADS | 10124142 | BC CHRM ASST MTL MIXED #1 | Go Forward |
| 198 | 9545 OPEN STOCK BEADS | 10124145 | BC CHRM ASST MTL MIXED #4 | Go Forward |
| 199 | 9545 OPEN STOCK BEADS | 10124147 | BC CHRM ASST MTL MIXED #5 | Go Forward |
| 200 | 9545 OPEN STOCK BEADS | 10124149 | BC LKT ASST MTL MIXED #2 | Go Forward |
| 201 | 9545 OPEN STOCK BEADS | 10124150 | BC LKT ASST MTL MIXED #3 | Go Forward |
| 202 | 9545 OPEN STOCK BEADS | 10124156 | BC LKT ASST MTL MIXED #5 | Go Forward |
| 203 | 9545 OPEN STOCK BEADS | 10124158 | BC PNDT ASST MTL ANS #8 | Go Forward |
| 204 | 9545 OPEN STOCK BEADS | 10449230 | BC STR AST SHL #3 | Go Forward |
| 205 | 9545 OPEN STOCK BEADS | 10449231 | BC STR AST SHL #4 | Go Forward |
| 206 | 9545 OPEN STOCK BEADS | 10449236 | BC BD STR AST STN #2 | Go Forward |
| 207 | 9545 OPEN STOCK BEADS | 10449237 | BC BD STR AST STN #1 | Go Forward |
| 208 | 9545 OPEN STOCK BEADS | 10449239 | BC BD AST STN #2 | Go Forward |
| 209 | 9545 OPEN STOCK BEADS | 10449240 | BC BD STR AST STN #3 | Go Forward |
| 210 | 9545 OPEN STOCK BEADS | 10449265 | BC BD STR AST GLS #6 | Go Forward |
| 211 | 9545 OPEN STOCK BEADS | 10449270 | BC BD STR AST GLS #3 | Go Forward |
| 212 | 9545 OPEN STOCK BEADS | 10449273 | BC BD STR AST GLS #1 | Go Forward |
| 213 | 9545 OPEN STOCK BEADS | 10449274 | BC BD STR AST GLS #2 | Go Forward |
| 214 | 9545 OPEN STOCK BEADS | 10470377 | PNDT ASST MTL ANS BC #3 | Go Forward |
| 215 | 9545 OPEN STOCK BEADS | 10470379 | PNDT ASST MTL ANS BC #4 | Go Forward |
| 216 | 9545 OPEN STOCK BEADS | 10470380 | PNDT ASST MTL ANS BC #5 | Go Forward |
| 217 | 9545 OPEN STOCK BEADS | 10470381 | PNDT ASST MTL ANS BC #6 | Go Forward |
| 218 | 9545 OPEN STOCK BEADS | 10470382 | PNDT ASST MTL ANS BC #7 | Go Forward |
| 219 | 9545 OPEN STOCK BEADS | 10470383 | PNDT ASST MTL BC #1 | Go Forward |
| 220 | 9545 OPEN STOCK BEADS | 10470385 | PNDT ASST MTL BC #3 | Go Forward |
| 221 | 9545 OPEN STOCK BEADS | 10470387 | PNDT ASST MTL ANG BC #1 | Go Forward |
| 222 | 9545 OPEN STOCK BEADS | 10470437 | PNDT ASST GLS BC #7 | Go Forward |
| 223 | 9545 OPEN STOCK BEADS | 10470447 | PNDT ASST GLS BC #17 | Go Forward |
| 224 | 9545 OPEN STOCK BEADS | 10470450 | PNDT ASST GLS BC #20 | Go Forward |
| 225 | 9545 OPEN STOCK BEADS | 10470535 | BD ASST GLS BC #1 | Go Forward |
| 226 | 9545 OPEN STOCK BEADS | 10470543 | BD ASST GLS BC #6 | Go Forward |
| 227 | 9545 OPEN STOCK BEADS | 10470544 | BD ASST GLS BC #7 | Go Forward |
| 228 | 9545 OPEN STOCK BEADS | 10470548 | BD ASST GLS BC #9 | Go Forward |
| 229 | 9545 OPEN STOCK BEADS | 10470549 | BD ASST GLS BC #10 | Go Forward |
| 230 | 9545 OPEN STOCK BEADS | 10470580 | BD ASST SEED BC #1 | Go Forward |
| 231 | 9545 OPEN STOCK BEADS | 10470583 | BD ASST CER BC #2 | Go Forward |
| 232 | 3099 BEAD LANDING PENDANT | 10188381 | BL PNDT MTL CRAZY ASST | New Sku for Sept Reset |
| 233 | 3099 BEAD LANDING PENDANT | 10188383 | BL PNDT MTL OWL OXS | New Sku for Sept Reset |
| 234 | 3099 BEAD LANDING PENDANT | 10188384 | BL PNDT MTL SEA TURTLE OXS | New Sku for Sept Reset |
| 235 | 3099 BEAD LANDING PENDANT | 10188385 | BL PNDT MTL CITY MAP ASST | New Sku for Sept Reset |
| 236 | 3099 BEAD LANDING PENDANT | 10188386 | BL PNDT MTL PEACE SIGN BLK/OXB | New Sku for Sept Reset |
| 237 | 3099 BEAD LANDING PENDANT | 10188388 | BL PNDT GLS FLOWER ASST | New Sku for Sept Reset |
| 238 | 3099 BEAD LANDING PENDANT | 10188389 | BL PNDT MTL LKT SEA LIFE ASST | New Sku for Sept Reset |
| 239 | 3099 BEAD LANDING PENDANT | 10188390 | BL CNTR MTL OCTOPUS SIL | New Sku for Sept Reset |
| 240 | 3099 BEAD LANDING PENDANT | 10188392 | BL PNDT MTL ROBOT ASST | New Sku for Sept Reset |
| 241 | 3099 BEAD LANDING PENDANT | 10188393 | BL PNDT MTL BIRD BRANCH OXG | New Sku for Sept Reset |
| 242 | 3099 BEAD LANDING PENDANT | 10188394 | BL PNDT MTL CAMEO ASST | New Sku for Sept Reset |
| 243 | 3099 BEAD LANDING PENDANT | 10188396 | BL PNDT MTL CROSS W/HEART SIL | New Sku for Sept Reset |
| 244 | 3099 BEAD LANDING PENDANT | 10188397 | BL PNDT MTL OWL ASST | New Sku for Sept Reset |
| 245 | 3099 BEAD LANDING PENDANT | 10188399 | BL PNDT MTL OCTO BUBL TP OXB | New Sku for Sept Reset |
| 246 | 3099 BEAD LANDING PENDANT | 10188400 | BL PNDT MTL LG KEY ASST | New Sku for Sept Reset |
| 247 | 3099 BEAD LANDING PENDANT | 10188401 | BL PNDT MTL ROSE OXS | New Sku for Sept Reset |
| 248 | 3099 BEAD LANDING PENDANT | 10188402 | BL PNDT MTL SCISSORS ANS | New Sku for Sept Reset |
| 249 | 3099 BEAD LANDING PENDANT | 10188403 | BL PNDT MTL PHOENIX OXG | New Sku for Sept Reset |
| 250 | 3099 BEAD LANDING PENDANT | 10188404 | BL PNDT SHL DECAL DSN ASST | New Sku for Sept Reset |
| 251 | 3099 BEAD LANDING PENDANT | 10188405 | BL PNDT MTL STAR CLR/SIL | New Sku for Sept Reset |
| 252 | 3099 BEAD LANDING PENDANT | 10188406 | BL PNDT MTL TRDRP STN ASST | New Sku for Sept Reset |
| 253 | 3099 BEAD LANDING PENDANT | 10188410 | BL PNDT MTL/PLST FLOWER ASST | New Sku for Sept Reset |
| 254 | 3099 BEAD LANDING PENDANT | 10188411 | BL PNDT MTL STURTLE BL BDY SIL | New Sku for Sept Reset |
| 255 | 3099 BEAD LANDING PENDANT | 10188413 | BL PNDT MTL WING ASST | New Sku for Sept Reset |
| 256 | 3099 BEAD LANDING PENDANT | 10188414 | BL PNDT MTL CAMEO FLGR HRT BLK | New Sku for Sept Reset |
| 257 | 3099 BEAD LANDING PENDANT | 10188417 | BL PNDT MTL CAMEO W/CHAIN OXS | New Sku for Sept Reset |
| 258 | 3099 BEAD LANDING PENDANT | 10188418 | BL PNDT MTL IN NEST ANT SIL | New Sku for Sept Reset |

Exhibit A-10

Schedule A

| Number | Subclass | SKU ID | SKU Description | Comments |
|---|---|---|---|---|
| 259 | 3099 BEAD LANDING PENDANT | 10188419 | BL PNDT MTL STARFISH SIL | New Sku for Sept Reset |
| 260 | 3099 BEAD LANDING PENDANT | 10188422 | BL PNDT MTL BRAIN SIL | New Sku for Sept Reset |
| 261 | 3099 BEAD LANDING PENDANT | 10188423 | BL PNDT MTL CNTR PEACOCK OXB | New Sku for Sept Reset |
| 262 | 3099 BEAD LANDING PENDANT | 10188425 | BL PNDT MTL GOOGLE EYE SIL | New Sku for Sept Reset |
| 263 | 3099 BEAD LANDING PENDANT | 10188427 | BL PNDT MTL BUTTERFLY 3D ANS | New Sku for Sept Reset |
| 264 | 3099 BEAD LANDING PENDANT | 10188428 | BL PNDT MTL LOTUS LG OXS | New Sku for Sept Reset |
| 265 | 3099 BEAD LANDING PENDANT | 10188430 | BL PNDT MTL OVL TURQ STN SIL | New Sku for Sept Reset |
| 266 | 3099 BEAD LANDING PENDANT | 10188434 | BL PNDT MTL/PLST CAM/FWR OXB | New Sku for Sept Reset |
| 267 | 3099 BEAD LANDING PENDANT | 10188435 | BL PNDT MTL WING HEART SIL | New Sku for Sept Reset |
| 268 | 3099 BEAD LANDING PENDANT | 10188436 | BL PNDT MTL PEACOCK OXS | New Sku for Sept Reset |
| 269 | 3099 BEAD LANDING PENDANT | 10188438 | BL PNDT MTL CRAB PLSTC PRL ANS | New Sku for Sept Reset |
| 270 | 3099 BEAD LANDING PENDANT | 10188439 | BL PNDT MTL TASSLE ANS | New Sku for Sept Reset |
| 271 | 3099 BEAD LANDING PENDANT | 10188440 | BL PNDT MTL/WOOD TREE OXG | New Sku for Sept Reset |
| 272 | 3099 BEAD LANDING PENDANT | 10188441 | BL PNDT MTL CIR TURQ STN SIL | New Sku for Sept Reset |
| 273 | 3099 BEAD LANDING PENDANT | 10188442 | BL PNDT SHL UMBRAE ASST | New Sku for Sept Reset |
| 274 | 3099 BEAD LANDING PENDANT | 10188443 | BL PNDT MTL SPIDER SIL | New Sku for Sept Reset |
| 275 | 3099 BEAD LANDING PENDANT | 10188444 | BL PNDT MTL RND LOCKET OXB | New Sku for Sept Reset |
| 276 | 3099 BEAD LANDING PENDANT | 10188445 | BL PNDT BONE W/MTL CAP IVORY | New Sku for Sept Reset |
| 277 | 3099 BEAD LANDING PENDANT | 10188446 | BL PNDT MTL CAMEO DOLPHIN OXS | New Sku for Sept Reset |
| 278 | 3099 BEAD LANDING PENDANT | 10188447 | BL PNDT MTL DRAGONFLY OXB | New Sku for Sept Reset |
| 279 | 3099 BEAD LANDING PENDANT | 10188448 | BL PNDT MTL BUTTERFLY GLD | New Sku for Sept Reset |
| 280 | 3099 BEAD LANDING PENDANT | 10188449 | BL PNDT MTL OPEN CAGE G MTL | New Sku for Sept Reset |
| 281 | 3099 BEAD LANDING PENDANT | 10188450 | BL PNDT MTL WHALE OXC OXB | New Sku for Sept Reset |
| 282 | 3099 BEAD LANDING PENDANT | 10188451 | BL PNDT SHL DECAL TRDRP ASST | New Sku for Sept Reset |
| 283 | 3099 BEAD LANDING PENDANT | 10188452 | BL PNDT MTL RND BEADED ORG/GLD | New Sku for Sept Reset |
| 284 | 3099 BEAD LANDING PENDANT | 10188453 | BL PNDT MTL ACRYLIC CROWN ASST | New Sku for Sept Reset |
| 285 | 3099 BEAD LANDING PENDANT | 10188454 | BL PNDT MTL KEY WING BLK NIC | New Sku for Sept Reset |
| 286 | 3099 BEAD LANDING PENDANT | 10188455 | BL PNDT BONE BIRD/SUN/OVL BRN | New Sku for Sept Reset |
| 287 | 3099 BEAD LANDING PENDANT | 10188456 | BL PNDT MTL LEAF WREATH GRN | New Sku for Sept Reset |
| 288 | 3099 BEAD LANDING PENDANT | 10188457 | BL PNDT MTL LADYBUG SIL | New Sku for Sept Reset |
| 289 | 3099 BEAD LANDING PENDANT | 10188458 | BL PNDT MTL RND SCROLL LG BLK | New Sku for Sept Reset |
| 290 | 3099 BEAD LANDING PENDANT | 10188459 | BL NECK 22" MTL CHAIN ASST | New Sku for Sept Reset |
| 291 | 3099 BEAD LANDING PENDANT | 10188460 | BL PNDT MTL/GLS FCTD DRP SMK | New Sku for Sept Reset |
| 292 | 3100 BEAD LANDING CHARMS | 10189120 | BL CHRM MTL BIRD ASST | New Sku for Sept Reset |
| 293 | 3100 BEAD LANDING CHARMS | 10189121 | BL CHRM MTL SPIRITUAL ASST | New Sku for Sept Reset |
| 294 | 3100 BEAD LANDING CHARMS | 10189122 | BL CHRM MTL CROSS ASST | New Sku for Sept Reset |
| 295 | 3100 BEAD LANDING CHARMS | 10189123 | BL CHRM MTL KEY ASST | New Sku for Sept Reset |
| 296 | 3100 BEAD LANDING CHARMS | 10189124 | BL CHRM MTL HEART ASST | New Sku for Sept Reset |
| 297 | 3100 BEAD LANDING CHARMS | 10189125 | BL CHRM MTL GIRLY ASST | New Sku for Sept Reset |
| 298 | 3100 BEAD LANDING CHARMS | 10189126 | BL CHRM MTL CAMEO ASST | New Sku for Sept Reset |
| 299 | 3100 BEAD LANDING CHARMS | 10189127 | BL CHRM MTL SEA LIFE ASST | New Sku for Sept Reset |
| 300 | 3100 BEAD LANDING CHARMS | 10189128 | BL CHRM MTL SEA SHELL ASST | New Sku for Sept Reset |
| 301 | 3100 BEAD LANDING CHARMS | 10189129 | BL CHRM MTL WORD ASST | New Sku for Sept Reset |
| 302 | 3100 BEAD LANDING CHARMS | 10189130 | BL PNDT MTL AFF CIR WRD ASST | New Sku for Sept Reset |
| 303 | 3100 BEAD LANDING CHARMS | 10189131 | BL CHRM MTL TRAVEL ASST | New Sku for Sept Reset |
| 304 | 3100 BEAD LANDING CHARMS | 10189132 | BL CHRM MTL ELEPHANT ASST | New Sku for Sept Reset |
| 305 | 3100 BEAD LANDING CHARMS | 10189133 | BL CHRM MTL WING ASST | New Sku for Sept Reset |
| 306 | 3100 BEAD LANDING CHARMS | 10189134 | BL CHRM MTL LCKT HRT ASST | New Sku for Sept Reset |
| 307 | 3100 BEAD LANDING CHARMS | 10189135 | BL CHRM MTL LOCKET ASST | New Sku for Sept Reset |
| 308 | 3100 BEAD LANDING CHARMS | 10189136 | BL PNDT MTL LEAF ASST | New Sku for Sept Reset |
| 309 | 3100 BEAD LANDING CHARMS | 10189884 | BL CHRM MTL ANIMALS ASST | New Sku for Sept Reset |
| 310 | 3100 BEAD LANDING CHARMS | 10189885 | BL CHRM MTL HEARTS ASST | New Sku for Sept Reset |
| 311 | 3100 BEAD LANDING CHARMS | 10189887 | BL CHRM MTL VARIETY ASST | New Sku for Sept Reset |
| 312 | 3100 BEAD LANDING CHARMS | 10189888 | BL CHRM MTL SEWING SIL | New Sku for Sept Reset |
| 313 | 3100 BEAD LANDING CHARMS | 10189889 | BL CHRM MTL LONDON ANS | New Sku for Sept Reset |
| 314 | 3100 BEAD LANDING CHARMS | 10189890 | BL CHRM MTL COIN OXB | New Sku for Sept Reset |
| 315 | 3100 BEAD LANDING CHARMS | 10189891 | BL CHRM MTL MUSIC SIL | New Sku for Sept Reset |
| 316 | 3100 BEAD LANDING CHARMS | 10189892 | BL CHRM MTL PIRATE SIL | New Sku for Sept Reset |
| 317 | 3100 BEAD LANDING CHARMS | 10189893 | BL PNDT MTL BUGS ANS | New Sku for Sept Reset |
| 318 | 3100 BEAD LANDING CHARMS | 10189894 | BL CHRM MTL BUTTERFLY SIL | New Sku for Sept Reset |
| 319 | 3100 BEAD LANDING CHARMS | 10189895 | BL CHRM MTL BUGS SIL | New Sku for Sept Reset |
| 320 | 3100 BEAD LANDING CHARMS | 10189896 | BL PNDT MTL PEACE SIGN ANS | New Sku for Sept Reset |
| 321 | 3100 BEAD LANDING CHARMS | 10189897 | BL CNTR MTL DRAGONFLY SIL | New Sku for Sept Reset |
| 322 | 3100 BEAD LANDING CHARMS | 10189898 | BL CHRM MTL RAVEN BLK | New Sku for Sept Reset |
| 323 | 3100 BEAD LANDING CHARMS | 10189899 | BL PNDT MTL FLGR CAMEO BLK NIC | New Sku for Sept Reset |
| 324 | 3100 BEAD LANDING CHARMS | 10189900 | BL CHRM STN SP SQ/RND ASST | New Sku for Sept Reset |
| 325 | 3100 BEAD LANDING CHARMS | 10189901 | BL CHRM MTL BALL RND ASST | New Sku for Sept Reset |
| 326 | 3100 BEAD LANDING CHARMS | 10189902 | BL PNDT MTL/ENML LONG LEAF GRN | New Sku for Sept Reset |
| 327 | 3100 BEAD LANDING CHARMS | 10189903 | BL CHRM MTL LEAF FLGR OXS | New Sku for Sept Reset |
| 328 | 3100 BEAD LANDING CHARMS | 10189904 | BL DANGLE MTL DROPS OXG | New Sku for Sept Reset |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1900 Avenue of the Stars, Seventh Floor, Los Angeles, California  90067-4308

A true and correct copy of the foregoing document described as ***Supplemental Declaration of Christopher M. McLain in Support of Debtor's Motion for Order Authorizing: (A) Sale of Certain Assets of the Estate, Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Related Relief, with proof of service*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***May 23, 2011***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Alexis M McGinness     amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
- David M Poitras     dpoitras@jmbm.com
- Daniel H Reiss     dhr@lnbyb.com
- S Margaux Ross     margaux.ross@usdoj.gov
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***May 23, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
*Served By Overnight Mail*:

Hon. Geraldine Mund, United States Bankruptcy Court; 21041 Burbank Boulevard, Suite 342, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***May 23, 2011,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| May 23, 2011 | Claudean Brandon | *[signature]* |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                  **F 9013-3.1.PROOF.SERVICE**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**

**SERVE BY EMAIL**

Agent for Bridge Lenders
Ron Cooper
11222 Brooks Road
Windsor, CA 95492
Email: ron.cooper@creativityinc.com

Attorneys For Acquisition Corp.
Paul Hastings Janofsky & Walker LLP
Amit Mehta
191 North Wacker Drive, 30th Fl
Chicago, IL 60606
Email: amitmehta@paulhastings.com

Attorneys For Acquisition Corp.
Paul Hastings Janofsky & Walker LLP
Jennifer B. Hildebrandt
515 South Flower St, 25th Fl
Los Angeles, CA 90071
Email: jenniferhildebrandt@paulhastings.com

Attorneys For Newstar Business Cred
Hunton & Williams LLP
Gregory G. Hesse
1445 Ross Avenue, Ste 3700
Dallas, TX 75202
Email: ghesse@hunton.com

Margaux S. Ross
Office of the United States Trustee
21051 Warner Center Lane, Ste 115
Woodland Hills CA 91367
Email: margaux.ross@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**