DAVID M. POITRAS P.C. (CA Bar No. 141309)
ALEXIS M. McGINNESS (CA Bar No. 241449)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone:  (310) 203-8080
Facsimile:  (310) 712-8571
Email:  dpoitras@jmbm.com

Counsel for Westrim, Inc.,
Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>WESTRIM, INC. dba WESTRIM CRAFTS, a Delaware corporation.<br><br>            Debtor. | CASE NO.   1:11-bk-15313-GM<br><br>Chapter 11<br><br>**NOTICE OF ERRATA TO EXHIBIT A TO SUPPLEMENTAL DECLARATION OF RONALD B. COOPER IN SUPPORT OF DEBTOR'S MOTION FOR ORDER AUTHORIZING: (A) SALE OF CERTAIN ASSETS OF THE ESTATE, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) RELATED RELIEF**<br><br>**Hearing:**<br><br>Date:  May 25, 2011<br>Time:  10:30 a.m.<br>Ctrm:  Ctrm. 303<br>       21041 Burbank Blvd.<br>       Woodland Hills, CA 91367<br><br>Judge:  Hon. Geraldine Mund |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Debtor's Supplemental Declaration of Ronald B. Cooper in Support of Debtor's Motion for Order Authorizing: (A) Sale of Certain Assets of the Estate, Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Related Relief (the "Cooper Declaration") filed herein on May 23, 2011 as Docket No. 44, inadvertently excluded the Exhibit A setting forth a matrix of the potential Earn Out (as defined in the Cooper Declaration). The inadvertently excluded Exhibit A is attached hereto.

DATED: May 26, 2011    JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ Alexis M. McGinness
    Alexis M. McGinness
Attorneys for Debtor and Debtor-in-Possession
Westrim Inc. dba Westrim Crafts

# EXHIBIT A

Case 1:11-bk-15313-GM    Doc 50    Filed 05/26/11    Entered 05/26/11 12:56:19    Desc
Main Document    Page 3 of 6

EXHIBIT A

Potential Flow of the Earn-out

| Sales (2011+12) | Net Product Margin | % | Earn-out |
|---|---|---|---|
| Up to $55MM | Up to $22MM | 0% | $0 |
| $55MM to $60MM | $22MM to $24MM | 75% | Up to $1.5MM |
| $60MM to $65MM | $24MM to $26MM | 150% | Up to $4.5MM |
| $65MM to $75MM | $26MM to $30MM | 175% | Up to $11.5MM |
| Above $75MM | $30MM + | 125% | $11.5MM+1.25x amt |

Notes:
1. Sales are gross sales of BMB product for the years 2011 and 2012 combined.
2. Net Product Margin is sales less sales discounts and allowances less product cost, and averages about 40% of gross sales.
3. Gross sales of BMB product for 2009 were $39MM, and reduced to $23MM in 2010. Budget for 2011 + 2012 gross sales was $72MM, but more realistic projection at this point is $60 – 65MM, putting the earn-out between $1.5MM and $4.5MM.

7818929v1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***Notice of Errata to Exhibit A to Supplemental Declaration of Ronald B. Cooper In Support of Debtor's Motion For Order Authorizing: (A) Sale of Certain Assets of the Estate, Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Related Relief*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***May 26, 2011,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On ***May 26, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Served By Overnight Mail*:
Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 26, 2011 | Claudean Brandon | *[signature]* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION**

**I. TO BE SERVED BY THE COURT VIA NEF:**

- John H Dolan     jdolan@hunton.com
- Alexis M McGinness     amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
- David M Poitras     dpoitras@jmbm.com
- Daniel H Reiss     dhr@lnbyb.com
- S Margaux Ross     margaux.ross@usdoj.gov
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

PRINTED ON RECYCLED PAPER
7818927v1

*August 2010*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**