United States Bankruptcy Court
**Central District of California, San Fernando Division**

IN RE:                                                      Case No. <u>1:11-bk-15313-GM</u>

<u>WESTRIM, INC. dba WESTRIM CRAFTS</u>                        Chapter <u>11</u>
<span style="padding-left:6em">Debtor(s)</span>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 8,753,027.09 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 6,552,845.29 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 19 | | $ 468,594.68 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | $ 9,457,954.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 54 | $ 8,753,027.09 | $ 16,479,394.68 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:                                                    Case No. 1:11-bk-15313-GM

WESTRIM INC. DBA WESTRIM CRAFTS

## GENERAL NOTE TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Westrim, Inc. dba Westrim Crafts ("Debtor") submits its Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Schedules" and "SOFAs") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.

The Schedules and SOFAs have been prepared by the Debtor's management and are unaudited. While management of the Debtor has made every effort to ensure the Schedules and SOFAs are accurate and complete based on the information that was available at the time of preparation, the subsequent receipt of information may result in material changes in data contained in the Schedules and SOFAs which would warrant amendment of same. Additionally, while every effort has been made to file complete and accurate Schedules and SOFAs, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend its Schedules and SOFAs as necessary or appropriate and expects it will do so as additional information becomes available. Except as noted, the assets and liabilities data contained in the Schedules and SOFAs are as of April 29, 2011, the date the Debtor commenced its Chapter 11 case (the "Commencement Date").

Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims, or defenses to, any claim reflected on its Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated".

The dollar amounts of claims listed may be exclusive of contingent or unliquidated amounts.

The claims of individual creditors for, among other things, merchandise, goods, services or taxes are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits or allowances.

By inclusion of certain contracts and leases in Schedule G - Executory Contracts and Unexpired Leases, the Debtor does not concede that such contract and/or lease is "executory".

7835683v1

B6A (Official Form 6A) (12/07)

IN RE **WESTRIM, INC. dba WESTRIM CRAFTS**                   Case No. **1:11-bk-15313-GM**
Debtor(s)                                                          (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                                Case No. __1:11-bk-15313-GM__
         Debtor(s)                                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Petty cash. | | 21.37 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | General account # 9314   $11,350.53<br>Deposit account # 9322   $87,881.11<br>Accounts Payable account # 4012 $0<br>Payroll Account Manual # 4055 $0 | | 99,381.64 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | AMB Property (Van Nuys Lease Deposit) - $182,863.74<br>Springdale, Ark. Water Co (Water Utility) - $150<br>Charter Freeport Ptnrs (Texas Lease Deposit) 0 $2091.92<br>Southwestern Electric Power (Springdale, Ark. Electric Utility) - $1,124.36<br>WC LC-Alt RE - 19,660.00<br>Everest National Insurance (Workers Comp) - $11,305.11<br>Ohio Bureau of WC - 36.00 | | 217,231.13 |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                           Case No. 1:11-bk-15313-GM
_____                              _____
                  Debtor(s)                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Creativity Inc. - 1000 shares | | 1,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable, including a/r for Fire Mountain, Excess International and MDM at $221,583.17 | | 2,436,042.95 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2009 CA State Tax Overpayment: $1,800.00 2009 GA State Tax Overpayment: $300.00 2009 NC State Tax Overpayment: $420.00 2009 IL State Tax Overpayment: $6,244.00 | | 8,764.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of he debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Patents; Designs, Trade names, Trade marks [Book Value] | | 300,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Goodwill, trade names; see Intellectual Property. | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Ford F150 Super Cab Pickup VIN #1FTDX17WXVNC46982 | | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment, including copiers, computers, software [Book Value] | | 169,980.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>WESTRIM, INC. dba WESTRIM CRAFTS</u>                                Case No. <u>1:11-bk-15313-GM</u>
                              Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Fork lifts, design machinery, and other warehouse equipment and supplies [Book Value].** | | 176,310.00 |
| 30. Inventory. | | **Prime beads to be sold to customers or licensee - $3,626,466 [Book Value];** **Residual inventory - $1,717,330 [Book Value]** | | 5,343,796.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | TOTAL | 8,753,027.09 |
|---|---|---|

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

<u>   0   </u> continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                          Case No. 1:11-bk-15313-GM
_____                    _____
                    Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                    Case No. 1:11-bk-15313-GM
                    Debtor(s)                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bridge Lenders**<br>c/o Ron Cooper<br>11222 Brooks Road<br>Windsor, CA 95492 | X | | **Loan dated 6/8/2010**<br><br><br><br>VALUE $ 8,526,031.96 | | | | 1,076,832.59 | |
| ACCOUNT NO.<br><br>**Newstar Business Credit**<br>c/o Greg Hesse Hunton & Williams LLP<br>1445 Ross Avenue, Ste 3700<br>Dallas, TX 75202 | X | | **Loan and Security Agreement dated September 3, 2008**<br><br><br>VALUE $ 8,526,031.96 | | | | 5,476,012.70 | |
| ACCOUNT NO.<br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br><br>VALUE $ | | | | | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal<br>(Total of this page) | $ 6,552,845.29 | $ |
| | Total<br>(Use only on last page) | $ 6,552,845.29 | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                              Case No. __1:11-bk-15313-GM__
_____                                 _____
            Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___**18** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE <u>WESTRIM, INC. dba WESTRIM CRAFTS</u>                                           Case No. <u>1:11-bk-15313-GM</u>
　　　　　　　　　　　　Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>**Wages, salaries, and commissions**</u>

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Aparicio, Mirian C.<br>7457 Milwood Avenue<br>Canoga Park, CA  91303 | | | Wages and Earned DTO. | | | | 2,089.13 | 2,089.13 | |
| ACCOUNT NO.<br>Ayala, Arcelia<br>21020 Covello Street<br>Canoga Park, CA  91303 | | | Wages and Earned DTO. | | | | 2,861.46 | 2,861.46 | |
| ACCOUNT NO.<br>Bastajian, Viken<br>16943 Schoolcraft<br>Van Nuys, CA  91406 | | | Wages and Earned DTO | | | | 2,586.95 | 2,586.95 | |
| ACCOUNT NO.<br>Benkoe, Marlene<br>5305 D. White Oak Avenue<br>Encino, CA  91316 | | | Wages and Earned DTO | | | | 9,961.03 | 9,961.03 | |
| ACCOUNT NO.<br>Castellanos, Danny E.<br>11587 Welk Avenue<br>Pacoima, CA  91331 | | | Wages and earned DTO. | | | | 1,166.09 | 1,166.09 | |
| ACCOUNT NO.<br>Cervantes Oregel, Juan M.<br>8801 Willis Ave #F1<br>Panorama City, CA  91402 | | | Wages and Earned DTO | | | | 2,296.83 | 2,296.83 | |

Sheet no. __1__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **20,961.49**   $ **20,961.49**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $     $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **WESTRIM, INC. dba WESTRIM CRAFTS**                    Case No. **1:11-bk-15313-GM**
_____
Debtor(s)                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Chiu, Elaine Wai Yan<br>2 Cricklewood Path<br>Pasadena, CA 91107 | | | Wages and Earned DTO | | | | 6,629.86 | 6,629.86 | |
| ACCOUNT NO.<br>Contreras, Maria Dolores<br>9445 Sandusky Avenue<br>Arleta, CA 91331 | | | Wages and Earned DTO | | | | 3,962.08 | 3,962.08 | |
| ACCOUNT NO.<br>Contreras, Xiomara Consepci<br>8007 Variel Avenue<br>Canoga Park, CA 91304 | | | Wages and earmed DTO. | | | | 2,644.87 | 2,644.87 | |
| ACCOUNT NO.<br>Cooper, Ronald<br>11220 Brooks Road<br>Windsor, CA 95492 | | | Wages (4/18 - 4/30/11) | | | | 8,307.70 | 8,307.70 | |
| ACCOUNT NO.<br>Corpeno, Miriam Licet Barillas<br>7261 Amigo Ave #6<br>Reseda, CA 91335 | | | Wages and Earned DTO | | | | 1,353.91 | 1,353.91 | |
| ACCOUNT NO.<br>Cossia, Carolina<br>5385 Birchcroft Street #179<br>Simi Valley, CA 93063 | | | Wages and Earned DTO | | | | 7,556.38 | 7,556.38 | |

Sheet no. **2** of **18** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **30,454.80** $ **30,454.80** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE <u>WESTRIM, INC. dba WESTRIM CRAFTS</u>                    Case No. <u>1:11-bk-15313-GM</u>
         Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Dougan-Schoegje, Susan <br> 6640 De Celis Place <br> Lake Balboa, CA 91406 | | | Wages and Earned DTO | | | | 2,294.13 | 2,294.13 | |
| ACCOUNT NO. <br> Doukas, Michael <br> 1886 Bishop Lane #4 <br> Simi Valley, CA 93063 | | | Wages and earned DTO. | | | | 7,798.23 | 7,798.23 | |
| ACCOUNT NO. <br> Esparza, Martin <br> 7824 Bothwell Road <br> Reseda, CA 91335 | | | Wages and Earned DTO | | | | 4,037.61 | 4,037.61 | |
| ACCOUNT NO. <br> Espinoza, Maria Deisely <br> 8527 Lehigh Avenue <br> Sun Valley, CA 91352 | | | Wages and earned DTO. | | | | 1,337.12 | 1,337.12 | |
| ACCOUNT NO. <br> Flores, Doris Alicia <br> 12880 Crowley Street <br> Arleta, CA 91331 | | | Wages and earned DTO. | | | | 1,527.89 | 1,527.89 | |
| ACCOUNT NO. <br> Gelfand, Barbara <br> 3471 Shernoll Place <br> Sherman Oaks, CA 91403 | | | Wages and earned DTO. | | | | 8,394.89 | 8,394.89 | |

Sheet no. __3__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ 25,389.87 | $ 25,389.87 | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                    Case No. 1:11-bk-15313-GM
_____                    _____
            Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>George, Binu<br>11730 Sunset Blvd., #123<br>Los Angeles, CA 90049 | | | Wages and earned DTO. | | | | 4,612.48 | 4,612.48 | |
| ACCOUNT NO.<br>Gomez, Arnulfo<br>619 S Brand Blvd<br>San Fernando, CA 91340 | | | Wages and Earned DTO | | | | 2,282.74 | 2,282.74 | |
| ACCOUNT NO.<br>Gonzalez, Maria Ester<br>15202 Burton Street<br>Panorama City, CA 91402 | | | Wages and earned DTO. | | | | 1,165.41 | 1,165.41 | |
| ACCOUNT NO.<br>Hagan, Araba<br>326 North Avenue 64 Apt B<br>Los Angeles, CA 90042 | | | Wages and Earned DTO | | | | 2,677.87 | 2,677.87 | |
| ACCOUNT NO.<br>Huerta, Yolanda<br>14634 Blythe St #4<br>Panorama City, CA 91402 | | | Wages and Earned DTO | | | | 1,297.14 | 1,297.14 | |
| ACCOUNT NO.<br>Jimenez De Ibarra, Araceli<br>7224 Independence Ave #1<br>Canoga Park, CA 91303 | | | Wages and Earned DTO | | | | 1,357.67 | 1,357.67 | |

Sheet no. __4__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 13,393.31 | $ 13,393.31 | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                 Case No. **1:11-bk-15313-GM**
                          Debtor(s)                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Joya, Rigoberto<br>11077 Elm Street<br>Lynwood, CA 90262 | | | Wages and Earned DTO | | | | 2,038.16 | 2,038.16 | |
| ACCOUNT NO.<br>Lahman, Sheri<br>15719 Rocky Court<br>Santa Clarita, CA 91387 | | | Wages and earned DTO. | | | | 6,412.94 | 6,412.94 | |
| ACCOUNT NO.<br>Lallemand, Lisa<br>2742 E Hyland Park<br>Fayetteville, AR 72701 | | | Wages and Earned DTO | | | | 13,463.66 | 11,725.00 | 1,738.66 |
| ACCOUNT NO.<br>Lee, Carra<br>2079 Rebecca Street<br>Simi Valley, CA 93063 | | | Severance (Amounts remaining due for 4/30 - 6/27/11) | | | | 20,601.40 | 11,725.00 | 8,876.40 |
| ACCOUNT NO.<br>Lopez, Maria Del Rosario<br>15916 Vanowen Street #210<br>Van Nuys, CA 91406 | | | Wages and Earned DTO | | | | 1,016.53 | 1,016.53 | |
| ACCOUNT NO.<br>Lopez, Sydney W.<br>12631 Vanowen Street #6<br>North Hollywood, CA 91605 | | | Wages and Earned DTO | | | | 2,556.21 | 2,556.21 | |

Sheet no. __5__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ 46,088.90  | $ 35,473.84 | $ 10,615.06

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ | $

*© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

B6E (Official Form 6E) (04/10) (cont.)

IN RE WESTRIM, INC. dba WESTRIM CRAFTS _____     Case No. __1:11-bk-15313-GM__
                          Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Lorenzo, Daisy 18553 Willard Street Reseda, CA 91335 | | | Wages | | | | 1,118.40 | 1,118.40 | |
| ACCOUNT NO.  Marcone, Joanne C. 6949 Halbrent Avenue Van Nuys, CA 91405 | | | Wages and Earned DTO | | | | 3,017.77 | 3,017.77 | |
| ACCOUNT NO.  Menor, Stephanie 13945 Fenton Avenue Sylmar, CA 91342 | | | Wages and Earned DTO | | | | 4,443.57 | 4,443.57 | |
| ACCOUNT NO.  Miller, Rowena 10227 Tujunga Cyn Bl Tujunga, CA 91042 | | | Wages and Earned DTO | | | | 3,944.49 | 3,944.49 | |
| ACCOUNT NO.  Molina, Monica 27361 Sierra Highway Space 123 Canyon Country, CA 91351 | | | Wages and Earned DTO | | | | 1,403.24 | 1,403.24 | |
| ACCOUNT NO.  Mulholland, James 29329 Hacienda Ranch Valencia, CA 91354 | | | Wages and Earned DTO | | | | 5,169.81 | 5,169.81 | |

Sheet no. __6__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ __19,097.28__  $ __19,097.28__  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE <u>WESTRIM, INC. dba WESTRIM CRAFTS</u>
Debtor(s)

Case No. <u>1:11-bk-15313-GM</u>
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Nash, Mary Jane<br>3749 Citronella Street<br>Simi Valley, CA  93063 | | | Wages and Earned DTO | | | | 16,579.63 | 11,725.00 | 4,854.63 |
| ACCOUNT NO.<br>Phillips, Tracey<br>27602 Primrose Lane<br>Castaic, CA  91384 | | | Wages and Earned DTO | | | | 2,239.34 | 2,239.34 | |
| ACCOUNT NO.<br>Piedra, Blanca L.<br>2450 Naomi Street #A<br>Burbank, CA  91504 | | | Wages and Earned DTO | | | | 2,200.68 | 2,200.68 | |
| ACCOUNT NO.<br>Poole, Jeff Lynn<br>2791 N. Ringwood Street<br>Simi Valley, CA  93063 | | | Wages and Earned DTO | | | | 10,634.43 | 10,634.43 | |
| ACCOUNT NO.<br>Rangel, Patricia V.<br>17927 Burton Street<br>Reseda, CA  91335 | | | Wages and Earned DTO | | | | 7,096.10 | 7,096.10 | |
| ACCOUNT NO.<br>Sahagun, Silvia H.<br>10001 Langdon Avenue<br>Mission Hills, CA  91345 | | | Wages and Earned DTO | | | | 5,255.70 | 5,255.70 | |

Sheet no. __7__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ 44,005.88 | $ 39,151.25 | $ 4,854.63

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS    Case No. 1:11-bk-15313-GM
_____                    _____
Debtor(s)                                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sanchez, Ma Rosario<br>21031 Parthenia Street #344<br>Canoga Park, CA 91304 | | | Wages and Earned DTO | | | | 4,340.35 | 4,340.35 | |
| ACCOUNT NO.<br>Saucedo Aparicio, Luis<br>8525 DeSoto #5<br>Canoga Park, CA 91304 | | | Wages and earned DTO. | | | | 2,874.29 | 2,874.29 | |
| ACCOUNT NO.<br>Serian, Diana<br>29259 N. Las Brisas<br>Valencia, CA 91354 | | | Wages and Earned DTO | | | | 5,172.59 | 5,172.59 | |
| ACCOUNT NO.<br>Shahriyarpour, Farkhondeh<br>17443 Septo Street<br>Northridge, CA 91325 | | | Wages and Earned DTO | | | | 1,475.49 | 1,475.49 | |
| ACCOUNT NO.<br>Solis, Sherwin<br>7021 Jordan Ave #14<br>Canoga Park, CA 91303 | | | Wages and Earned DTO | | | | 918.60 | 918.60 | |
| ACCOUNT NO.<br>Sosa, Leonel<br>1908 Lucas Street #2<br>San Fernando, CA 91340 | | | Wages and Earned DTO | | | | 4,349.60 | 4,349.60 | |

Sheet no. __8__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ 19,130.92  $ 19,130.92  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $          $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                Case No. 1:11-bk-15313-GM
_____                         _____
                    Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Takano, Miti<br>119 N. Electric Ave Apt. G<br>Alhambra, CA  91801 | | | Wages and Earned DTO | | | | 5,451.95 | 5,451.95 | |
| ACCOUNT NO.<br>Torres, Manuela C.<br>926 Lucas Street<br>San Fernando, CA  91340 | | | Wages and Earned DTO | | | | 972.95 | 972.95 | |
| ACCOUNT NO.<br>Uy, Edgard Navarrete<br>20224 Londelius Street<br>Winnetka, CA  91306 | | | Wages and Earned DTO | | | | 36,720.16 | 11,725.00 | 24,995.16 |
| ACCOUNT NO.<br>Valencia, Alberto<br>10026 Bevis Avenue<br>Mission Hills, CA  91345 | | | Wages and Earned DTO | | | | 7,192.87 | 7,192.87 | |
| ACCOUNT NO.<br>Valencia, Olga Marina<br>10026 Bevis Avenue<br>Mission Hills, CA  91345 | | | Wages and Earned DTO. | | | | 5,212.42 | 5,212.42 | |
| ACCOUNT NO.<br>Vaught, Colleen Leslie<br>6552 Franrivers Ave<br>West Hills, CA  91307 | | | Wages and Earned DTO | | | | 4,590.24 | 4,590.24 | |

Sheet no. __9__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ 60,140.59 | $ 35,145.43 | $ 24,995.16

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   | $ | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **WESTRIM, INC. dba WESTRIM CRAFTS**

Debtor(s)

Case No. **1:11-bk-15313-GM**

(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Venturo, Elga D.<br>25015 Peachland Ave Unit #141<br>Newhall, CA 91321 | | | Wages and Earned DTO | | | | 7,414.55 | 7,414.55 | |
| ACCOUNT NO.<br>Vergara, Rosa<br>21721 Roscoe Blvd #38<br>Canoga Park, CA 91304 | | | Wages and Earned DTO | | | | 2,243.71 | 2,243.71 | |
| ACCOUNT NO.<br>Villa, Maria D.<br>8451 Stansbury Ave<br>Panorama City, CA 91402 | | | Wages and Earned DTO | | | | 2,812.98 | 2,812.98 | |
| ACCOUNT NO.<br>Villanueva, Salvador<br>12000 Foothill Blvd #110<br>Lake View Terrace, CA 91342 | | | Wages and Earned DTO | | | | 785.80 | 785.80 | |
| ACCOUNT NO.<br>Vivanco, Maria D.<br>20600 Romar Street<br>Chatsworth, CA 91311 | | | Wages and Earned DTO | | | | 2,281.60 | 2,281.60 | |
| ACCOUNT NO.<br>Walker, Alma<br>522 W. 127th Street #211<br>Los Angeles, CA 90044 | | | Wages and Earned DTO | | | | 847.82 | 847.82 | |

Sheet no. __10__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ 16,386.46 | $ 16,386.46 | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                              Case No. 1:11-bk-15313-GM
_____
            Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Walker, Vivian<br>80 Sequoia Drive<br>Pasadena, CA 91105 | | | Wages and Earned DTO | | | | 9,347.03 | 9,347.03 | |
| ACCOUNT NO.<br>Whitteker, Kezia<br>730 East 150 South<br>Hyde Park, UT 84318 | | | Wages. | | | | 846.16 | 846.16 | |
| ACCOUNT NO.<br>Williamson, Michele<br>11253 Garden Grove<br>Northridge, CA 91326 | | | Wages and earned DTO. | | | | 12,275.65 | 11,725.00 | 550.65 |
| ACCOUNT NO.<br>Woods, Joshua Paul<br>14913 Hubbard Street<br>Sylmar, CA 91347 | | | Wages and earned DTO. | | | | 1,121.63 | 1,121.63 | |
| ACCOUNT NO.<br>Worley, Bruce A.<br>13691 Gavina Avenue #470<br>Sylmar, CA 91342 | | | Wages and Earned DTO | | | | 9,077.53 | 9,077.53 | |
| ACCOUNT NO.<br>Zeledon, Maritza Beatriz<br>7342 Capps Avenue<br>Reseda, CA 91335 | | | Wages and Earned DTO | | | | 4,021.38 | 4,021.38 | |

Sheet no. __11__ of __18__ continuation sheets attached to                    Subtotal        $ 36,689.38 | $ 36,138.73 | $ 550.65
Schedule of Creditors Holding Unsecured Priority Claims          (Totals of this page)

                                                                                              Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

                                                                                              Total
(Use only on last page of the completed Schedule E. If applicable,                                          $            $
report also on the Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                    Case No. 1:11-bk-15313-GM
_____                                          _____
                    Debtor(s)                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Zuniga, Teresa**<br>**12301 San Fernando #302**<br>**Sylmar, CA  91342** | | | **Wages and Earned DTO.** | | | | 2,061.13 | 2,061.13 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __12__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **2,061.13** | $ **2,061.13** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                    Case No. 1:11-bk-15313-GM
_____                         _____
                Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bankruptcy PIT MS A340**<br>**Franchise Tax Board**<br>**PO Box 2952**<br>**Sacramento, CA  95812-2952** | | | Notice Only | | | | 0.00 | | |
| ACCOUNT NO.<br>**Canada Customs & Revenue`**<br>**275 Pope Rd #103**<br>**Summerside, PE  1N 6A2** | | | Customs (April 2011) | | | | 0.00 | | |
| ACCOUNT NO. 86275 2060 RT0001<br>**Canadian Revenue Agency**<br>**275 Pope Road  Suite 103**<br>**Summerside, PE CANADA,    C1N 6A2** | | | Customs (January - March 2011) | | | | 2,195.00 | 2,195.00 | |
| ACCOUNT NO.<br>**City Clerk's Tax And Permits**<br>**111 N Hope St**<br>**Los Angeles, CA  90012-2607** | | | Notice Only | | | | 0.00 | | |
| ACCOUNT NO. 35-954890701F-001<br>**Commonwealth of Virginia**<br>**Compliance Section, Collection Unit**<br>**PO Box 26663**<br>**Richmond, VA  23261-6663** | | | January 2010 - April 2011 | | | | 0.00 | | |
| ACCOUNT NO.<br>**Department Of Benefit Payments**<br>**Collection Section**<br>**800 Capitol Mall**<br>**Sacramento, CA  95814** | | | Notice Only | | | | 0.00 | | |

Sheet no. __13__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 2,195.00 | $ 2,195.00 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                                   Case No. 1:11-bk-15313-GM
_____                                                _____
Debtor(s)                                                                               (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Employment Development Department**<br>**Bankruptcy Group MIC 92E**<br>**PO Box 826880**<br>**Sacramento, CA  94280-0001** | | | **Notice Only** | | | | 0.00 | | |
| ACCOUNT NO. **CORP 2119069**<br>**Franchise Tax Board**<br>**PO Box 942867**<br>**Sacramento, CA  94267-0001** | | | **Notice Only** | | | | 0.00 | | |
| ACCOUNT NO. **CORP 2119069**<br>**Franchise Tax Board**<br>**PO Box 942857**<br>**Sacramento, CA  94257-0511** | | | **Audit Year End 2006** | | | | 122,502.00 | 122,502.00 | |
| ACCOUNT NO.<br>**Government Of The District Of Columbia** | | | **January 2010 - April 2011** | | | | 0.00 | | |
| ACCOUNT NO.<br>**Internal Revenue Service (PA)**<br>**PO Box 7346**<br>**Philadelphia, PA  19101-7346** | | | **Notice Only** | | | | 0.00 | | |
| ACCOUNT NO.<br>**Internal Revenue Service (Spcl Proc)**<br>**Spcl Proc Collection Division**<br>**Rm 4062 - Federal Bldg (Stop 5022)**<br>**Los Angeles, CA  90012** | | | **Notice Only** | | | | 0.00 | | |

Sheet no. __14__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 122,502.00 | $ 122,502.00 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                    Case No. 1:11-bk-15313-GM
_____                                  _____
                Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Los Angeles County Tax Collector** <br> **PO Box 514818** <br> **Los Angeles, CA  90051-4818** | | | **Notice Only** | | | | 0.00 | | |
| ACCOUNT NO. <br> **Securities Exchange Commission** <br> **5670 Wilshire Boulevard, 11th Floor** <br> **Los Angeles, CA  90036** | | | **Notice Only** | | | | 0.00 | | |
| ACCOUNT NO. SR AC 097-965312 <br> **State Board Of Equalization** <br> **PO Box 942879** <br> **Sacramento, CA  94279-7072** | | | **January 2007 - December 2010 (Audit)** | | | | 6,440.00 | 6,440.00 | |
| ACCOUNT NO. <br> **State Board Of Equalization** <br> **Supervisor Of Collection** <br> **PO Box 942879** <br> **Sacramento, CA  95808** | | | **Envirnmental Fee** | | | | 983.00 | 983.00 | |
| ACCOUNT NO. SR AC 097-965312 <br> **State Board Of Equalization** <br> **Supervisor Of Collection** <br> **PO Box 942879** <br> **Sacramento, CA  95808** | | | **January - March 2011** | | | | 0.00 | | |
| ACCOUNT NO. SR AC 097-965312 <br> **State Board Of Equalization** <br> **Supervisor Of Collection** <br> **PO Box 942879** <br> **Sacramento, CA  95808** | | | **Notice Only** | | | | 0.00 | | |

Sheet no. __15__ of __18__ continuation sheets attached to                        Subtotal        $ 7,423.00 | $ 7,423.00 | $
Schedule of Creditors Holding Unsecured Priority Claims        (Totals of this page)

                                                                                        Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

                                                                                        Total
(Use only on last page of the completed Schedule E. If applicable,                                          $              $
report also on the Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont

IN RE WESTRIM, INC. dba WESTRIM CRAFTS          Case No. **1:11-bk-15313-GM**
_____
    Debtor(s)                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. SR AC 097-965312<br>**State Board Of Equalization**<br>**Supervisor Of Collection**<br>**PO Box 942879**<br>**Sacramento, CA  95808** | | | April 2011 | | | | 0.00 | | |
| ACCOUNT NO. 1640<br>**State Board Of Equalization**<br>**PO Box 942879**<br>**Sacramento, CA  94279-7072** | | | | | | | 983.00 | 983.00 | |
| ACCOUNT NO. 423920<br>**State Of Arkansas**<br>**Dept. Of Finance & Administration**<br>**PO Box 919**<br>**Little Rock, AR  72203-0919** | | | January 2010 - April 2011 | | | | 0.00 | | |
| ACCOUNT NO. 2930714<br>**State Of Delaware**<br>**Division Of Corporations**<br>**PO Box 11728**<br>**Neward, NJ  07101-4728** | | | | | | | 0.00 | | |
| ACCOUNT NO. 2143730-JK/95-4890701<br>**State Of Georgia**<br>**Dept. Of Revenue Processing**<br>**PO Box 740317**<br>**Atlanta, GA  30374-0317** | | | January 2010 - April 2011 | | | | 0.00 | | |
| ACCOUNT NO. IBT#322506442<br>**State Of Illinois**<br>**Illinois Dept. Of Revenue**<br>**PO Box 19045**<br>**Springfield, IL  62794-9045** | | | January 2010 - April 2011 | | | | 0.00 | | |

Sheet no. __16__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ 983.00 | $ 983.00 | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                              Case No. 1:11-bk-15313-GM
                    Debtor(s)                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Fed ID #526002033<br><br>**State Of Maryland**<br>**320 East Towsontown Blvd.**<br>**Baltimore, MD  21286-5318** | | | **January 2010 - April 2011** | | | | 0.00 | | |
| ACCOUNT NO. 95-4890701<br><br>**State Of Michigan**<br>**Dept. Of Treasury**<br>**PO Box 30059**<br>**Lansing, MI  48909** | | | **January 2010 - April 2011** | | | | 0.00 | | |
| ACCOUNT NO. 19236352<br><br>**State of Missouri**<br>**Director Of Revenue**<br>**PO Box 3365**<br>**Jefferson City, MO  65105-3365** | | | **January 2010 - April 2011** | | | | 0.00 | | |
| ACCOUNT NO. 1008467529<br><br>**State Of Nevada**<br>**PO Box 52674**<br>**Phoenix, AZ  85072-2674** | | | **January 2010 - April 2011** | | | | 0.00 | | |
| ACCOUNT NO. 954-890-701/000<br><br>**State Of New Jersey**<br>**PO Box 257**<br>**Trenton, NJ  08646-0257** | | | **January 2010 - April 2011** | | | | 0.00 | | |
| ACCOUNT NO. 95-4890701<br><br>**State Of North Carolina**<br>**Dept. Of Revenue**<br>**PO Box 740317**<br>**Raleigh, NC  27640** | | | **January 2010 - April 2011** | | | | 0.00 | | |

Sheet no. __17__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ | $ | $ |
|---|---|---|---|---|
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | Total | $ | | |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | Total | | $ | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                          Case No. 1:11-bk-15313-GM
_____                      _____
                    Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0171-0991/CAT#93-0627<br>**State Of Ohio**<br>**Treasurer**<br>**PO Box 182101**<br>**Columbus, OH  43218-2101** | | | | | | | 0.00 | | |
| ACCOUNT NO. 2654-026<br>**State Of Pennsylvania**<br>**Dept. Of Revenue, Corp. Tax Bureau**<br>**PO Box 280702**<br>**Harrisburg, PA  17128-0701** | | | **January 2010 - April 2011** | | | | 0.00 | | |
| ACCOUNT NO. 0800121254<br>**State Of Texas**<br>**PO Box 149348**<br>**Austin, TX  78714-9348** | | | **January 2010 - April 2011** | | | | 0.00 | | |
| ACCOUNT NO. 01T0005553<br>**Treasurer Of State Of Ohio**<br>**PO Box 182857**<br>**Columbus, OH  43216-2857** | | | | | | | 1,691.67 | 1,691.67 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __18__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 1,691.67 | $ 1,691.67 | $ |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 468,594.68

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)     $ 427,579.18 | $ 41,015.50

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                                Case No. 1:11-bk-15313-GM
_____
                    Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1311**<br><br>**1 Source Material Handling**<br>PO Box 8312<br>Glendale, CA  91224 | | | | | | | 4,107.91 |
| ACCOUNT NO. **1999**<br><br>**Accessline**<br>Department LA 22266<br>Pasadena, CA  91185-2266 | | | | | | | 54.63 |
| ACCOUNT NO. **01A0000269**<br><br>**ADP Inc.**<br>PO Box 0500<br>Carol Stream, IL  60132 | | | | | | | 302.97 |
| ACCOUNT NO. **01A000270**<br><br>**ADP Inc.**<br>PO Box 78415<br>Phoenix, AZ  85062 | | | | | | | 4,500.83 |
| __24__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | $ 8,966.34 |
| | | | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                    Case No. 1:11-bk-15313-GM
_____                                      _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1686** <br> **AFCO** <br> **Department 7200** <br> **Los Angeles, CA 90088-7200** | | | | | | | 4,581.22 |
| ACCOUNT NO. <br> **Alpha Bijoux** <br> **28 Rijna 1895/32** <br> **Jablonec N.CZ,** | | | | | | | 3,130.27 |
| ACCOUNT NO. **01A0000450** <br> **AMB Property Corp.** <br> **PRJT# PVANNUY03/Leade ID LWESTCR01** <br> **PO Box 6156** <br> **Hicksville, NY 11802-6156** | | | | | | | 179,149.93 |
| ACCOUNT NO. **01A0000599** <br> **American Express-CPC/091678** <br> **CPC Remittance Processing** <br> **PO Box 329000** <br> **Weston, FL 33332-9000** | | | | | | | 110,430.70 |
| ACCOUNT NO. **01A000510** <br> **American Office Products** <br> **7900 Alabama Aenue** <br> **Canoga Park, CA 91304** | | | | | | | 30.02 |
| ACCOUNT NO. **1179** <br> **Ameritas Dental & Vision** <br> **PO Box 81889** <br> **Lincoln, NE 68501-1889** | | | | | | | 609.84 |
| ACCOUNT NO. **1390** <br> **AMP Electric & Developmnt Co Inc.** <br> **6617 Louise Avenue** <br> **Lake Balboa, CA 91406** | | | | | | | 3,102.20 |

Sheet no. ____1____ of ____24____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $   301,034.18

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                    Case No. 1:11-bk-15313-GM
                          Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1674**<br>**Anthem Blue Cross**<br>PO Box 5812<br>Los Angeles, CA  90074-5812 | | | | | | | 88,101.65 |
| ACCOUNT NO. **0058**<br>**Arkansas Western Gas Company**<br>PO Box 660559<br>Dallas, TX  75266-0559 | | | | | | | 6,820.15 |
| ACCOUNT NO. **01A0006653**<br>**Asian Craft Inc.**<br>8th Fl, No 97 Sec 2, Nan King E Rd<br>Taipei,Taiwan, | | | | | | | 322,683.32 |
| ACCOUNT NO. **01S0008255**<br>**AT&T**<br>Payment Center<br>Sacramento, CA  95887-0001 | | | | | | | 1,131.82 |
| ACCOUNT NO. **01A0000081**<br>**AT&T**<br>PO Box 5019<br>Carol Stream, IL  60197-5019 | | | | | | | 893.90 |
| ACCOUNT NO. **1398**<br>**AT&T For DMD**<br>PO Box 105414<br>Atlanta, GA  30348-5414 | | | | | | | 907.61 |
| ACCOUNT NO. **01A0000785**<br>**Aurient International Corp.**<br>Edward Wu<br>8F-3 105 Chang An West Road<br>Taipei, Taiwan, | | | | | | | 1,738,238.57 |

Sheet no. __2__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal
(Total of this page)  $ 2,158,777.02

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont. Case 1:11-bk-15313-GM    Doc 70    Filed 06/07/11    Entered 06/07/11 14:03:50    Desc
Main Document    Page 31 of 56
IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                                                Case No. 1:11-bk-15313-GM
_____
          Debtor(s)                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 01A0006699<br><br>AV Graphics, Inc.<br>20746 Plummer Street<br>Chatsworth, CA  91311 | | | | | | | 1,062.50 |
| ACCOUNT NO.<br><br>Bai Win Mercantile Corp<br>Taiwan Branch 1F,Lane 405, Sec 6<br>Chung Shan N Rd<br>Taipei Taiwan ROC, | | | | | | | 12,160.00 |
| ACCOUNT NO. 1271<br><br>Bailey, Heather<br>4080 E Oxford Lane<br>Gilbert, AZ  85295 | | | | | | | 479.82 |
| ACCOUNT NO. 01B003009<br><br>Balboa Equipment Rentals<br>16755 Roscoe Blvd<br>North Hills, CA  91343 | | | | | | | 1,244.40 |
| ACCOUNT NO. 01B0001015<br><br>Banaras Beads Limited<br>Siddarth Gupta<br>A-1 Industrial Estate<br>Varanasi-221 106 India, | | | | | | | 20,131.90 |
| ACCOUNT NO. #01M0005466<br><br>Benkoe, Marlene<br>5305 White Oak Avenue #D<br>Encino, CA  91316 | | | | | | | 161.63 |
| ACCOUNT NO. 500521<br><br>Bennett, Tia<br>17225 85th Ave., Court East<br>Payallup, WA  98375 | | | | | | | 652.64 |

Sheet no. __3__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 35,892.89

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>WESTRIM, INC. dba WESTRIM CRAFTS</u>      Case No. <u>1:11-bk-15313-GM</u>
           Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **500172** <br> **Blackstone, Cathy E.** <br> **1018 Denman St** <br> **Westerville, OH  43081** | | | | | | | **73.82** |
| ACCOUNT NO. **01B0001440** <br> **BMC** <br> **Business Machine Consultants** <br> **6735 Odessa Avenue** <br> **Lake Balboa, CA  91406-5747** | | | | | | | **1,235.83** |
| ACCOUNT NO. **1465** <br> **Boissonnault, Francine** <br> **524 St Joseph West** <br> **St Alban, QC  G0A 3B0** | | | | | | | **210.00** |
| ACCOUNT NO. **1032** <br> **Bowlin, Jenni** <br> **2004 Arden Ct** <br> **Mt. Juliet, TN  37122** | | | | | | | **99.43** |
| ACCOUNT NO. **01B0004713** <br> **Breakaway Press** <br> **9620 Topanga Canyon Place,#A** <br> **Chatsworth, CA  91311** | | | | | | | **1,549.67** |
| ACCOUNT NO. **01B0001425** <br> **Bureau Veritas** <br> **Teresa Keller - Consumer Prod Serv** <br> **14624 Collection Center Drive** <br> **Chicago, IL  60693** | | | | | | | **62,308.30** |
| ACCOUNT NO. **1284** <br> **Bureau Veritas Hong Kong Ltd** <br> **Effie Lu** <br> **14630 Collection Center Drive** <br> **Chicago, IL  60693** | | | | | | | **49,597.38** |

Sheet no. ____**4** of ____**24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **115,074.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                    Case No. 1:11-bk-15313-GM
_____
        Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 01C0002441 <br><br>Cal Net Technology Group Inc. <br>9241 Reseda Blvd #200 <br>Northridge, CA 91324 | | | | | | | 350.00 |
| ACCOUNT NO. 0096 <br><br>Canada Customs & Revenue <br>275 Pope Rd #103 <br>Summerside, PE  C1N 6A2 | | | | | | | 2,195.36 |
| ACCOUNT NO. 01C0005107 <br><br>Carmichael International Svcs <br>Carmen Farfan/Acct Manager <br>533 Glendale Blvd <br>Los Angeles, CA  90026 | | | | | | | 35,280.91 |
| ACCOUNT NO. <br><br>Century Distribution <br>Woodbridge Corporate Plaza <br>485 E Rout 1 South Ste 100 <br>Iselan, NJ  43081 | | | | | | | 3,676.54 |
| ACCOUNT NO. 1328 <br><br>Charter Freeport Partners LP <br>Peloton Real Estate Mgmt LLC <br>8402 Sterling Street Ste 101 <br>Irving, TX  75063 | | | | | | | 4,180.09 |
| ACCOUNT NO. 01V0001232 <br><br>Chevalier, Victor <br>754 Puma Canyon Lane <br>Glendora, CA  91740 | | | Expense Reimbursement | | | | 104.68 |
| ACCOUNT NO. 1569 <br><br>Chief Container Co. Inc. <br>PO Box 189 <br>Acworth, GA  30101-0189 | | | | | | | 4,750.44 |

Sheet no. ____5 of ____24 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    50,538.02

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                    Case No. 1:11-bk-15313-GM
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1241 <br> **CIT Technology Fin Serv Inc** <br> PO Box 100706 <br> Pasadena, CA 91189 | | | | | | | 3,103.60 |
| ACCOUNT NO. 0500525 <br> **Click Creative Group Inc.** <br> Katie Pertiet <br> 903 Cedarday Drive <br> Bel Air, MD 21015 | | | | | | | 3,327.93 |
| ACCOUNT NO. 0500069 <br> **Coffey, Renee Smith** <br> 651 Rock Elm Drive <br> Auburn, GA 30011 | | | | | | | 2,368.10 |
| ACCOUNT NO. 1335 <br> **Consumer Testing Labs Inc.** <br> Box 952766 <br> Atlanta, GA 31192-2766 | | | | | | | 191.97 |
| ACCOUNT NO. 01C0000355 <br> **Copier Headquarters Inc.** <br> 31368 Via Colinas, Ste 109 <br> Westlake Village, CA 91362 | | | | | | | 139.98 |
| ACCOUNT NO. 01C0002698 <br> **CSA Canadian Sales Agency Inc.** <br> Michelle Callahan <br> #1 Valleybrook Drive <br> Toronto, ON M3B 2S7 | | | | | | | 60,558.25 |
| ACCOUNT NO. 01C0002693 <br> **CT Corporation** <br> PO Box 4349 <br> Carol Stream, IL 60197-4349 | | | | | | | 358.00 |

Sheet no. __6__ of __24__ continuation sheets attached to                                  Subtotal   $  70,047.83
Schedule of Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

                                                                                                        Total
                    (Use only on last page of the completed Schedule F. Report also on       $
                    the Summary of Schedules, and if applicable, on the Statistical
                    Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>WESTRIM, INC. dba WESTRIM CRAFTS</u>                    Case No. <u>1:11-bk-15313-GM</u>
                              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00000000517187 <br><br> **De Lang Landen Fin Services** <br> PO Box 41602 <br> Philadelphia, PA 19101-1601 | | | | | | | 1,386.53 |
| ACCOUNT NO. <br><br> **Dependable Highway Express** <br> PO Box 58047 <br> Los Angeles, CA 90058-0047 | | | | | | | 5,915.00 |
| ACCOUNT NO. 01D0007575 <br><br> **Design Space Modular Bldg Iinc.** <br> 1935 Camino Vida Robles, Ste 210 <br> Carlsbad, CA 92008-5573 | | | | | | | 2,294.66 |
| ACCOUNT NO. 1998 <br><br> **Digital Edge** <br> 3615 Laird Rd Unit 5 <br> Mississauga L5L 528, ON | | | | | | | 18,317.30 |
| ACCOUNT NO. 01M005480 <br><br> **Domash, Mike** <br> **Mike The Printer** <br> 6933 Woodley Avenue <br> Van Nuys, CA 91406 | | | | | | | 7,527.53 |
| ACCOUNT NO. 1138 <br><br> **Dumont Promotional Images Inc.** <br> Lisa Machado <br> 12947 Chadron Avenue <br> Hawthorne, CA 90250 | | | | | | | 162,080.05 |
| ACCOUNT NO. 01E0004767 <br><br> **Edwards Properties** <br> Joe Edwards <br> PO Box 1549 <br> Springdale, AR 72765 | | | | | | | 2,500,000.00 |

Sheet no. ___**7**___ of ___**24**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 2,697,521.07

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                    Case No. 1:11-bk-15313-GM
_____                                      _____
              Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1417**<br>**Edwards, Jesse**<br>**6515 Goldcoast Street**<br>**Boise, ID  83714** | | | | | | | 2.32 |
| ACCOUNT NO. **1631**<br>**Everest National Insurance CO**<br>**File 57345**<br>**Los Angeles, CA  90074-7345** | | | | | | | 14,752.39 |
| ACCOUNT NO.<br>**Exact Staff Inc.**<br>**21031 Ventura Blvd., Ste 501**<br>**Woodland Hills, CA  91364** | | | | | | | 4,796.60 |
| ACCOUNT NO. **01E0003218**<br>**Exec-U-Care**<br>**PO Box 533204**<br>**Atlanta, GA  30353** | | | | | | | 125.00 |
| ACCOUNT NO. **1413**<br>**Faherty, Michelle**<br>**MRF Associates**<br>**224 Dutcher Street**<br>**Hopedale, MA  01747** | | | | | | | 17,931.92 |
| ACCOUNT NO. **0500179**<br>**Farrer, Rhonna**<br>**1741 N. Meadowlark Road**<br>**Orem, UT  84097** | | | | | | | 5,929.59 |
| ACCOUNT NO. **01F0003250**<br>**Fed Ex**<br>**PO Box 7221**<br>**Pasadena, CA  91109-7321** | | | | | | | 12,253.82 |

Sheet no. __8__ of __24__ continuation sheets attached to                                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)  | $  55,791.64

                                                                                                  Total
          (Use only on last page of the completed Schedule F. Report also on
          the Summary of Schedules, and if applicable, on the Statistical
          Summary of Certain Liabilities and Related Data.)                          | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **WESTRIM, INC. dba WESTRIM CRAFTS**                                    Case No. **1:11-bk-15313-GM**
                                                                                        (If known)
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **01F0003258**<br>**Fernqvist Labeling Solutions**<br>**1245 Spacepark Way, Ste C**<br>**Mountain View, CA  94043** | | | | | | | **195.02** |
| ACCOUNT NO. **0974**<br>**Fidelity Investmnts Inst OP Co**<br>**PO Box 73307**<br>**Chicago, IL  60673** | | | | | | | **2,755.00** |
| ACCOUNT NO. **500180**<br>**Folgmann, Crystal**<br>**193 Coventry Lane**<br>**North Salt Lake City, UT  84054** | | | | | | | **5.21** |
| ACCOUNT NO. **1391**<br>**fun Kingdom**<br>**Branch Banking And Trust Company**<br>**PO Box 890011**<br>**Charlotte, NC  28289-0011** | | | | | | | **25,819.20** |
| ACCOUNT NO. **1265**<br>**Future Edge**<br>**Johnson Stapler Repair**<br>**42066 Avenida Alvarado Ste H**<br>**Temecula, CA  92590** | | | | | | | **417.76** |
| ACCOUNT NO. **01G0003999**<br>**Gourmet Coffee Service**<br>**PO Box 16727**<br>**Irvine, CA  92623** | | | | | | | **327.24** |
| ACCOUNT NO. **01G0005018**<br>**Grant Thornton, LLP**<br>**Daryl Ohland**<br>**PO Box 51552**<br>**Los Angeles, CA  90051-5852** | | | | | | | **48,651.50** |

Sheet no. _____**9** of ___**24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **78,170.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                    Case No. 1:11-bk-15313-GM
_____                                    _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1020**<br>**Grendell, Amy**<br>**15309 88th Avenue Ct East**<br>**Puyallup, WA  98375** | | | | | | | 102.68 |
| ACCOUNT NO. **01V0007439**<br>**GS1US**<br>**PO Box 71-3034**<br>**Columbus, OH  43271-3034** | | | Acct #10644881 | | | | 50.00 |
| ACCOUNT NO. **01G0003845**<br>**GSPS, Inc.**<br>**26382 West Plata Lane**<br>**Calabasas, CA  91302** | | | | | | | 99.41 |
| ACCOUNT NO. **256**<br>**Guard Tronic Inc.**<br>**PO Box 567**<br>**Fort Smith, AR  72902** | | | | | | | 1,089.65 |
| ACCOUNT NO. **1031**<br>**H&H Logistics**<br>**PO Box 941060**<br>**Simi Valley, CA  93094** | | | | | | | 4,198.05 |
| ACCOUNT NO. **01H0001344**<br>**Hamilton Sales Inc**<br>**1409 East Blvd**<br>**Charlotte, NC  28203** | | | | | | | 2,631.78 |
| ACCOUNT NO. **01H0007443**<br>**HKCJ Co Ltd**<br>**Unit D, 12F CDW Bldg**<br>**388 Castle Peak Road**<br>**Tsen Wan NT Hong Kong,** | | | | | | | 1,763.90 |

Sheet no. ____10____ of ____24____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  9,935.47

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont. Case 1:11-bk-15313-GM    Doc 70    Filed 06/07/11    Entered 06/07/11 14:03:50    Desc
Main Document    Page 39 of 56
IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                          Case No. 1:11-bk-15313-GM
                    Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 01H0004328 | | | | | | | |
| Holthouse Carlin & Van Trigt Certified Public Accountants 1601 Cloverfield Blvd. Ste 300 South Santa Monica, CA 90404 | | | | | | | 31,768.76 |
| ACCOUNT NO. 1022 | | | | | | | |
| Hong Yu Intl Company Ltd Rm 907 JFZ 324 Wing Tuck Commercial Cntr 177-183 Wing LOK St HK, | | | | | | | 13,113.40 |
| ACCOUNT NO. 1305 | | | | | | | |
| Horjus, Peter 350 Studio K St., Studio #204 San Diego, CA 92101 | | | | | | | 793.93 |
| ACCOUNT NO. 790 | | | | | | | |
| Importing Solutions Inc. 998 Collingwood Drive Naperville, IL 60540 | | | | | | | 31,825.83 |
| ACCOUNT NO. 010004175 | | | | | | | |
| Inline Translation Svcs, Inc. 100 W Broadway, Suite 520 Glendale, CA 91210-1221 | | | | | | | 75.00 |
| ACCOUNT NO. 01J0000600 | | | | | | | |
| J&S Express Trucking Inc. PO Box 571 Harbor City, CA 90710 | | | | | | | 4,961.37 |
| ACCOUNT NO. 01J0004431 | | | | | | | |
| Jade International, Ltd Unit B, 10/F, Park Avenue Tower 5 Moreton Terrace Causeway Bay, Hong Kong, | | | | | | | 809.78 |

Sheet no. __11__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 83,348.07

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                    Case No. 1:11-bk-15313-GM
_____                                   _____
              Debtor(s)                                                          (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO. 0500182**<br>**Jarl-Bar Industry Co. Ltd.**<br>**255 Tong'an Park**<br>**Tong'an Industrial Conctrtn Prk**<br>**TongAn DistrXiamen,China,    361100** | | | | | | | **6,469.26** |
| **ACCOUNT NO. 500183**<br>**Jones, Allison Tyler**<br>**14118 South Jackson Circle**<br>**Mesaert, AZ  85206** | | | | | | | **0.88** |
| **ACCOUNT NO. 1172**<br>**Kaboose Inc.**<br>**2200 Yonge St., Ste 1400**<br>**Toronto, ON  M4S 2C6** | | | | | | | **60.45** |
| **ACCOUNT NO. 01K0006023**<br>**Kelly Lowry & Kelley LLP**<br>**John Kelly**<br>**6320 Canoga Ave #1650**<br>**Woodland Hills, CA  91367** | | | | | | | **58,475.50** |
| **ACCOUNT NO. 01K0004626**<br>**King's Pipe Cleaners Ind Inc.**<br>**523850 Xiagang, 4th Industry Zone**<br>**Tiawan,** | | | | | | | **3,614.88** |
| **ACCOUNT NO. 1053**<br>**Krieger, Sande**<br>**1574 Michigan Avenue**<br>**Salt Lake City, UT  84105** | | | | | | | **238.55** |
| **ACCOUNT NO. 01K0003832**<br>**Kuehne & Nagel Ltd**<br>**5800 Hurontario St 12th Fl**<br>**Mississauga, ON  L5R 4B6** | | | | | | | **35,403.05** |

Sheet no. __12__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **104,262.57**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                          Case No. 1:11-bk-15313-GM
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 01K0004634 <br> Kwan Hing Fareast Prod Fty Ltd <br> Michelle-Kwan Hing <br> Stg2 Blk A 6thF Wah Fung Id Bldg Ct33-39 <br> Kwai Chung, Hong Kong, | | | | | | | 677,721.50 |
| ACCOUNT NO. 500184 <br> Kyle, Tracy <br> 8940 Dewdney Trunk Rd <br> Mission, BC  V2V 6Y1 | | | | | | | 283.13 |
| ACCOUNT NO. 01D0002705 <br> LA DWP <br> WTC-CAN #1099094843 & CAN ... 4816 <br> PO Box 30808 <br> Los Angeles, CA  90038-0808 | | | | | | | 21,036.00 |
| ACCOUNT NO. 01L00046714 <br> Label Pro <br> 25846 McBean Parkway <br> Valencia, CA  91355 | | | | | | | 4,658.87 |
| ACCOUNT NO. 01K0005452 <br> Landsberg <br> Dept 6106 <br> Los Angeles, CA  90084 | | | | | | | 18,363.50 |
| ACCOUNT NO. 1073 <br> Larabie, Raymond <br> Socia Legend #401 <br> 4-425-2 Naka-Otai, Nushi-Ku <br> Nagoya-Shi Aichi, JAPAN,    452-0822 | | | | | | | 9.14 |
| ACCOUNT NO. 01L0004529 <br> Lee Hecht Harrison LLC <br> Dept CH #10544 <br> Palatine, IL  60055-0544 | | | | | | | 950.00 |

Sheet no. ___13__ of ___24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  723,022.14

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS      Case No. **1:11-bk-15313-GM**

Debtor(s)                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **500211** <br> **Lightfoot, Leslie** <br> **23 Holloway Hts RR#2** <br> **Stirling, ON  K0K 3E0** | | | | | | | 303.68 |
| ACCOUNT NO. **1072** <br> **Lohner, Harold** <br> **777 Western Ave** <br> **Albany, NY  12203** | | | | | | | 23.67 |
| ACCOUNT NO. **500198** <br> **Longmore-Scroggins, Lori** <br> **20 Hillcrest Road** <br> **Ogden Dunes, IN  46368** | | | | | | | 26.68 |
| ACCOUNT NO. **1666** <br> **Mail Finance** <br> **PO Box 45850** <br> **San Francisco, CA  94145-0850** | | | | | | | 1,321.90 |
| ACCOUNT NO. **01M0005043** <br> **Major Metropolitian Security** <br> **20974 Knapp Street** <br> **Chatsworth, CA  91311** | | | | | | | 350.00 |
| ACCOUNT NO. **500048** <br> **McFayden, Teresa** <br> **12505 B Street** <br> **Omaha, NE  68144** | | | | | | | 64.81 |
| ACCOUNT NO. **500029** <br> **McGuire, Jennifer** <br> **7633 Fairwind Drive** <br> **Cincinnati, OH  45242** | | | | | | | 110.10 |

Sheet no. **14** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,200.84**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.
Case 1:11-bk-15313-GM    Doc 70    Filed 06/07/11    Entered 06/07/11 14:03:50    Desc
Main Document    Page 43 of 56

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                    Case No. 1:11-bk-15313-GM
                    Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1304 McKinney Trailer Rentals 8400 E Slauson Ave Pico Rivera, CA 90660 | | | | | | | 5,895.31 |
| ACCOUNT NO. 01C0002007 McLain, Chris 14 Bobolink Road Orinda, CA 94563-1706 | | | | | | | 32,000.00 |
| ACCOUNT NO. 1695 Meijer Corporation PO Box X Grand Rapids, MI 49501 | | | | | | | 8,000.00 |
| ACCOUNT NO. 1248 Metlife PO Box 8500-3895 Philadelphia, PA 19178-3895 | | | | | | | 580.43 |
| ACCOUNT NO. 1238 Micro Shread Inc. 16201 Stagg Street Van Nuys, CA 91406 | | | | | | | 756.34 |
| ACCOUNT NO. 01M0005258 Millennium Printing Int Ltd Rm 2721-2722,27/F - No Hung To Road Kwun Gong, Hong Kong, | | | | | | | 33,428.48 |
| ACCOUNT NO. 01M0005485 Miller Starr & Regalia Lance Anderson Dept 05115 POB 39000 San Francisco, CA 94139-5115 | | | | | | | 49,667.99 |

Sheet no. __15__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 130,328.55

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                    Case No. 1:11-bk-15313-GM
_____              _____
                    Debtor(s)                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Miller Starr Regalia <br> 300 Hamilton Avenue, 3rd Floor <br> Palo Alto, CA 94301 | | | Assignee or other notification for: <br> Miller Starr & Regalia | | | | |
| ACCOUNT NO. 01H0004146 <br> Naylor, Helen <br> 4594 Robbins Street <br> San Diego, CA 92122 | | | | | | | 38.84 |
| ACCOUNT NO. 01N0005545 <br> New Approach Development Inc. <br> Peter Russo <br> 3 Macintosh Road <br> Bedford, MA 01730 | | | | | | | 9,453.96 |
| ACCOUNT NO. 01N0005557 <br> New Trend Corp. <br> Rm 5, 11th Floor <br> 267 Dun Hua South Rd., Sec 2 <br> Taipei, Taiwan, | | | | | | | 19,490.88 |
| ACCOUNT NO. 01N0004567 <br> Nord Race Paper Intl Ltd <br> P. Pang -Unit 12 15/F Wah Wai Centre <br> 38-40 Au Pui Wan St <br> New Territories HongKong, | | | | | | | 43,827.92 |
| ACCOUNT NO. 0100005658 <br> Omni Enterprise Corp. <br> 4/F, No. 139 Sung Chinag Road <br> Taipei, Taiwan, | | | | | | | 13,010.40 |
| ACCOUNT NO. 1586 <br> Pacific Telemanagement Services <br> 2175 North California Blvd Suite 400 <br> Walnut Creek, CA 94596 | | | | | | | 156.00 |

Sheet no. ___16___ of ___24___ continuation sheets attached to                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                (Total of this page)   $   85,978.00

                                                                                Total
                                        (Use only on last page of the completed Schedule F. Report also on
                                        the Summary of Schedules, and if applicable, on the Statistical
                                        Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE WESTRIM, INC. dba WESTRIM CRAFTS        Case No. 1:11-bk-15313-GM

Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1568<br><br>Paetec Communications Inc.<br>PO Box 1283<br>Buffalo, NY 14240-1283 | | | | | | | 4,991.18 |
| ACCOUNT NO. 0950<br><br>Paul Hastings Janofsky & Walker<br>695 Town Center Dr. 17th Fl<br>Costa Mesa, CA 92626-1924 | | | | | | | 7,590.21 |
| ACCOUNT NO. 01P0006028<br><br>PBM Maintenance Corp.<br>1299 E Artesia Blvd, Suite 240<br>Carson, CA 90746 | | | | | | | 3,450.00 |
| ACCOUNT NO. 01P0004076<br><br>Postmaster<br>USPS EMCA Remittance/#913369<br>PO Box 8350<br>Van Nuys, CA 91409-9998 | | | | | | | 160.00 |
| ACCOUNT NO. 01P0006255<br><br>Prudential Overall Supply<br>PO Box 11210<br>Santa Ana, CA 92711 | | | | | | | 237.44 |
| ACCOUNT NO.<br><br>Pryor, Thomas C.<br>426 E. Calle De Ocaso<br>Sahuarita, AZ 85629 | | | | | | | 1,500.00 |
| ACCOUNT NO.<br><br>Regent Publishing Services<br>6/F Hang Tung Resources Ctr #18<br>Shau Kei Wang HONG KONG, | | | | | | | 8,901.44 |

Sheet no. _____17_____ of _____24_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 26,830.27

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                    Case No. 1:11-bk-15313-GM
_____
              Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Richoh Americas Corporation** PO Box 4245 Carol Stream, IL 60197-4245 | | | | | | | 1,727.62 |
| ACCOUNT NO. 462 **Rick & Associates LLC** PO Box 201505 Arlington, TX 76006 | | | | | | | 438.63 |
| ACCOUNT NO. 500186 **Russo, Lisa** 1656 Millhouse Landing Marietta, GA 30066 | | | | | | | 0.60 |
| ACCOUNT NO. 1477 **Schnitzius, Mark** 698 Surf Street Lewisville, TX 75067 | | | | | | | 1,226.44 |
| ACCOUNT NO. 490 **Secure US, Inc.** 2308 Turner, Suite 3 Springdale, AR 72764 | | | | | | | 109.24 |
| ACCOUNT NO. 01S0006906 **Sew Winner Co., Ltd.** 4th Fl No. 35 Lane 21 Sec 6 Ming Chuan E. Road Taipei, Taiwan, | | | | | | | 24,985.68 |
| ACCOUNT NO. 1588 **Shandong Boxing Henga Grass And Willow Arts & Crafts Co, Ltd** 173 5th Rd Bocheng Boxing Country Shandong China,    256500 | | | | | | | 1,277.00 |

Sheet no. ___18__ of ___24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   29,765.21

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                    Case No. **1:11-bk-15313-GM**
　　　　　Debtor(s)                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Shandong Qinglin Home Decor North Of Qingdao Rd Caoxian Shandong Province Heze Shangdong China,    274400 | | | | | | | 7,148.42 |
| ACCOUNT NO. **01S0006650** | | | | | | | |
| Shell Processing Center PO Box 183019 Columbus, OH 43218-3019 | | | | | | | 294.98 |
| ACCOUNT NO. **01S0008555** | | | | | | | |
| Silverwings Unique, Inc. Albert Chen 451 North Oak Street Inglewood, CA 90302 | | | | | | | 58,678.70 |
| ACCOUNT NO. **500230** | | | | | | | |
| Smylie, Donna 2222 W Bella Vista Lakeland, FL 33810 | | | | | | | 41.42 |
| ACCOUNT NO. **1264** | | | | | | | |
| Solarsoft Business Systems CMS Mfg Systems Inc. PO Box 635830 Cincinnati, OH 45263-5830 | | | | | | | 25,923.60 |
| ACCOUNT NO. **0492** | | | | | | | |
| Southwestern Electric Power PO Box 24422 Canton, OH 44701-4422 | | | | | | | 1,539.10 |
| ACCOUNT NO. **582** | | | | | | | |
| Springdale Water Utilities PO Box 769 Springdale, AR 72765-0769 | | | | | | | 50.16 |

Sheet no. ___**19** of ___**24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   93,676.38

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>WESTRIM, INC. dba WESTRIM CRAFTS</u>                           Case No. <u>1:11-bk-15313-GM</u>
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Starlight Products Limited** <br> **Unit B,3/F, Mei Wah Industrial Bld** <br> **1-7 Wah Sing Stret Treet** <br> **Kwai Chung, NT,Hong Kong,** | | | | | | | 9,979.55 |
| ACCOUNT NO. **1210** <br> **Stay-Linked Corporation** <br> **Business Manager** <br> **PO Box 1279** <br> **Sun Vallley, CA 91353** | | | | | | | 911.40 |
| ACCOUNT NO. **1653** <br> **Stifel Nicolaus & Company Inc.** <br> **501 North Broadway** <br> **St. Louis, MO 63102** | | | | | | | 3,107.96 |
| ACCOUNT NO. <br> **Stifel Nicolaus Investment Banking** <br> **Mitchell Schaffer, Managing Director** <br> **237 Park Avenue** <br> **New York, NY 10017** | | | | | | | 0.00 |
| ACCOUNT NO. **1205** <br> **Terasawa, Mindy** <br> **2205 Speyer Lane #B** <br> **Redondo Beach, CA 90278** | | | | | | | 1,028.10 |
| ACCOUNT NO. **1263** <br> **The Ink Pro** <br> **Raminder S. Maden** <br> **9526 Casaba Avenue** <br> **Chatsworth, CA 91311** | | | | | | | 3,396.77 |
| ACCOUNT NO. **1243** <br> **The Jackson Group, Inc.** <br> **825 Nicollet Mall, Ste 1433** <br> **Minneapolis, MN 55402** | | | | | | | 36,819.84 |

Sheet no. __20__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ 55,243.62

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE WESTRIM, INC. dba WESTRIM CRAFTS
                    Debtor(s)
     Case No. **1:11-bk-15313-GM**
              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1667** <br> Thermo Fisher Financial <br> PO Box 712441 <br> Cincinnati, OH 45271 | | | | | | | 9,957.72 |
| ACCOUNT NO. **1220** <br> Tiemstra Law Group PC <br> 1111 Broadway, Suite 1501 <br> Oakland, CA 94607-4036 | | | | | | | 225.81 |
| ACCOUNT NO. **01T0004004** <br> Tin Hung Products Factory HK <br> Tin Fu-Lap Yeung Yuk <br> 223 G/F, Yu Chau Street <br> Sham Shui Po, Hong Kong, | | | | | | | 759,653.80 |
| ACCOUNT NO. **1687** <br> TOYS R US <br> OPS Acct-Anthony Morin <br> One Geoffrey Way,Terrace Bldg <br> Wayne, NJ 07470 | | | | | | | 5,477.76 |
| ACCOUNT NO. **500129** <br> Trimble, Erin <br> 27423 N 97th Drive <br> Peoria, AZ 85383 | | | | | | | 134.93 |
| ACCOUNT NO. **01T0007341** <br> Tru-Blu Industries LLC <br> Bob Demmett <br> PO Box 793 <br> Niles, MI 49120 | | | | | | | 216,426.37 |
| ACCOUNT NO. **1444** <br> TXU Energy <br> PO Box 650638 <br> Dallas, TX 75265-0700 | | | | | | | 768.73 |

Sheet no. __**21**__ of __**24**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **992,645.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (cont.)

IN RE WESTRIM, INC. dba WESTRIM CRAFTS

Debtor(s)

Case No. 1:11-bk-15313-GM

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 01U0007410<br>Uline<br>Attn: Accounts Receivable<br>2200 S. Lakeside Drive<br>Waukegan, IL  60085 | | | | | | | 637.50 |
| ACCOUNT NO. 01U0007504<br>United States Customs Service<br>6650 Telecon Dr #100<br>Indianapolis, IN  46278 | | | | | | | 12,926.83 |
| ACCOUNT NO. 01U0007526<br>United Wholesale Lumber Co.<br>8009 West Doe Avenue<br>Visalia, CA  93291-9284 | | | | | | | 13,716.77 |
| ACCOUNT NO. 1025<br>UPS<br>Shipper NBR 1654XW5258,R4620V525<br>PO Box 894820<br>Los Angeles, CA  90189-4820 | | | | | | | 313.59 |
| ACCOUNT NO. 0851<br>Valstreet Transportation LLC<br>10061 Riverside Dr Ste 755<br>Toluca Lake, CA  91602 | | | | | | | 4,125.00 |
| ACCOUNT NO. 01V0007375<br>Verizon<br>PO Box 17577<br>Baltimore, MD  21297-0513 | | | | | | | 76.56 |
| ACCOUNT NO. 01V0007381<br>Verizon Wireless<br>PO Box 550108<br>Dallas, TX  75266-0108 | | | | | | | 2,392.39 |

Sheet no. __22__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 34,188.64

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE WESTRIM, INC. dba WESTRIM CRAFTS      Case No. 1:11-bk-15313-GM
                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1206**<br>Victoria, Andrea A.<br>16633 SE 171st Place<br>Renton, WA 95058 | | | | | | | 70.00 |
| ACCOUNT NO. **0500523**<br>VIF Valencia Gateway, LLC<br>C/O Dee Eckman CB Richard Ellis<br>500 Citadel Drive<br>Commerce, CA 90040 | X | | | | | | 1,400,000.00 |
| ACCOUNT NO. **1597**<br>Wallman, Bjorn<br>2216 Foothill Drive G #217<br>Salt Lake City, UT 84109 | | | | | | | 500.00 |
| ACCOUNT NO. **01W0004880**<br>Waste Management<br>PO Box 78251<br>Phoenix, AZ 85062-8251 | | | | | | | 3,538.06 |
| ACCOUNT NO. **01W00007801**<br>West Union Company Limited<br>Flat B, 19F, Gold King Ind. Bldg<br>35-41 Tai Lin Pai Rd<br>Kwai Chung, NT HongKong, | | | | | | | 43,160.32 |
| ACCOUNT NO. **1688**<br>Whitsitt Sales<br>8121 Davidson Drive<br>Plano, TX 75025 | | | | | | | 14,583.33 |
| ACCOUNT NO. **1546**<br>Whittiker, Paul<br>PO Box 6305<br>Logan, UT 84341 | | | | | | | 136.75 |

Sheet no. **23** of **24** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,461,988.46

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __WESTRIM, INC. dba WESTRIM CRAFTS__          Case No. __1:11-bk-15313-GM__
               Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **01W0007221** <br><br> **Winland Enterprise Co** <br> **Unit 1-3 19/F Eastern Centre** <br> **1065 Kings Road** <br> **Quarry Bay, Hong Kong,** | | | | | | | 27,612.00 |
| ACCOUNT NO. **1006** <br><br> **Wise, Maryann** <br> **6 Purple Martin Place** <br> **The Woodlands, TX  77381** | | | | | | | 136.76 |
| ACCOUNT NO. **01X0008196** <br><br> **Xerox Corporation** <br> **PO Box 7405** <br> **Pasadena, CA  91109-7405** | | | | | | | 1,341.18 |
| ACCOUNT NO. **0602** <br><br> **Xerox Corporation** <br> **PO Box 650361** <br> **Dallas, TX  85255-0361** | | | | | | | 5.83 |
| ACCOUNT NO. **01X0008198** <br><br> **Xtra Personnel Services Inc.** <br> **15545 Devonshire St., Ste 302** <br> **Mission Hills, CA  91345** | | | | | | | 22,049.12 |
| ACCOUNT NO. **01Y0007975** <br><br> **Yale Chase Materials Handling** <br> **Dept 8905** <br> **Los Angeles, CA  90084-8905** | | | | | | | 1,582.13 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __24__ of __24__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **52,727.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $    **9,457,954.71**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) Case 1:11-bk-15313-GM    Doc 70    Filed 06/07/11    Entered 06/07/11 14:03:50    Desc
Main Document    Page 53 of 56
IN RE WESTRIM, INC. dba WESTRIM CRAFTS                                                    Case No. 1:11-bk-15313-GM
_____
Debtor(s)                                                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Beverly Fabrics Inc.<br>9019 Soquel Drive, Suite 175<br>Aptos, CA 95003 | Co-op Advertising Program (Creativity Agreement) |
| Joann Fabric And Craft Stores<br>5555 Darrow Road<br>Hudson, OH 44236 | Domestic Master Vendor Contract (Blue Moon Beads) |
| DCWC Acquisition Corp.<br>C/O Amit Mehta, Esq.<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606 | Exclusive License Agreement |
| AMB Property Corp.<br>PRJT# PVANNUY03/Leade ID LWESTCR01<br>PO Box 6156<br>Hicksville, NY 11802-6156 | Industrial Lease (Property Locates at 7855 Hayvenhurst, Van Nuys, California) |
| Mail Finance (Hasler Financial Services)<br>478 Wheelers Farm Road<br>Milford, CT 06461 | Lease #H09072101 - Postage Meter & Mail Equipment (expiration 11/1/12) |
| De Lang Landen Fin Services<br>PO Box 41602<br>Philadelphia, PA 19101-1601 | Lease (Contract #24834519) for xerox machines located In (a) Van Nuys and (b) Texas (expiration 6/26/12) |
| Ricoh Americas Corporation<br>5 Dedrick Place<br>West Caldwell, NJ 07006 | Lease for Ricoh AFICIO SP8100DN with lease expiration of 5/31/2011 |
| Tin Hung Products Factory HK<br>Tin Fu-Lap Yeung Yuk<br>223 G/F, Yu Chau Street<br>Sham Shui Po, Hong Kong, | Open purchase orders from supplier |
| Rising Sun Household Products Co.<br>2/F, 180 Electric Rd, #12 Lanbei Area<br>LonggangTownShenahen Ch, | Open purchase orders from supplier |
| Asian Craft Inc.<br>8th Fl, No 97 Sec 2, Nan King E Rd<br>Taipei,Taiwan, | Open purchase orders from supplier Asian Craft Inc. |
| Banaras Beads Limited<br>Siddarth Gupta<br>A-1 Industrial Estate<br>Varanasi-221 106 India, | Open purchase orders from supplier Banaras Beads Ltd. |
| Kwan Hing Fareast Prod Fty Ltd<br>Michelle-Kwan Hing<br>Stg2 Blk A 6thF Wah Fung Id Bldg Ct33-39<br>Kwai Chung, Hong Kong, | Open purchase orders from supplier Kwan Hing Fareast Prod. Fty. Ltd. |
| West Union Company Limited<br>Flat B, 19F, Gold King Ind. Bldg<br>35-41 Tai Lin Pai Rd<br>Kwai Chung, NT HongKong, | Open purchase orders from supplier. |
| New Trend Corp.<br>Rm 5, 11th Floor<br>267 Dun Hua South Rd., Sec 2<br>Taipei, Taiwan, | Open purchase orders from supplier. |

IN RE WESTRIM, INC. dba WESTRIM CRAFTS
               Debtor(s)
                     Case No. **1:11-bk-15313-GM**
                       (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HKCJ Co Ltd<br>Unit D, 12F CDW Bldg<br>388 Castle Peak Road<br>Tsen Wan NT Hong Kong, | Open purchase orders from supplier. |
| Jade International Ltd.<br>Unit B, 10/F, 5 Moreton Terrac<br>Causeway Bay, HK, | Open purchase orders from supplier. |
| Aurient International Corp.<br>Edward Wu<br>8F-3 105 Chang An West Road<br>Taipei, Taiwan, | Open Purchase Orders with supplier Aurient International Corp. |
| A.C. Moore Arts & Crafts Inc.<br>130 AC Moore Drive<br>Berlin, NJ  08009 | Open sale orders with customer. |
| Hancock Fabrics<br>One Fashion Way<br>Baldwyb, MS  38824 | Open sale orders with customer. |
| Joann Fabric And Craft Stores<br>5555 Darrow Road<br>Hudson, OH  44236 | Open sale orders with customer. |
| Michaels<br>8000 Bent Branch Drive<br>Irving, TX  75063 | Open sale orders with customer. |
| Notions Marketing<br>1500 Buchanan SW<br>Grand Rapids, MI  49507 | Open sale orders with customer. |
| Peterson Arne<br>4310 W. Fifth Ave.<br>Eugene, OR  97402 | Open sale orders with customer. |
| Walmart Store<br>1301 S.E. 10th Street<br>Bentonville, AR  72716 | Open sale orders with customer. |
| Robert's Arts & Crafts<br>640 East State Street<br>American Fork, UT  84003 | Robert's Art & Crafts To Provide Vendor With Advertising |
| Charter Freeport Partners LP<br>Pelton Real Estate Management LLC<br>8402 Sterling Street #101<br>Irving, TX  75063 | Standard Office Lease (8409 Sterling, Suite B, Irving, Texas) |
| Walmart Store<br>1301 S.E. 10th Street<br>Bentonville, AR  72716 | Supplier Agreement (Westrim Crafts) |
| Walmart Canada<br>RE Vendor #076031<br>1301 S.E. 10th Street<br>Bentonville, AR  72716 | Vendor Agreement |
| A.C. Moore Arts & Crafts Inc.<br>130 AC Moore Drive<br>Berlin, NJ  08009 | Vendor Agreement (Blue Moon) |
| Joann Fabric And Craft Stores<br>5555 Darrow Road<br>Hudson, OH  44236 | Vendor Master Vendor Contract (Westrim Crafts) |
| Pamida Stores | Vendor/Buyers Terms Agreement (Blue Moon Beads) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                          Case No. 1:11-bk-15313-GM
_____                        _____
          Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Creativity Crafts Inc.<br>7855 Hayvenhurst Avenue<br>Van Nuys, CA  91406 | VIF Valencia Gateway, LLC<br>C/O Dee Eckman CB Richard Ellis<br>500 Citadel Drive<br>Commerce, CA  90040<br><br>Bridge Lenders<br>c/o Ron Cooper<br>11222 Brooks Road<br>Windsor, CA  95492<br><br>Newstar Business Credit<br>c/o Greg Hesse Hunton & Williams LLP<br>1445 Ross Avenue, Ste 3700<br>Dallas, TX  75202 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration)  (12/07)

IN RE WESTRIM, INC. dba WESTRIM CRAFTS                        Case No. 1:11-bk-15313-GM
_____                              _____
              Debtor(s)                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are
true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                                    Debtor

Date: _____    Signature: _____
                                                                              (Joint Debtor, if any)
                                                                 [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for
compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h),
and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by
bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting
any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)
If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal,
responsible person, or partner who signs the document.

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer
is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or
imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Senior Vice President _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the WESTRIM, INC. dba WESTRIM CRAFTS
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ 55 sheets (total shown on summary page plus 1), and that they are true and correct to the best of my
knowledge, information, and belief.

Date: June 7, 2011        Signature: _____

                                    Christopher McLain
                                    _____
                                                    (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only