**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, No. 130932
Assistant United States Trustee
S. Margaux Ross, No. 137152
Attorney for the United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
21051 Warner Center Lane, Suite 115
Woodland Hills, California 91367
Telephone: (818) 716-8800; Fax: (818) 716-1576
Email: jennifer.l.braun@usdoj.gov
       s.margaux.ross@usodj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:11-bk-15313-GM |
| | Chapter 11 |
| **Westrim, Inc.**, | **APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| Debtor. | |

Pursuant to 11 U.S.C. § 1102(a), the undersigned hereby appoints the following (7) seven creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated: June 8, 2011          OFFICE OF THE UNITED STATES TRUSTEE

                                 By: */s/Jennifer L. Braun*
                                    Jennifer L. Braun
                                    Assistant U.S. Trustee

**In re:  1:11-bk-15313-GM Westrim Inc**

(1) ISC Properties, LLC
P.O. Box 1549
Springdale, AR 72765
Attn: Joe Edwards

Phone: (479) 751-9591

(2) Tin Hung Products Hik, Ltd.
223 G/F, Yu Chau Street
Sham Shui Po, Hong Kong
Attn: Yuk Lap Yeung

Phone: (852) 23928062

(3) Banaras Beads Limited
A-1 Industrial Estate
Varanasi-221 106 India
Attn: Hari Shankar Saha

Phone: (91) 542-2370161-164

(4) Tru-Blu Industries, LLC
100 French Street
Niles, MI 49120
Attn: Jerry French

Phone: (269) 683-1100

(5) CSA Canadian Sales Agency, Inc.
#1 Valley Brook Drive, Unit 305
Toronto, ON M3B 2S7
Attn: Herman Fallick

Phone: (416) 754-0999

(6) Nord Race Paper, Intl, Ltd
Unit 12 15/F Wah Wai Centre
38-40 Au Pui wan St
New Territories, Hong Kong
Attn: Adrian Lau

Phone: (852) 92660277

(7) C & S Sales, Inc., dba Dumont Promotional Images
12947 Chadron Avenue
Hawthorne, CA 90250
Attn: Brad Storms
    Keri Kessler

Phone: (310) 538-1219

**EXHIBIT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

A true and correct copy of the foregoing document described as **APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 8, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

                                                    X   Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On **June 8, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

                                                    X   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 8, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
**U.S. Bankruptcy Court—San Fernando Valley Division**
**The Honorable Geraldine Mund**
**21041 Burbank Boulevard**
**Woodland Hills, California 91367**

                                                    ☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 8, 2011 | Veronica Hernandez | /s/Veronica Hernandez |
|---|---|---|
| *Date* | *Type Name* | *Legal Secretary* |

# SERVICE LIST OF PROOF OF SERVICE

**TO BE SERVED BY ELECTRONIC FILING**

Alexis M McGinness    amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com

David M Poitras    dpoitras@jmbm.com

S Margaux Ross    margaux.ross@usdoj.gov

**SERVED BY U.S. MAIL**

Westrim Inc

7855 Hayvenhurst Avenue

Van Nuys, CA 91406

Alexis M McGinness

Jeffer mangels Butler & Mitchell LLP

1900 Avenue of the Stars 7th Fl

Los Angeles, CA 90067-4308

**SERVED BY U.S. MAIL**

ISC Properties, LLC
P.O. Box 1549
Springdale, AR 72765
Attn: Joe Edwards

Tin Hung Products Hik, Ltd.
223 G/F, Yu Chau Street
Sham Shui Po, Hong Kong
Attn: Yuk Lap Yeung

Banaras Beads Limited
A-1 Industrial Estate
Varanasi-221 106 India
Attn: Hari Shankar Saha

Tru-Blu Industries, LLC
100 French Street
Niles, MI 49120
Attn: Jerry French

CSA Canadian Sales Agency, Inc.
#1 Valley Brook Drive, Unit 305
Toronto, ON M3B 2S7
Attn: Herman Fallick

Nord Race Paper, Intl, Ltd
Unit 12 15/F Wah Wai Centre
38-40 Au Pui wan St
New Territories, Hong Kong
Attn: Adrian Lau

C & S Sales, Inc., dba Dumont
Promotional Images
12947 Chadron Avenue
Hawthorne, CA 90250
Attn: Brad Storms and Keri Kessler