DAVID M. POITRAS P.C. (CA Bar No. 141309)
ALEXIS M. McGINNESS (CA Bar No. 241449)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:     (310) 203-8080
Facsimile:      (310) 712-8571
Email:           dpoitras@jmbm.com

Counsel for Westrim, Inc.,
Debtor and Debtor-in-Possession

**FILED & ENTERED**

**JUL 01 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY williams   DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>WESTRIM, INC. dba WESTRIM CRAFTS, a Delaware corporation.<br><br>                     Debtor. | CASE NO.    1:11-bk-15313-GM<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO CONTINUE FINANCING PURSUANT TO THE FINAL ORDER (A) AUTHORIZING POSTPETITION FINANCING AND GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. §§ 361, 362, AND 364; (B) AUTHORIZING USE OF CASH COLLATERAL; (C) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362; (D) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361, 362, 363, AND 364**<br><br>Hearing:<br><br>Date:     June 28, 2011<br>Time:     10:00 a.m.<br>Place:    Courtroom 303<br>             21041 Burbank Blvd.<br>             Woodland Hills, CA 91367<br><br>Judge:    Hon. Geraldine Mund |

ORDER GRANTING DEBTOR'S MOTION TO
CONTINUE DIP FINANCING

PRINTED ON
RECYCLED PAPER
7878689v1

1  The *Debtor's Motion to Continue Financing Pursuant to the Final Order (A)*
2  *Authorizing Postpetition Financing and Granting Security Interests and Superpriority*
3  *Administrative Expense Status Pursuant to 11 U.S.C. §§ 361, 362 and 364; (B) Authorizing Use of*
4  *Cash Collateral; (C) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; (D) Granting*
5  *Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364* (the "Motion") came on for
6  hearing on June 28, 2011 at 10:00 a.m. ("DIP Financing Hearing"). Appearances were as noted on
7  the record. Any capitalized terms not otherwise defined herein are as defined in the Motion and
8  *Amended Final Order (A) Authorizing Postpetition Financing and Granting Security Interests and*
9  *Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 361, 362 and 364; (B)*
10 *Authorizing Use of Cash Collateral; (C) Modifying the Automatic Stay Pursuant to 11 U.S.C.*
11 *§ 362; (D) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364* entered
12 June __, 2011 [Docket No. __] (the "Amended Final DIP Financing Order"), as applicable.
13 The Motion requests Court authorization for Debtor to continue to utilize the post-
14 petition financing (the "Financing" or "DIP Financing") under the Newstar Loan Agreement, up to
15 the amount set forth in the Liquidation Budget attached as Exhibit A to the Motion, subject to the
16 terms of the Amended Final DIP Financing Order, as amended hereby.
17 Having considered the Motion and the arguments of counsel:
18 **THE COURT FINDS THAT:**
19 A.  This Court has core jurisdiction over the Case, the Motion and the parties and
20 property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue is proper before this
21 Court pursuant to 28 U.S.C. §§ 1408 and 1409.
22 B.  The Notice of the Motion and DIP Financing Hearing [Docket No. 97] was proper
23 and adequate and a reasonable opportunity to object or be heard with respect to the Motion and
24 adequate notice has been afforded to all interested persons and entities.
25 C.  Good cause has been shown for the entry of this Order.
26 D.  The Debtor has an immediate need to obtain the Financing and use of Cash
27 Collateral in order to permit, among other things, the orderly winding down of its operation and
28 liquidation of its Remaining Assets. Debtor's access to sufficient working capital and liquidity

through the Financing and the use of Cash Collateral and other financial accommodations is vital to maximizing the value of the Debtor's Remaining Assets for the benefit of the Debtor's creditors and estate.

E.    The budget attached to the Motion as Exhibit A (the "Liquidation Budget") is acceptable to Newstar.

**IT IS ORDERED THAT:**

1.    Approval of the Motion.  The Motion is granted in all respects.  The failure to specifically describe or include any particular provisions of the DIP Credit Documents in this Order shall not diminish or impair the effectiveness of such provision in the DIP Credit Documents.

2.    Budget.  Attached to the Motion as Exhibit A is the Liquidation Budget that is acceptable to Newstar.  The Debtor may only use the proceeds of the Financing and DIP Credit Facility in accordance with the Liquidation Budget.

3.    Authorization of the Financing and the DIP Credit Documents.  The DIP Credit Documents and the Financing are approved on the same terms as set forth in the Amended Final DIP Financing Order, as amended hereinbelow in Section 4, solely to the extent necessary to implement the terms and conditions of this Order.  The Debtor is hereby authorized to borrow money under the Newstar Loan Agreement pursuant to the DIP Credit Documents, up to the amount forecast in the Liquidation Budget, subject to the limitations of borrowing under the DIP Credit Documents, which shall be used solely for purposes permitted under the DIP Credit Documents and Liquidation Budget.

4.    The terms of the Amended DIP Financing Order are hereby further amended, for purposes of this Order, as follows:

    a.  The provisions under Section 7(b)(v) [Failure to close the sale of the Debtor's assets pursuant to the APA by June 3, 2011] is replaced with "If Debtor is dispossessed from the property located at 7855 Hayvenhurst Avenue, Van Nuys, CA  91406 (the "Van Nuys Warehouse") prior to July 31, 2011."

    b.  The provision of Section 12(iii) regarding the termination of the right to use cash collateral and DIP Credit Facility is hereby amended to state that Debtor's right to

1 use Cash Collateral hereunder and the DIP Credit Facility shall terminate instead at
2 maturity on July 31, 2011.
3   c. The provisions under Section 14 (pertaining to a Break Up Fee related to the BMB
4   Sale) are hereby removed.

###

DATED: July 1, 2011

_____
United States Bankruptcy Judge

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, Seventh Floor, Los Angeles, California 90067-4308

A true and correct copy of the foregoing document described as ***ORDER GRANTING DEBTOR'S MOTION TO CONTINUE FINANCING PURSUANT TO THE FINAL ORDER (A) AUTHORIZING POSTPETITION FINANCING AND GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. §§ 361, 362, AND 364; (B) AUTHORIZING USE OF CASH COLLATERAL; (C) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362; (D) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361, 362, 363, AND 364*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***June 27, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
*Served By Overnight Mail*:
Hon. Geraldine Mund, United States Bankruptcy Court, 21041 Burbank Boulevard, Suite 342, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***June 27, 2011,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Newstar Business: Gregory Hesse    ghesse@hunton.com; alexanderj@hunton.com
Creditor's Committee: Daniel H Reiss    dhr@lnbyb.com; Gwendolen D. Long    gdl@lnbyb.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 27, 2011 | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ***ORDER GRANTING DEBTOR'S MOTION TO CONTINUE FINANCING PURSUANT TO THE FINAL ORDER (A) AUTHORIZING POSTPETITION FINANCING AND GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. §§ 361, 362, AND 364; (B) AUTHORIZING USE OF CASH COLLATERAL; (C) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362; (D) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361, 362, 363, AND 364*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ¥ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***June 27, 20111***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Michael C Abel    mcabel@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Julia W Brand    JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Ronald K Brown    rkbgwhw@aol.com
- John H Dolan    jdolan@hunton.com
- Jeffery D Hermann    jhermann@orrick.com
- Alexis M McGinness    amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- Daniel H Reiss    dhr@lnbyb.com
- S Margaux Ross    margaux.ross@usdoj.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

**III. <u>TO BE SERVED BY THE LODGING PARTY</u>:**

**<u>SERVED BY EMAIL</u>:**

**COMMITTEE OF UNSECURED CREDITORS**

Nord Race Paper International Limited - adrianlau@nordrace.com
Dumont Promotional Images, Inc. - Ken@dupro.com; brad@CSSales.com; lisa@CSSales.com
Edwards Properties - peggy@edcspringdale.com
Tin Hung Products Factory HK - lap@tinfultd.com
French Paper Co. – French@frenchpaper.com; fenske@frenchpaper.com
Banaras Beads Limited – saha@beadsonweb.com; info@banarasbead.com
CSA Canadian Sales Agency, Inc. - herman@csatransportation.com


**ADDITIONAL ENTITIES TO SERVE**

<u>Agent for Bridge Lenders</u>
Ron Cooper
11222 Brooks Road
Windsor, CA 95492
Email: ron.cooper@creativityinc.com

<u>Attorneys For Acquisition Corp.</u>
Paul Hastings Janofsky & Walker LLP
Jennifer B. Hildebrandt
515 South Flower St, 25th Fl
Los Angeles, CA 90071
Email: jenniferhildebrandt@paulhastings.com

<u>Attorneys For Acquisition Corp.</u>
Paul Hastings Janofsky & Walker LLP
Amit Mehta
191 North Wacker Drive, 30th Fl
Chicago, IL 60606
Email: amitmehta@paulhastings.com

<u>Attorneys For Newstar Business Cred</u>
Hunton & Williams LLP
Gregory G. Hesse
1445 Ross Avenue, Ste 3700
Dallas, TX 75202
Email: ghesse@hunton.com
Email: alexanderj@hunton.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**