DAVID L. NEALE (SBN 141225)
DANIEL H. REISS (SBN 150573)
GWENDOLEN D. LONG (SBN 276443)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyb.com, dhr@lnbyb.com, gdl@lnbyb.com

Proposed Counsel for the Official
Committee of Unsecured Creditors

FILED & ENTERED

JUL 01 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>WESTRIM, INC. dba WESTRIM CRAFTS, a Delaware corporation,<br><br>Debtor and Debtor in Possession. | Case No.: 1:11-bk-15313-GM<br><br>Chapter 11<br><br>**ORDER VACATING ORDER (A) AUTHORIZING POSTPETITION FINANCING AND GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. §§ 361, 362, AND 364; (B) AUTHORIZING USE OF CASH COLLATERAL; (C) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362; (D) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361, 362, 363, AND 364**<br><br>Hearing:<br><br>Date:  June 28, 2011<br>Time:  10:00 a.m.<br>Ctrm:   303<br><br>Judge: Hon. Geraldine Mund |

The Court, having entered that certain *Final Order (A) Authorizing Postpetition Financing and Granting Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 361, 362, and 364; (B) Authorizing Use of Cash Collateral; (C) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; (D) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364* entered on June 3, 2011 [Docket No. 64] (the "Entered Order"), and now having been informed that the Entered Order was uploaded in error and did not reflect the agreed terms of the parties and the ruling of this Court, and for good cause appearing,

IT IS HEREBY ORDERED:

1. The Entered Order is VACATED.

2. A corrected form of order will be uploaded promptly that, upon entry, will be effective retroactively to the effective date of the Entered Order.

### # # #

DATED: July 1, 2011

*[signature]*
United States Bankruptcy Judge

2

# PROOF OF SERVICE OF DOCUMENT (ORDER)

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **ORDER VACATING ORDER (A) AUTHORIZING POSTPETITION FINANCING AND GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. §§ 361, 362, AND 364; (B) AUTHORIZING USE OF CASH COLLATERAL; (C) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362; (D) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361, 362, 363, AND 364** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ __, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 28, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Courtesy Copy Delivered by Personal Delivery**
Hon. Geraldine Mund
United States Bankruptcy Court
San Fernando Valley Division
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**
5088

**Served by Email on June 27, 2011**

- **Alexis M McGinness - amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com**
- **David M Poitras - dpoitras@jmbm.com**
- **Gregory Hesse  ghessee@hunton.com; alexanderj@hunton.com**
- **Ron Cooper – ron.cooper@creativityinc.com**
- **Amit Mehta – amitmehta@paulhastings.com**
- **Jennifer B. Hildebrandt – jenniferhildebrandt@paulhastings.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 27, 2011 | Trish Melendez | /s/ Trish Melendez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  
5088

**F 9013-3.1.PROOF.SERVICE**

4

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER VACATING ORDER (A) AUTHORIZING POSTPETITION FINANCING AND GRANTING SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. §§ 361, 362, AND 364; (B) AUTHORIZING USE OF CASH COLLATERAL; (C) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362; (D) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361, 362, 363, AND 364** was entered on the date indicated as  Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 27, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Michael C Abel**   mcabel@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- **Julia W Brand**   JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- **Ronald K Brown**   rkbgwhw@aol.com
- **John H Dolan**   jdolan@hunton.com
- **Jeffery D Hermann**   jhermann@orrick.com
- **Alexis M McGinness**   amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
- **David M Poitras**   dpoitras@jmbm.com
- **Daniel H Reiss**   dhr@lnbyb.com
- **S Margaux Ross**   margaux.ross@usdoj.gov
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

***DEBTOR***
Westrim Inc.
7855 Hayvenhurst Avenue
Van Nuys, CA  91406

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*              **F 9021-1.1.NOTICE.ENTERED.ORDER**