DAVID M. POITRAS P.C. (CA Bar No. 141309)
ALEXIS M. McGINNESS (CA Bar No. 241449)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 712-8571
Email:        dpoitras@jmbm.com

Counsel for Westrim, Inc.,
Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | CASE NO.    1:11-bk-15313-GM |
| WESTRIM, INC. dba WESTRIM CRAFTS, a Delaware corporation. | Chapter 11 |
| Debtor. | **SUPPLEMENTAL DECLARATION OF RONALD B. COOPER IN SUPPORT OF DEBTOR'S MOTION FOR ORDER AUTHORIZING: (A) SALE OF CERTAIN ASSETS OF THE ESTATE, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS AND (B) DISPOSAL OF CERTAIN ENVIRONMENTAL AND CONSUMER NON-COMPLIANT PRODUCTS; AND (C) ABANDONMENT OF CERTAIN PERSONAL PROPERTY** |
| | Hearing: |
| | Date:    July 12, 2011<br>Time:    10:00 a.m.<br>Place:    Courtroom 303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |
| | Judge:    Hon. Geraldine Mund |

*JMBM* | Jeffer Mangels Butler & Mitchell LLP

## DECLARATION OF RONALD B. COOPER

I, Ronald B. Cooper, do hereby declare as follows:

1.      I am the President and Chief Executive Officer of Debtor.  I am authorized to make this declaration on behalf of Westrim, Inc. dba Westrim Crafts, debtor and debtor in possession in the above entitled bankruptcy case ("Westrim" or "Debtor").

**2.**      Certain of the facts set forth in this declaration are based upon Debtor's business records.  The documents and papers which comprise the business records of Debtor are maintained by persons whose duty it is to keep such records accurately and correctly.  Said records are created by employees of Debtor by making a written record of each transaction or occurrence which relates to such events at or shortly after the time of such transaction or occurrence.  I have reviewed certain of Debtor's records prior to making this declaration.

3.      Each of the facts set forth herein are true and correct, to the best of my actual knowledge, information and belief.  If called as a witness, I could and would competently testify with respect to the matters set forth herein.

4.      This supplemental declaration is made in support of *Debtor's Motion for Order Authorizing (A) Sale of Certain Assets of the Estate, Free and Clear of all Liens, Encumbrances and Interests; (B) Disposal of Certain Environmental and Consumer Non-Compliant Products; and (c) Abandonment of Certain Personal Property* (the "Liquidation Sale Motion" or "Motion").

5.      Capitalized terms used in this declaration and not specifically defined herein shall have the meaning assigned to such terms in the Motion.

6.      The Liquidation Sale Motion was sent to the following parties that have expressed an interest or that I believe may have an interest in Debtor's Remaining Assets:

American Warehouse Equipment, Inc.          Accessory One

MDM Distributors          Leon Korol Co

Joe Loo          Craven Closeouts

Fire Mountain Gems and Beads

PRINTED ON
RECYCLED PAPER

7896142v3

7.      In addition to the parties in paragraph 6 above, Debtor has held discussions with Northbay Networks, Inc., American Warehouse Equipment Inc. and Industrial Solutions Co. as well as DCWV (defined below) regarding their interest in purchasing certain Remaining Assets.

**Bead Inventory**

8.      Pursuant to the BMB Sale Order, Debtor sold the assets of Blue Moon Beads to BMB Acquisition Corp. on June 7, 2011 (the "BMB Sale").

9.      Certain of the inventory related to the beads business was not acquired by DCWV Acquisition Corp, assignee of BMB Acquisition Corp. ("DCWV") as part of the BMB Sale, including some Non-Compliant Products (the "Bead Inventory").   Debtor estimates in the Sale Liquidation Motion that the remaining Bead Inventory has an approximate standard cost value of $1.3 million.  As set forth in the Motion, we anticipated an overall expected recovery of the Bead Inventory of $250,000, which represents 19.2% of the standard costs of the items purchased.

10.     I believe that DCWV will purchase certain of the Bead Inventory on the same basis as the inventory purchased in the BMB Sale (i.e. 100% of standard cost or 50% of standard cost depending upon the item and volume).   The estimated value to be purchased is approximately $100,000.00, with an estimated standard cost of $150,000, for a projected recovery of 75% of standard cost.

11.     DCWV has also made a preliminary offer to purchase an additional 1,000,000 units of Bead Inventory for a new program DCWV is negotiating with Big Lots.  The standard cost of this inventory is approximately $500,000.  The purchase price for this inventory is $0.13 per unit, which is equal to a purchase price of approximately $130,000, for a projected recovery of 26% of standard cost.  The offer is contingent upon final approval by Big Lots, which should occur July 20, 2011.  All of the inventory purchased will be sold to Big Lots.

12.     Fire Mountain Gem has reaffirmed its interest in purchasing any remaining Bead Inventory at $0.10 per unit, which represents approximately 20% of the standard cost of those inventory units.  The actual amount purchased will depend upon how much inventory remains after the two DCWV purchases less the Non-Compliant Products, which will be disposed as set forth in the Liquidation Sale Motion.

JMBM  Jeffer Mangels
Butler & Mitchell LLP

PRINTED ON
RECYCLED PAPER

13.     Through the above sales, Debtor anticipates selling all of its Bead Inventory, except the Non-Compliant Products that will be disposed of separately.   Debtor has not received any other purchase offers for the Bead Inventory at the same or higher purchase price than described above.

**Non-Bead Inventory**

14.     In the Liquidation Sale Motion, Debtor estimates the Non-Bead Inventory having a standard cost value of approximately $600,000, which could yield a recovery of $22,000.00. Debtor has continued to seek offers for the remaining Non-Bead Inventory, but as of the date of this declaration, Debtor has not received any firm offers for the purchase of the Non-Bead Inventory.

**Fixed Assets and Other Personal Property**

15.     As set forth in the Liquidation Sale Motion, Debtor estimated it could recover approximately $50,000 for the Debtor's Fixed Assets (as defined in the Liquidation Sale Motion) that were identified in Exhibit C.

16.     Debtor has held discussions and received bids from several parties, which are included as **Exhibit E** .

17.     After eliminating the overlap of the items that are included in the different bids, the estimated value of the aggregate bids is approximately $100,000.00.

18.     The purchase prices for the Fixed Assets proposed in Exhibit E incorporate the buyer's costs of removal of such Fixed Assets so no additional expenses are anticipated with regard to the sale of such assets.

19.     Debtor will continue to seek the highest purchase price for the Fixed Assets and continue to seek buyers for other remaining Fixed Assets.

1        I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.  This declaration is executed this 8th day of July, 2011 in Windsor,

3    California.

4

5                                            RONALD B. COOPER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER

JMBM | Jeffer Mangels
Butler & Mitchell LLP

# EXHIBIT E

**Bruce Worley**

**From:** Joe Occhipinti [joe@aweonline.com]
**Sent:** Thursday, July 07, 2011 8:37 AM
**To:** Bruce Worley
**Subject:** Fwd: bid

Begin forwarded message:

> **From:** Joe Occhipinti <joe@aweonline.com>
> **Date:** May 2, 2011 2:07:19 PM PDT
> **To:** Bruce Worley <bruce.worley@creativityinc.com>
> **Subject: bid**

Bruce,

AWE, Inc. will purchase the following racking material:

| | | |
|---|---|---|
| 24' Uprights | 438 ea @ $50.00 | $ 21,900.00 |
| 12' Load Beams | 1372 pr @ $20.00 | 27,440.00 |
| 10' Load Beams | 12 pr   @ $16.00 | 192.00 |
| 9' Load Beams | 64 pr   @ $16.00 | 1,024.00 |
| Row Spacers | 552 ea   @ $1.00 | 552.00 |
| Wood Supports | 8536 ea  @ .25c | 2,134.00 |
| 42" Span Track | 234 ea  @ $1.50 | 351.00 |

| | |
|---|---|
| Subtotal | $ 53,593.00 |
| Less labor: patch anchor bolts | 1,593.00 |
| Total paid to Westrim | $ 52,000.00 |

We will require 6-7 working days to complete.
Let me know when you might want us to start.

Thanks,

Joe Occhipinti
President

**American Warehouse Equipment, Inc**
18643 Eddy St
Northridge, CA 91324
www.aweonline.com
818-576-9760
818-576-9741

Joe Occhipinti
President

7/7/2011

**Exhibit E-6**

**Bruce Worley**

| | |
|---|---|
| **From:** | Richard Samaan [rich@accessoryone.com] |
| **Sent:** | Thursday, July 07, 2011 12:33 PM |
| **To:** | Bruce Worley |
| **Subject:** | Re: SALE OF EQUIPMENT FROM WESTERN TRIMMING CORP. |

Bruce,

My bid for the following items is $35000.00

On Thu, Jul 7, 2011 at 11:43 AM, Bruce Worley <Bruce.Worley@creativityinc.com> wrote:

Purchase equipment as is.( Total package deal)


FORK LIFTS / REACH TRUCKS


1)   Clark Model# N45FR  Serial # 138HO36805

2)   Clark Model# NRO35AENL24TE131 Serial# C815N)6591-D

3)   Clark Model# NRO35AENL24T131 Serial# C815NO1668 – Y

4)   Clark Model# NRO35AENL24T131 Serial# C815NO3177 – A

5)   Clark Model#NRO35AENL24T131  Serial# C815NO4453 –D

6)   Clark Model#NRO35AENL24TE131 Serial#C815NO4457 –B

7)   Clark Model#NRO35AENL24TE131 Serial#C815NO6588D          Total 7 reach
trucks charges go with each piece of equip.

Walkie  Ryder Battery Pallet Jacks


1)   Yale Model# MPE060LEN24T2748 Serial# A896NO6746 – D

2)   Yale Model # MPE060len24T2748 Serial# 896NO6509 - C

3)   Yale Model # MPE060Len24T2748 Serial # A896NO6745 – D

4)   Yale Model# MPE060LEN24T2748 Serial # A 896N)6761 – D

5)   Yale Model# MPEO60LEN24T2748 Serial # A896NO6510 – C          Total 5 Walkie
Ryders  charges go with each piece of equip.

7/7/2011

Exhibit E-7

Order Pickers

1) Clark Model # 05030BEN24TE131 Serial # D826N02204 –B

2) Clark Model # 05030BE24TE131 Serial #D826NO2643 – D

3) Clark Model #05030BE24TE131 Serial #D826NO2197 – B

4) Clark Model #05030BE24TE131 Serial # D826NO2199 B          Total 4 Order Pickers charges go
with each piece of equip.

All equipment listed above 2007 models

--
Rich Samaan
President
AccessoryOne
818-355-5000

7/7/2011

Exhibit E-8



# Proposal Specially Prepared For:

# Bruce Worley With,
# Creativity, Inc

Exhibit E-9



101 ) North Main St
Los Angeles, Ca 90012
(888) 809-1648 Phone & Fax
(818) 231-7258 Direct
industrialsolutionscompany@Gmail.com
www.Industrialsolutionscompany.com

Hello,

Thank you for your interest in doing business with ISC.

Please find the attached Proposal for your review, also keep in mind the proposal has an
expiration date due to possible market price changes for your equipment and/or material. Your
prompt response will be greatly appreciated to be able to honor the original proposal pricing and
conditions.

To accept proposal please do the following:

1. Sign and date proposal.
2. Fax to **(888) 809-1648** or Email to **Industrialsolutionscompany@gmail.com**
3. A purchase order will be issued and an ISC Representative will contact you for further
   instructions for pick up and payment.

Once again, thank you for your interest in doing business with ISC.

Best Regards,
Don Munoz
Purchasing agent



# Proposal

1010 North Main St
Los Angeles, Ca 90012
(888) 809-1648 Phone & Fax
(818) 231-7258 Direct
Industrialsolutionscompany@Gmail.com
www.Industriesolutionscompany.com

Date: 5/11/2011

TO:
Bruce Worley
Creativity, Inc.
7355 Hayvenhurst Ave
Van Nuys, Ca 91406
818-988-8280
818-901-6479 Fax
Bruce.worley@creativityinc.com

In reference to the surplus assets that your company has available for bid located at your Van Nuys, Ca locations. We are pleased to submit the following proposal for your consideration at your request.

| This proposal will expire if not accepted on or before |
|---|
| 5/18/11 |

TERMS AND CONDITIONS OF PROPOSAL:

## A. DESCRIPTION OF ITEMS OFFERED TO PURCHASE

| LOT | QTY | DESCRIPTION | UNIT PRICE |
|---|---|---|---|
| 1 | x | Steel Roller Conveyors | $275 P/Ton |
| 2 | x | Steel Pallet Racks | $275 P/Ton |
| 3 | x | Unprepared Steel 1: Mixed equipment & office furniture. | $200 P/Ton |

Exhibit E-11

**B. SHIPPING AND LOADING**

ISC will arrange the dismantling, removal and shipping of all successfully negotiated items. Selling party will provide ISC and its sub-contractors access to the premises for the removal of any successfully negotiated items with ISC. On availability, selling party may provide access to a fork lift available on premises if needed, for the moving and loading of successfully negotiated items. ISC will make an effort to complete the removal of all successfully negotiated items by the date and time agreed between parties or in the least time possible in the interest to prevent any inconvenience to seller's regular flow of business.

**C. METALS PROCESSING AND RECYCLING**

Upon removal and completion of project, ISC will segregate and weigh all metals by a public scale. Payment will then be calculated and submitted to selling party within 3 business days of completion of project or by terms specified on purchase order and a Service fee will be applied.

**D. INSURANCE COVERAGE**

ISC will provide a Commercial Certificate of Insurance in excess of $3,000,000 in aggregate coverage for general liability, workers compensation and employer's liability.

**E. HAZARDOUS MATERIALS**

Items contaminated with hazardous materials must first be cleaned by seller.

**F. DMV REGISTERED ITEMS**

Selling party will provide on or before the date of removal **one** of the following for any DMV registered contracted assets:

1. Pink slip title + Bill of sale to: "ask ISC Rep."
2. Junk slip/Non-op + No outstanding lien holders + Bill of Sale to: "ask ISC Rep."
3. Duplicate title + No outstanding lien holders + Registration (not to be expired more than 3 years) + Bill of Sale to: "ask ISC Rep."

\*Please contact ISC rep. if you are not able to meet one of the above requirements.

**G. PROJECT COMMENCE DATE**

Upon successful negotiation and agreement, seller would like to start this project by:

(Date) _____ (time) _____ to _____ -or-

Within the following date(s) and time(s): _____

and/or No later than: (Date) _____ (time) _____

**H. RESPONSE FROM SELLING PARTY**

1. By signing below, selling party agrees to the terms and conditions mentioned above.


Signature                          Print Name                          Date


**-OR COUNTER ON NEXT PAGE-**

Exhibit E-12

2. Selling party agrees to the terms and conditions mentioned above, with the following exceptions:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

By signing below, selling party agrees to the terms and conditions only with exceptions mentioned above.

_____        _____        _____
Signature                        Print Name                       Date

Page 5 of 5

Exhibit E-13

OFFER FROM DCWV RELATED TO FIXED ASSETS

| Ordered By | Depart | Code | Asset Description | Model/Size | Market Value New | Market Value Used | Offer Per | Qty | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Iliana | TradeShow | TRADE | Rolling Gondola | 2.5ft*W | $5,000.00 | | See Total | 12 | $0.00 | |
| Iliana | TradeShow | TRADE | Rolling Gondola | 4.0ft*W | $5,000.00 | | See Total | 5 | $0.00 | |
| Iliana | TradeShow | TRADE | Bases for Gondolas | 2.5ft*W | | | See Total | 6 | $0.00 | Each gondola requires 2 bases. One each per side. |
| Iliana | TradeShow | TRADE | Bases for Gondolas | 4.0ft*W | | | See Total | 4 | $0.00 | |
| Iliana | TradeShow | TRADE | Shelves for Gondolas | 2.5ft*W | | | See Total | 4 | $0.00 | |
| Iliana | TradeShow | TRADE | Shelves for Gondolas | 4.0ft*W | | | See Total | 6 | $0.00 | |
| Iliana | TradeShow | TRADE | Lights for Gondolas | | | | See Total | 32 | $0.00 | 16 Boxes- (2 lights per box) 2 lights per gondola |
| Iliana | TradeShow | TRADE | Crate | 6'x4'x7' | | | See Total | 4 | $0.00 | Fits 5 -4ft gondolas & 3 sets of bases |
| Iliana | TradeShow | TRADE | Crate | 4'x4'x7' | | | See Total | 2 | $0.00 | Fits walls of CHA booth |
| Iliana | TradeShow | TRADE | Crate | 6'x4'x6' | | | See Total | 2 | $0.00 | Fits walls of CHA booth |
| Iliana | TradeShow | TRADE | Crate | 6'x5'x3' | | | See Total | 1 | $0.00 | Fits Door of CHA booth |
| | | | | | **TOTAL TRADE SHOW BOOTH** | | | 77 | $4,500.00 | Bid price for all above Gondola booth parts |
| Iliana | TradeShow | TRADE | Pegs | 2" & 3" Single & Double | $0.15 | | See Total | 10000 | $0.00 | |
| Iliana | TradeShow | TRADE | Peg Wall | 2.5ft & 4ft Sections | | | See Total | 200 | | |
| Iliana | TradeShow | TRADE | Bust- Standing (w/ 8 bases) | | | | See Total | 8 | | |
| Iliana | TradeShow | TRADE | Bust- Sml gray | 8" | $13.00 | | See Total | 3 | | |
| Iliana | TradeShow | TRADE | Bust- Lrg gray | 12" | $15.00 | | See Total | 12 | | |
| Iliana | TradeShow | TRADE | Bust- Sml white leather | 10" | $19.00 | | See Total | 7 | | |
| Iliana | TradeShow | TRADE | Bust- Sml Blk wood | 12" | $24.00 | | See Total | 2 | | |
| Iliana | TradeShow | TRADE | Bust- Tall Brwn wood | 24" | $40.00 | | See Total | 5 | | |
| Iliana | TradeShow | TRADE | Easels Acrylic | 12" | $2.00 | | See Total | 7 | | |
| Iliana | TradeShow | TRADE | Jewelry stands -acrylic | 15" | $6.00 | | See Total | 2 | | |
| Iliana | TradeShow | TRADE | Bust white stone | 8" | $6.00 | | See Total | 1 | | |
| Iliana | TradeShow | TRADE | Earring displays | | $4.00 | | See Total | 9 | | |
| Iliana | TradeShow | TRADE | Ring displays | | $4.00 | | See Total | 1 | | |
| Iliana | TradeShow | TRADE | Bracelet displays | | $4.00 | | See Total | 8 | | |
| | | | | | **TOTAL MISC TRADE SHOW** | | | 10265 | $300.00 | Total for all other trade show display items |
| Carolina | PD Essential | CHAIR | Desk Chairs | | | | $60.00 | 40 | $2,400.00 | |
| Iliana | Marketing | CHAIR | Desk Chairs | | | | $60.00 | 1 | $60.00 | |
| Iliana | Marketing | CHAIR | Chairs (Non Rolling) | | | | $40.00 | 2 | $80.00 | |
| Marlene | Sales/OD/CC | CHAIR | Desk Chairs | | | | $60.00 | 6 | $360.00 | |
| Marlene | Sales/OD/CC | CHAIR | Chairs (Non Rolling) | | | | $40.00 | 4 | $160.00 | |
| Wendy | Designer | CHAIR | Desk Chairs | | | | $60.00 | 1 | $60.00 | |
| Wendy | Designer | CHAIR | Chairs (Non Rolling) | | | | $40.00 | 2 | $80.00 | |
| Mary Jane | SCM | CHAIR | Desk Chairs | | | | $60.00 | 4 | $240.00 | |
| Mary Jane | SCM | CHAIR | Chairs (Non Rolling) | | | | $40.00 | 5 | $200.00 | |
| | | | | | **TOTAL CHAIRS** | | | 65 | $3,640.00 | |
| Carolina | PD Essential | COMP | Desk top work station for printer--includ | Dell Optiplex | $500.00 | | $50.00 | 1 | $50.00 | each printer |
| Carolina | PD Essential | COMP | Laptop (PCs)--include Monitor, Mouse, K | Dell E5500 | | $ 150 | $150.00 | 3 | $450.00 | - minimum: MS Excel - required to run LabelView software |
| Carolina | Graphic Serv | COMP | Mac Tower--include Monitor, Mouse, Key, Speaker, Dock, etc | | $3,000.00 | $ 1,200 | $1,200.00 | 1 | $1,200.00 | - linked to share drive |
| Carolina | Graphic Serv | COMP | Mac Tower--include Monitor, Mouse, Key, Speaker, Dock, etc | | $300.00 | | $50.00 | 1 | $50.00 | - internet accessible for upgrades |
| Carolina | Graphic Serv | COMP | Mac Tower--include Monitor, Mouse, Key, Speaker, Dock, etc | | $100.00 | | $25.00 | 3 | $75.00 | - linked to DataMax and Avery printers or two individual workstations required for |
| Carolina | Graphic Serv | COMP | Mac 3G Tower--include Monitor, Mouse, Key, Speaker, Dock, etc | | $25.00 | | $25.00 | 1 | $25.00 | |
| Carolina | Graphic Serv | COMP | PC Tower--include Monitor, Mouse, Key, | Dell Precision T3400 | $1,100.00 | $ 200 | $100.00 | 1 | $100.00 | |
| Carolina | Graphic Serv | COMP | PC notebook--include Monitor, Mouse, K | Dell Latitude D530 | $1,100.00 | $ 150 | $50.00 | 1 | $50.00 | |
| Carolina | Graphic Serv | COMP | Mac PowerBook--include Monitor, Mous | MacBook Pro "Core 2 D | $2,500.00 | $ 1,200 | $650.00 | 1 | $650.00 | |
| Carolina | Graphic Serv | COMP | Laptop Dock | Book Endz docking stati | $300.00 | $ 30 | $30.00 | 1 | $30.00 | |
| Carolina | Graphic Serv | COMP | Wacom Tablet--include Monitor, Mouse, Key, Speaker, Dock, etc | | $930.00 | $ 220 | $200.00 | 3 | $600.00 | |
| Marlene | Sales/OD/CC | COMP | Laptop with docking station and monitor | | | | $150.00 | 3 | $450.00 | |
| Wendy | Designer | COMP | MacBookPro Laptop Computer | | | | $500.00 | 1 | $40.00 | |
| Marlene | Sales/OD/CC | COMP | Desk top work station for printer--includ | Dell Optiplex | $500.00 | | $50.00 | 3 | $150.00 | |

| Ordered By | Depart | Code | Asset Description | Model/Size | Market Value New | Market Value Used | Offer Per | Qty | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Mary Jane | SCM | COMP | laptops | | | | $80.00 | 2 | $160.00 | |
| Mary Jane | SCM | COMP | desktops--include Monitor, Mouse, Key, Speaker, Dock, etc | | | | $40.00 | 3 | $120.00 | |
| | | | **TOTAL COMPUTER Set-Ups** | | | 200 | | 28 | **$4,200.00** | |
| Iliana | Marketing | CUBE | cubes with associated shelving & desk space | | | | $185.00 | 2 | $370.00 | |
| Marlene | Sales/OD/CE | CUBE | cubes with associated shelving & desk space | | | | $185.00 | 4 | $740.00 | |
| Mary Jane | SCM | CUBE | cubes with associated shelving & desk space | | | | $185.00 | 3 | $555.00 | |
| Carolina | PD Essential | CUBE | cubes with associated shelving & desk space | | | | $185.00 | 8 | $1,480.00 | |
| | | | **TOTAL CUBICALS** | | | | | 17 | **$3,145.00** | |
| Carolina | Graphic Ser | DESK | Desk | L-desk | $400.00 | | $185.00 | 5 | $925.00 | |
| Iliana | Marketing | DESK | desk | | | | $185.00 | 1 | $185.00 | |
| Marlene | Sales/OD/CE | DESK | desk | | | | $185.00 | 2 | $370.00 | |
| Wendy | Designer | DESK | Mahogany office desk | | | | $185.00 | 1 | $185.00 | |
| Mary Jane | SCM | DESK | desks | | | | $185.00 | 2 | $370.00 | |
| | | | **TOTAL DESKS** | | | | | 11 | **$2,035.00** | |
| Carolina | Graphic Ser | ETC | Center island counter | | $600.00 | | $250.00 | 1 | $250.00 | |
| Carolina | Graphic Ser | ETC | Counter top | | $120.00 | 40 | $40.00 | 1 | $40.00 | |
| Carolina | PD Essential | ETC | Projector | Sharp XR-1S | $1,600.00 | | $500.00 | 1 | $500.00 | used in JI, kept in Elga's office |
| Carolina | PD Essential | ETC | Projector | Panasonic PT-L850NTU | $2,700.00 | | $250.00 | 1 | $250.00 | used in PD Conference, kept in IT cabinet |
| Carolina | PD Essential | ETC | Projection screen-wall mounted | Bretford 5088M | $900.00 | | $250.00 | 1 | $250.00 | in JI |
| Carolina | PD Essential | ETC | Projection screen-portable tripod | Bretford 3770MKE | $360.00 | | $100.00 | 1 | $100.00 | in Gary's office |
| Carolina | PD Essential | ETC | Thermal Transfer Printer | DataMax E4304 | $845.00 | | $350.00 | 1 | $350.00 | -for small bar code print runs<br>-in SCM area<br>-single user |
| Carolina | PD Essential | ETC | Encoding & Label Design Software | Teklynx LabelView Gold | $1,050.00 | | $100.00 | 2 | $200.00 | -program in desktop in SCM area<br>-program in production area for Avery printer<br>********see note below*********** |
| Carolina | PD Essential | ETC | Thermal Bar Code Printer | Avery AP5.4 | $1,700.00 | | $75.00 | 1 | $75.00 | -in production area<br>-required for large bar code print runs<br>****DataMax Printer not required of this printer available, but will need to be accessible to office for small print runs. One software license required instead of two.**************************** |
| Carolina | PD Essential | ETC | White boards + Cork Boards | | | | $30.00 | 14 | $420.00 | |
| Marlene | Sales/OD/CE | ETC | trash cans | | | | $5.00 | 6 | $30.00 | |
| Marlene | Sales/OD/CE | ETC | Desk Fans | | | | $5.00 | 3 | $15.00 | |
| Gary | | ETC | Rolling Whiteboard | | | | $200.00 | 1 | $200.00 | |
| Mary Jane | SCM | ETC | trash cans | | | | $5.00 | 5 | $25.00 | |
| Mary Jane | All | ETC | shredders | | | | $10.00 | 2 | $20.00 | |
| Marlene | Sales/OD/CE | ETC | Bulltin Board | | | | $30.00 | 1 | $30.00 | |
| | | | **TOTAL MISC OFFICE** | | | | | 42 | **$2,755.00** | |
| Marlene | Sales/OD/CE | FILE | desk file cab | | | | $60.00 | 1 | $60.00 | |
| Carolina | Graphic Ser | FILE | File Cabinet | 2 drawers | | | $60.00 | 63 | $3,780.00 | |
| Marlene | Sales/OD/CE | FILE | file cabinets large draws | | | | $60.00 | 3 | $180.00 | |
| Marlene | SCM | FILE | 2 drawer wood lateral filing cabinets | | | | $60.00 | 3 | $180.00 | |
| Mary Jane | SCM | FILE | 2 drawer wood lateral filing cabinets | | | | $60.00 | 4 | $240.00 | |
| Marlene | SCM | FILE | 4 drawer metal lateral filing cabinets | | | | $60.00 | 6 | $360.00 | |
| | | | **TOTAL FILE CABINETS** | | | | | 80 | **$4,800.00** | |
| Carolina | PD Essential | PHONE | Conference phone | Polycom Soundstation | $599.99 | | $200.00 | 1 | $200.00 | used in JI (possible not needed) |
| | | | **TOTAL OFFICE PHONES** | | | | | 1 | **$200.00** | |
| Carolina | Graphic Ser | PRINT | Printer (Large Format) | Epson stylus pro 9880 | $5,000.00 | 1,500 | $100.00 | 1 | $100.00 | |
| Carolina | Graphic Ser | PRINT | Printer (Large Format) | Epson stylus pro 4880 | $2,000.00 | 800 | $100.00 | 1 | $100.00 | |
| Carolina | Graphic Ser | PRINT | Printer (Large Format) | | $2,000.00 | 800 | $100.00 | 1 | $100.00 | |
| Carolina | Graphic Ser | PRINT | Printer (Color Lazer) | Xerox docucolor 12 | $4,000.00 | 1,000 | $400.00 | 1 | $400.00 | |
| Carolina | Graphic Ser | PRINT | Printer ( B/W Lazer) | HP Laserjet 4250/4350 | $400.00 | 100 | $100.00 | 1 | $100.00 | |
| | | | **TOTAL PRINTERS** | | | | | 5 | **$800.00** | |
| Carolina | Graphic Ser | SCAN | Scanner | Canon CanoScan Lide 6 | $130.00 | 30 | $30.00 | 1 | $30.00 | |
| Carolina | Graphic Ser | SCAN | Scanner | Epson Expression 1000 | $2,500.00 | 1,700 | $500.00 | 1 | $500.00 | |
| | | | **TOTAL SCANNERS/COPIERS** | | | | | 2 | **$530.00** | |
| Carolina | Graphic Ser | STOR | storage cabinet | tall with double door | $700.00 | 200 | See Total | 2 | | |

Exhib
6

| Ordered By | Depart | Code | Asset Description | Model/Size | Market Value New | Market Value Used | Offer Per | Qty | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Carolina | Graphic Serv | STOR | 3-drawers storage | desk | $2,000.00 | $ 600 | See Total | 16 | | |
| Carolina | Graphic Serv | STOR | Wood Shelf | Ikea | $400.00 | $ 180 | See Total | 3 | | |
| Carolina | Graphic Serv | STOR | Metal Shelf | Ikea | $240.00 | $ 120 | See Total | 4 | | |
| Carolina | Graphic Serv | STOR | Paper cabinet | | $2,000.00 | $ 1,000 | See Total | 2 | | |
| Iliana | Marketing | STOR | bookcase | | | | See Total | 1 | | |
| Iliana | Marketing | STOR | credenza | | | | See Total | 1 | | |
| Iliana | Marketing | STOR | Storage cabinets with doors | | | | See Total | 2 | | |
| Marlene | Sales/OD/CS | STOR | I Full Book Case and 1 1/2 book case | | | | See Total | 2 | | |
| Marlene | Sales/OD/CS | STOR | credenza | | | | See Total | 2 | | |
| Mary Jane | SCM | STOR | bookcases | | | | See Total | 2 | | |
| Mary Jane | SCM | STOR | wood cube storage cabinet | | | | See Total | 1 | | |
| | | | | | | | **TOTAL STORAGE UNITS** | **38** | **$1,900.00** | Total for all office storage units |
| Carolina | Graphic Serv | TABLE | Tables | working tables | $70.00 | | $15.00 | 4 | $60.00 | |
| Marlene | Sales/OD/CS | Table | Conference table and 12 chairs | | | | $400.00 | 2 | $800.00 | |
| | | | | | | | **TOTAL TABLES/CONF ROOM** | **6** | **$860.00** | |
| Cade | Warehouse | WHSE | Storage bins—for Wal-Mart DSDC | | | | $2.00 | 500 | $1,000.00 | |
| Cade | Warehouse | WHSE | Smaller bins | | | | $1.50 | 500 | $750.00 | |
| Cade | Warehouse | WHSE | Pallet scale with long ramp | | $1,600.00 | | $200.00 | 1 | $200.00 | Can't find Display |
| Cade | Warehouse | WHSE | Spantrak Rack rollers | | | | $650.00 | ALL | $500.00 | 336 total pieces |
| Cade | Warehouse | WHSE | Step stools | | | | $10.00 | 15 | $150.00 | |
| Cade | Warehouse | WHSE | Shop Fans | | | | $25.00 | 5 | $125.00 | |
| Cade | Warehouse | WHSE | Pallet Jacks | Crown | | | $50.00 | 3 | $150.00 | |
| Cade | Warehouse | WHSE | Fork lifts–REACH TRUCK | Yale | | | $4,500.00 | 1 | $4,500.00 | |
| Cade | Warehouse | WHSE | Riding Pallet Jacks | Yale | | | $2,500.00 | 2 | $5,000.00 | |
| Cade | Warehouse | WHSE | Box scales | Various Models | | | $50.00 | 4 | $200.00 | |
| Cade | Warehouse | WHSE | Wood Desk/Cubicle | | | | $100.00 | 2 | $200.00 | |
| Cade | Warehouse | WHSE | Metro Cart/Shelves | | | | $100.00 | 3 | $300.00 | |
| Cade | Warehouse | WHSE | Pallet of misc. WHSE Safety Gear | Line painter/paint/guide guards | | | $100.00 | 1 | $100.00 | |
| Case | Warehouse | WHSE | FKLFT Ramps (Set of 2) | | | | $100.00 | 2 | $200.00 | |
| Cade | Warehouse | WHSE | Propane tanks | | | | $10.00 | 3 | $30.00 | |
| Cade | Warehouse | WHSE | Label Printer | Plantronix T500 with verifier and rewinder | | | $450.00 | 2 | $900.00 | |
| PROD | Warehouse | WHSE | Impulse Sealer | Type: Tish 300;  Watt 430w;  Source: AC 110-120V | | | $20.00 | 5 | $100.00 | Quantity: 5 and I recommend just taking the ones we have and buying the pieces to repair them. |
| PROD | Warehouse | WHSE | Scale Setra | Model 2000c | | | $50.00 | 1 | $50.00 | Quantity: 1 and I recommend taking the one we have |
| PROD | Warehouse | WHSE | Sato Barcode Printer | Model: CL412E;  Input: 100—120/200/240v;  3/1.5a 50 | | | $450.00 | 1 | $450.00 | Quantity: 1 an I recommend you take the one we have. |
| PROD | Warehouse | WHSE | Avery Dennison | Type: AP 5.4; SERI# 00025B0303-AP54;  V. 100-240AC; | | | $450.00 | 1 | $450.00 | Quantity: 1 and I recommend you take the one we have. |
| PROD | Warehouse | WHSE | Production Tables–with cross bar | | | | $120.00 | 8 | $960.00 | |
| Cade | Warehouse | WHSE | Cardboard Bins | | | | $20.00 | 2 | $40.00 | |
| | | | | | | | **TOTAL WAREHOUSE** | | **$16,355.00** | |
| Jeremy | Jeremy | POG | Current Inventory | | $0.50 | | $0.10 | 8106 | $810.60 | |
| Jeremy | Jeremy | POG | Distressed Inventory | | $0.50 | | $0.05 | 4730 | $236.50 | |
| Jeremy | Jeremy | POG | Non-Inventory | | $0.50 | | $0.025 | 19133 | $478.33 | |
| Jeremy | Jeremy | POG | JoAnn Towers (used) | | $100.00 | | $75.00 | 2 | $150.00 | |
| Jeremy | Jeremy | POG | Michaels 4-Way (used) | | $100.00 | | $75.00 | 1 | $75.00 | |
| Jeremy | Jeremy | POG | 2.5ft Peg Board Gondolas (used) | | $50.00 | | $37.50 | 74 | $2,775.00 | |
| Jeremy | Jeremy | POG | 4ft Peg Board Gondolas (used) | | $75.00 | | $56.25 | 22 | $1,237.50 | |
| | | | | | | | **TOTAL POG ROOM** | | **$5,762.93** | |
| JAKE | IT | SERVER | NAS | xServer RAID Apple VN/Server Room | | | $100.00 | 1 | $100.00 | |
| JAKE | IT | SERVER | NAS | PowerVault 220S Dell Computer Corporation VN/Serve | | | $100.00 | 1 | $100.00 | 5/4/2006 |
| JAKE | IT | SERVER | SAN | Equallogic PS3600 Dell Computer Corporation VN/Serve | | | $1,000.00 | 1 | $1,000.00 | |
| JAKE | IT | SERVER | Server | xServer Apple VN/Server Room | | | $100.00 | 1 | $100.00 | |
| JAKE | IT | SERVER | Server | xServer Apple VN/Server Room | | | $100.00 | 1 | $100.00 | |
| JAKE | IT | SERVER | Server | PowerEdge 2850 Dell Computer Corporation VN/Serve | | | $100.00 | 1 | $100.00 | 1/12/2006 |
| JAKE | IT | SERVER | Server | PowerEdge 1850 Dell Computer Corporation VN/Serve | | | $25.00 | 1 | $25.00 | 12/6/2005 |
| JAKE | IT | SERVER | Server | PowerEdge 1950 Dell Computer Corporation VN/Stora | | | $50.00 | 1 | $50.00 | 1/6/2007 |
| JAKE | IT | SERVER | Server | PowerEdge 2850 Dell Computer Corporation VN/Serve | | | $100.00 | 1 | $100.00 | 5/18/2005 |

Exhibit 17

| Ordered By | Depart | Code | Asset Description | Model/Size | Market Value New | Market Value Used | Offer Per | Qty | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| JAKE | IT | SERVER | Server | PowerEdge 2850 Dell Computer Corporation VN/Stora | | | $100.00 | 1 | $100.00 9/3/2005 | |
| JAKE | IT | SERVER | Server | PowerEdge 2850 Dell Computer Corporation VN/Stora | | | $100.00 | 1 | $100.00 1/13/2005 | |
| JAKE | IT | SERVER | Server | PowerVault 745N Dell Computer Corporation VN/Stora | | | $50.00 | 1 | $50.00 4/27/2005 | |
| JAKE | IT | SERVER | Server | PowerEdge 1600SC Dell Computer Corporation VN/Sto | | | $30.00 | 1 | $30.00 11/19/2007 | |
| JAKE | IT | SERVER | Server | PowerEdge 2850 Dell Computer Corporation VN/Serve | | | $100.00 | 1 | $100.00 3/13/2006 | |
| JAKE | IT | SERVER | Server | PowerEdge 2650 Dell Computer Corporation VN/Serve | | | $50.00 | 1 | $50.00 10/2/2007 | |
| JAKE | IT | SERVER | Server | PowerVault 745N Dell Computer Corporation VN/Serve | | | $50.00 | 1 | $50.00 7/14/2005 | |
| JAKE | IT | SERVER | Server | PowerEdge 2650 Dell Computer Corporation VN/Serve | | | $50.00 | 1 | $50.00 7/9/2004 | |
| JAKE | IT | SERVER | Server | PowerEdge 1850 Dell Computer Corporation VN/Serve | | | $25.00 | 1 | $25.00 9/3/2005 | |
| JAKE | IT | SERVER | Server | PowerVault 745N Dell Computer Corporation VN/Serve | | | $50.00 | 1 | $50.00 11/16/2005 | |
| JAKE | IT | SERVER | Server | PowerEdge 1850 Dell Computer Corporation VN/Serve | | | $25.00 | 1 | $25.00 6/22/2006 | |
| JAKE | IT | SERVER | Server | PowerEdge 2900 Dell Computer Corporation VN/Serve | | | $150.00 | 1 | $150.00 3/5/2007 | |
| JAKE | IT | SERVER | Server | PowerEdge 2850 Dell Computer Corporation VN/Serve | | | $100.00 | 1 | $100.00 9/2/2005 | |
| JAKE | IT | SERVER | Server | ProLiant DL380 G4 HP VN/Storage 2G0Z2Y5V | | | $50.00 | 1 | $50.00 4/5/2005 | |
| JAKE | IT | SERVER | Server | HP Proliant DL585 HP VN/Server Room 448187-001 | | | $50.00 | 1 | $50.00 5/28/2009 | |
| JAKE | IT | SERVER | Server | HP Proliant DL585 HP VN/Server Room 448187-001 | | | $50.00 | 1 | $50.00 5/28/2009 | |
| JAKE | IT | SERVER | Switch | Catalyst 3550 PoE (24 port 100 MB) Cisco VN/Storage | | | $25.00 | 1 | $25.00 | |
| JAKE | IT | SERVER | Switch | Catalyst 3550 PoE (24 port 100 MB) Cisco VN/Storage | | | $25.00 | 1 | $25.00 | |
| JAKE | IT | SERVER | Switch | Catalyst 3560 PoE (48 port 100 MB) Cisco VN/Storage | | | $25.00 | 1 | $25.00 | |
| JAKE | IT | SERVER | Switch | Procurve 2900 (24 port GB) HP VN/Server Room | | | $200.00 | 1 | $200.00 | |
| JAKE | IT | SERVER | Switch | Procurve 2900 (24 port GB) HP VN/Server Room | | | $200.00 | 1 | $200.00 | |
| JAKE | IT | SERVER | Switch | Linksys (48 port GB) Linksys VN/Server Room | | | $50.00 | 1 | $50.00 | |
| JAKE | IT | SERVER | Switch | Netgear (48 port GB) Netgear VN/Server Room | | | $50.00 | 1 | $50.00 | |
| JAKE | IT | SERVER | Switch | Netgear (48 port GB) Netgear VN/Server Room | | | $50.00 | 1 | $50.00 | |
| JAKE | IT | SERVER | Switch | Netgear (48 port GB) Netgear VN/Server Room | | | $50.00 | 1 | $50.00 | |
| JAKE | IT | SERVER | Switch | Netgear (48 port GB) Netgear VN/Server Room | | | $50.00 | 1 | $50.00 | |
| JAKE | IT | SERVER | Switch | Netgear (48 port GB) Netgear VN/Server Room | | | $50.00 | 1 | $50.00 | |
| JAKE | IT | SERVER | Switch | Netgear (48 port GB) Netgear VN/Server Room | | | $50.00 | 1 | $50.00 | |
| JAKE | IT | SERVER | UPS | Smart UPS RT5000 w/ battery pack APC VN/Server Roo | | | $100.00 | 1 | $100.00 | |
| JAKE | IT | SERVER | UPS | Smart UPS RT5000 w/ battery pack APC VN/Server Roo | | | $100.00 | 1 | $100.00 | |
| JAKE | IT | SERVER | UPS | Smart UPS 2200 APC VN/Server Room | | | $25.00 | 1 | $25.00 | |
| JAKE | IT | SERVER | VoIP Phone | 7960 w/ power supply Cisco VN/Storage | | | $10.00 | 1 | $10.00 | |
| JAKE | IT | SERVER | VoIP Phone | 7960 w/ power supply Cisco VN/Storage | | | $10.00 | 1 | $10.00 | |
| JAKE | IT | SERVER | VoIP Phone | 7960 w/ power supply Cisco VN/Storage | | | $10.00 | 1 | $10.00 | |
| JAKE | IT | SERVER | VoIP Phone | 7960 w/ power supply Cisco VN/Storage | | | $10.00 | 1 | $10.00 | |
| JAKE | IT | SERVER | VoIP Phone | 7960 w/ power supply Cisco VN/Storage | | | $10.00 | 1 | $10.00 | |
| JAKE | IT | SERVER | VoIP Phone | 7960 w/ power supply Cisco VN/Storage | | | $10.00 | 1 | $10.00 | |
| JAKE | IT | SERVER | VoIP Phone | 7960 w/ power supply Cisco VN/Storage | | | $10.00 | 1 | $10.00 | |
| JAKE | IT | SERVER | VoIP Phone | 7960 w/ power supply Cisco VN/Storage | | | $10.00 | 1 | $10.00 | |
| JAKE | IT | SERVER | VoIP Phone | 7960 w/ power supply Cisco VN/Storage | | | $10.00 | 1 | $10.00 | |
| JAKE | IT | SERVER | VoIP Phone | 7960 w/ power supply Cisco VN/Storage | | | $10.00 | 1 | $10.00 | |
| JAKE | IT | SERVER | VoIP Phone | 7960 w/ power supply Cisco VN/Storage | | | $10.00 | 1 | $10.00 | |
| JAKE | IT | SERVER | VoIP Phone | 7960 w/ power supply Cisco VN/Storage | | | $10.00 | 1 | $10.00 | |
| JAKE | IT | SERVER | VoIP Phone | 7960 w/ power supply Cisco VN/Storage | | | $10.00 | 1 | $10.00 | |
| | | | | | | | TOTAL SERVER | 1 | $3,855.00 | |
| JAKE | IT | SOFT | Cognos Software and Licenses | | | | TBD | 1 | #VALUE! | |
| JAKE | IT | SOFT | Solatrsoft Software and Licenses | | | | TBD | 1 | #VALUE! | |
| | | | | | | | TOTAL SOFTWARE | | $0.00 | |
| | | | | | | | TOTAL | | $55,637.93 | |

** Please get all Mac equipment. **

** Please get all server racks possible. **

Exhibit E-18

# Remarketing and Purchase Agreement

1.  **Agreement.** This Remarketing / Purchase Agreement is between NorthBay Networks, Inc. and Westrim Crafts, Inc. This Agreement is for remarketing services and the purchase of used equipment by NorthBay Networks, Inc. from Westrim Crafts, Inc.

    a.  **Schedule "A" – Equipment Listing.** A Schedule "A" provides for a detailed itemization of equipment by asset group to include applicable detail regarding Price. These are Liquidation Prices to be used in the event that assets are not sold thru the Remarketing process.

2.  **Definitions.**

    a.  **"Delivery"** means the date on which the Equipment (as defined below) is physically delivered to NorthBay Networks premises or, in the event of pick-up by NorthBay Networks, when NorthBay Networks takes physical possession of same.

    b.  **"Equipment"** means the equipment and/or software described on Schedule "A", which is incorporated herein by this reference. NorthBay Networks is hereby granted exclusive, and assignable license to use any applicable software and any updates in connection with the System, subject to any and all provisions contained in any manufacturers' license agreement(s) applicable to such software.

    **3.  Payment:** It has been agreed by both parties that Northbay Networks will provide Remarketing services for an orderly liquidation of all assets located at 7855 Hayvenhurst, Van Nuys, CA 91406. Beginning July 12, 2011, Northbay Networks will seek buyers and bids for all assets by group and be responsible for all site tours and bidding processes. Northbay will receive a 20% commission on sale of all assets sold on premise. Westrim Crafts, Inc will receive 80% of the selling price for assets sold on premise. Payment to Northbay Networks is due upon execution of the Sales Order by Westrim Crafts, Inc. By July 31, 2011, any unsold assets will be purchased by Northbay Networks at the "Liquidation Price" specified in Schedule A (attached) and removed within 2 weeks. Northbay will submit payment for these assets upon removal and inspection.

    a.  NorthBay Networks agrees to pay any and all municipal, county, state or federal sales, excise or other taxes or fees that may be levied in association with this Sale only.

    b.  It is understood and agreed that Westrim Crafts, Inc. has stated that the Equipment being sold to NorthBay Networks in conjunction with this Agreement is / was completely owned by Westrim Crafts and that there are no encumbrances, leases, liens, or related claims of any nature against the Equipment and title to same passes completely to NorthBay Networks. No application software is being transferred and that no operating system software will be transferred.

4.  **Miscellaneous.**

    a.  Successors and Assigns. The terms and provisions of this Agreement are intended solely for the benefit of and shall be binding upon and shall insure to the benefit of the parties hereto and their respective successors and, if permitted, assigns and it is not the intention of the parties to confer third party beneficiary rights upon any other person or entity.

    b.  Modifications to Agreement Terms. The terms and conditions contained in this Agreement constitute the entire agreement of the parties and supersede all previous written and oral representations and/or agreements respecting the same subject matter between the parties. This Agreement may be amended only by written and signed addendum, properly executed by Customer and an authorized NorthBay Networks Executive.

Exhibit E-19
Revision 1 9/21/2010

# Remarketing and Purchase Agreement

**Authorized Westrim Crafts, Inc Acceptance:**          **Authorized NorthBay Networks Acceptance:**

_____          _____
Authorized Westrim Crafts, Inc. Signature          Authorized NorthBay Networks Signature

_____          _____
Date          Date

_____          _____
Typed or Printed Name          Typed or Printed Name

_____          _____
Title          Title



# Remarketing and Purchase Agreement

## Schedule A

| | |
|---|---|
| **IT Equipment:** | $5,500 |
| **Office Furniture:** | $900 |
| **Warehouse Racks:** | $50,500 |
| **Material Handling Equipment:** | $30,275 |
| **Total Liquidation Price:** | $86,400 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1900 Avenue of the Stars, Seventh Floor, Los Angeles, California  90067-4308

A true and correct copy of the foregoing document described as ***Supplemental Declaration of Ronald B. Cooper In Support of Debtor's Motion for Order Authorizing: (A) Sale of Certain Assets of the Estate, Free and Clear of All Liens, Claims, Encumbrances and Interests and (B) Disposal of Certain Environmental and Consumer Non-Compliant Products; and (C) Abandonment of Certain Personal Property,*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***July 8, 2011***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***July 8, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
*Served By Overnight Mail*:
Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***July 8, 2011,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

    Gwendolen D. Long       gdl@lnbyb.com      dhr@lnbyb.com

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| July 8, 2011 | Claudean Brandon | *Claudean Brandon* (signature) |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                      **F 9013-3.1.PROOF.SERVICE**

**I.** **TO BE SERVED BY THE COURT VIA NEF:**

- Michael C Abel    mcabel@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Vanessa L Au    vanessaau@paulhastings.com
- Julia W Brand    JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Ronald K Brown    rkbgwhw@aol.com
- John H Dolan    jdolan@hunton.com
- Jeffery D Hermann    jhermann@orrick.com
- Alexis M McGinness    amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- Daniel H Reiss    dhr@lnbyb.com
- S Margaux Ross    margaux.ross@usdoj.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

**III.** **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

**SERVED BY EMAIL:**

**COMMITTEE OF UNSECURED CREDITORS**

Nord Race Paper International Limited
    adrianlau@nordrace.com
Dumont Promotional Images, Inc.
    Ken@dupro.com; brad@CSSales.com; lisa@CSSales.com
Edwards Properties
    peggy@edcspringdale.com
Tin Hung Products Factory HK
    lap@tinfultd.com
French Paper Co.
    French@frenchpaper.com; fenske@frenchpaper.com
Banaras Beads Limited
    saha@beadsonweb.com; info@banarasbead.com
CSA Canadian Sales Agency, Inc.
    herman@csatransportation.com

**SERVED BY EMAIL:**

**ADDITIONAL ENTITIES TO SERVE**

Agent for Bridge Lenders -
Ron Cooper    ron.cooper@creativityinc.com
Attorneys For Acquisition Corp.
Jennifer Hildebrandt    jenniferhildebrandt@paulhastings.com
Attorneys For Acquisition Corp.
Amit Mehta    amitmehta@paulhastings.com
Attorneys For Newstar Business Credit LLC
John Alexander    alexanderj@hunton.com
Attorneys For Newstar Business Credit LLC
Gregory Hesse    ghesse@hunton.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                    **F 9013-3.1.PROOF.SERVICE**